DUANE MORRIS LLP
Frederick D. Hyman (NY 2553832)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

-and-

Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Ste. 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4952
JPHitchings@duanemorris.com

*Attorneys for William Callewaert and Malcolm Cohen*
*in their capacity as Joint Administrators and Foreign Representatives*
*for the Debtor BSG Resources Limited (in administration)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| BSG RESOURCES LIMITED (in administration), | Case No. 19-11845 (_____) |
| Debtor in a Foreign Proceeding. | |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO BANKRUPTCY RULES 1007(a)(4) AND 7007.1**

William Callewaert and Malcolm Cohen (together, the "Joint Administrators") are the court-appointed joint administrators for BSG Resources Limited (in administration) (the "Debtor") in a proceeding under Part XXI of the Companies (Guernsey) Law, 2008, pending before the Royal Court of Guernsey (Ordinary Division) (the "Guernsey Administration"). The Joint Administrators are the duly authorized foreign representatives of the Debtor as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"). June 3, 2019, the Joint Administrators commenced this Chapter 15 case (the "Chapter 15 Case") by filing, on behalf of the Debtor and

pursuant to sections 1504 and 1515 of the Bankruptcy Code, the *Verified Chapter 15 Petition for Recognition of Foreign Main Proceeding and Related Relief* along with the *Official Form 401 (Chapter 15 Petition for Recognition of a Foreign Proceeding)*.

The Joint Administrators hereby file this Corporate Ownership Statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and state that the following "corporations," as such term is defined in the Bankruptcy Code, are known to the Joint Administrators to directly or indirectly own 10% or more of any class of the Debtor's equity interests:

- Nysco Management Corp. *(100% owner of Debtor)*
- Balda Foundation *(100% owner of Nysco Management Corp.)*

*[Remainder of Page Left Intentionally Blank]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 3, 2019

             _____
             Malcolm Cohen

             *Joint Administrator and Foreign Representative*
             *for the Debtor BSG Resources Limited*
             *(in administration)*