## **EXHIBIT B**



Legend
D = Dormant
L = Liquidated