# EXHIBIT B

**Proposed Notice of Filing and Hearing on Petition for Recognition
Under Chapter 15 of the Bankruptcy Code and Motion for Related Relief**

DUANE MORRIS LLP
Frederick D. Hyman (NY 2553832)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

-and-

Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Ste. 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4952
JPHitchings@duanemorris.com

*Attorneys for William Callewaert and Malcolm Cohen
in their capacity as Joint Administrators and Foreign Representatives
for the Debtor BSG Resources Limited (in administration)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| BSG RESOURCES LIMITED (in administration), | Case No. 19-11845 (_____) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF FILING OF AND HEARING ON
PETITION FOR RECOGNITION UNDER CHAPTER 15 OF THE
UNITED STATES BANKRUPTCY CODE AND MOTION FOR RELATED RELIEF**

  **PLEASE TAKE NOTICE** that on June 3, 2019, William Callewaert and Malcolm Cohen (together, the "Joint Administrators"), in their capacity as court-appointed joint administrators and authorized foreign representatives for BSG Resources Limited (in administration) (the "Debtor") in a proceeding under Part XXI of the Companies (Guernsey) Law, 2008, pending before the Royal Court of Guernsey (Ordinary Division) (the "Guernsey Administration"), commenced a chapter 15 case ancillary to the Guernsey Administration, seeking recognition of such foreign proceeding as a "foreign main proceeding" and relief in aid of the Guernsey Administration in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") with respect to the Debtor.

  **PLEASE TAKE FURTHER NOTICE** that the Joint Administrators seek entry of an order (i) recognizing the Guernsey Administration as a "foreign main proceeding" pursuant to section 1517 of Title 11 of the United States Code (the "Bankruptcy Code"), (ii) granting all relief

automatically available pursuant to section 1520 of the Bankruptcy Code, including a stay of execution against the Debtor's assets in the United States and express authorization from the Court for the Debtor to preserve and protect its assets and to otherwise continue its business operations in the United States in the ordinary course, and barring, enjoining, and staying, pursuant to section 362 of the Bankruptcy Code, any action to interfere with these assets, business operations and processes, (iii) the extension of any provisional relief granted under section 1519(a) on a permanent basis in accordance with section 1521(a)(6) of the Bankruptcy Code; and (iv) such other and further relief as is appropriate under the circumstances pursuant to sections 105(a) and 1507 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested by the Joint Administrators for July 11, 2019 at 10:00 a.m. (prevailing Eastern time) (the "Recognition Hearing"). Copies of the Joint Administrators' *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* (the "Verified Petition") and all other accompanying documentation are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed at the Bankruptcy Court's website at http://nvsb.uscourts.gov (a PACER login and password is required to retrieve a document) or upon written request to the Joint Administrators' counsel (including facsimile or email) addressed to:

DUANE MORRIS LLP
Attn: Frederick D. Hyman and Jarret P. Hitchings
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com
JPHitchings@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that, at the hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Verified Petition or the relief requested therein must do so in writing, and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the Bankruptcy Court for the Southern District of New York, setting forth the basis therefor, which response or objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of which may be viewed on the Court's website at www.nysb.uscourts.gov), and by all other parties in interest on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect, or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York. A hard copy of such response or objection shall be sent to (i) the chambers of _____, United States Bankruptcy Judge and (ii) served upon Duane Morris LLP, Attn: Frederick D. Hyman and Jarret P. Hitchings, 1540 Broadway, New York, New York 10036, counsel to the Joint Administrators, **so as to be received no later than _____(New York time), on _____ _____.**

2

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Verified Petition or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely served as provided herein, the Court may grant the relief requested in the Verified Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: _____, 2019

DUANE MORRIS LLP

Frederick D. Hyman (NY 2553832)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

-and-

Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Ste. 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4952
JPHitchings@duanemorris.com

*Attorneys for William Callewaert and Malcolm Cohen in their capacity as Joint Administrators and Foreign Representatives for the Debtor BSG Resources Limited (in administration)*

3