## **EXHIBIT 1**

19-11845-shl    Doc 24-1    Filed 06/21/19    Entered 06/21/19 15:57:11    Exhibit 1
Pg 1 of 2

Legend
D = Dormant
L = Liquidated/in Liquidation
BALDA FOUNDATION [LIECH]
NYSCO MANAGEMENT CORP [BVI]
BSG RESOURCES LTD [GSY]
Octea Ltd [GSY]
West African Power Limited [GSY]
BSG Resources (Guinea) Limited [GSY]
BSGR Holdings Cooperatief UA [NL]
Kensdale Global Assets Ltd [BVI] D
BSG Energy Ltd [GSY]
Octea Mining Ltd [GSY]
Octea Diamonds Ltd [GSY]
Octea Services Ltd [BVI] L
BSG Power Nigeria Coöperatief U.A [NL] L
38%
Amperion Power Distribution Company Limited [Nigeria]
BSGR Liberia Ltd [BVI] D
BSG Resources (Guinea) Sarl [Guinea] D
BSGR Logistics Corp [Liberia] D
9.89%
Cunico Resources NV [NL]
Global Minerals BV [NL] D
Resource Development Services (Pty) Ltd [RSA] L
Assentaria Properties Ltd [Cyprus] D
BSG Energy (Africa) BV [NL] L
CP Oil (Nigeria) Ltd [Nigeria] L
Koidu Ltd [BVI]
Tonguma Ltd [BVI]
Boroma Ltd [BVI]
40%
Spark Generation Power Company Ltd [Nigeria] L
51%
Geregu Power Plc [Nigeria]
BSGR Liberia Ltd [Liberia] D
Kensdale Global Services BV [NL] D
DWB Petroleum Nigeria Ltd [Nigeria] L
Kensdale Project Engineering (pty) Ltd [Australia] L
[Non-Controlling Interests]
Cunico Maritime Single Member LLC [Greece]
Cunico Madencilik AS [Turkey]
Mayniquel SA [Guatemala]
Albanian Resources Sh.p.k [Albania]
Feni Industries AD [Macedonia]
Newco Ferronikeli Complex LLC [Kosovo]
Cunico Marketing FZE [UAE]
Guaxilan SA [Guatemala]

