## EXHIBIT 3
**Pt. I**

# REPUBLIQUE DE GUINEE

Travail – Justice – Solidarité

---

## MINISTERE DES MINES ET DE L'ENERGIE

---

## CONVENTION DE BASE

### ENTRE

## LA REPUBLIQUE DE GUINEE

### ET

## BSG RESOURCES

## POUR L'EXPLOITATION DES GISEMENTS DE MINERAI DE FER A ZOGOTA/N'ZEREKORE

CONAKRY LE 16 DECEMBRE 2009





# CONVENTION

## ENTRE LES SOUSSIGNEES :

- La République de Guinée, dûment représentée aux fins des présentes par le Ministre des Mines et de l'Energie, Monsieur Mahmoud THIAM, ci-après dénommée « l'Etat ».

### DE PREMIERE PART,

- La société BSG Resources (Guinea) Limited, société de droit de Guernsey, dont le siège social est situé à Guernsey, dûment représentée aux fins des présentes par son Directeur en la personne de Mr Marc STRUIK ; ci-après dénommée « l'Investisseur ».

### DE DEUXIEME PART

- La société BSG Resources (Guinea) SARL, Société à Responsabilité Limitée Unipersonnelle de droit guinéen, immatriculée au Registre du Commerce et du Crédit Mobilier de Guinée sous le numéro RCCM/GC-KAL/013.755A/2006 du 24/11/2006 modifiée par la déclaration modificative N°FORMALITE/RCCM/GC-KAL-M2/024.524/2009 du 20 février 2009, sise à la Villa Andrée, au quartier Coléah corniche Sud, Conakry, Boîte Postale : 6389, Représentée par son Directeur Général Monsieur Asher AVIDAN, dûment mandaté, ci-après dénommée « la société ».

### DE TROISIEME PART

## IL A ETE EXPOSE ET CONVENU CE QUI SUIT

### 1.    EXPOSE

- CONSIDERANT QUE la République de Guinée encourage la recherche, la prospection, l'exploitation et la transformation des ressources minérales sur son territoire ;



- **CONSIDERANT QUE** dans cette optique, elle a décidé que cette valorisation pourra être entreprise par ou avec l'aide des investisseurs en vue de promouvoir le développement économique et le bien être des populations ;

- **CONSIDERANT QUE** le Code Minier dispose que les substances minérales ou fossiles contenues dans le sous-sol ou existant en surface ainsi que dans les eaux souterraines et les gîtes géothermiques sont, sur le territoire de la République de Guinée ainsi que dans la zone économique exclusive, la propriété de l'État et elles ne peuvent être, sous réserve du Code Minier et du Code Foncier et Domanial, susceptibles d'aucune forme d'appropriation privée ;

Toutefois, les titulaires de titres d'exploitation acquièrent la propriété des substances extraites de leur Concession Minière ;

- **CONSIDERANT QUE** dans ce cadre, la République de Guinée a fait part aux investisseurs miniers :

  ➢ de l'adoption d'une stratégie d'exploitation rationnelle des ressources pour éviter le gel, l'hypothèque et le gaspillage ;
  ➢ du principe que les infrastructures minières (chemin de fer et port) en opération sur le territoire national sont la propriété de l'État et que toutes infrastructures minières nouvelles réalisées doivent l'être également ;

  ➢ de créer une synergie à moyen terme dans les schémas d'exploitation, de transport et d'évacuation des minerais de fer et de bauxite sur l'ensemble du territoire afin de minimiser les coûts d'exploitation, de transport et de garantir les opérations minières ;

  ➢ de son engagement à exploiter les ressources minières dans le respect de l'environnement suivant les normes de la Banque Mondiale ;

  ➢ de son engagement à faire des régions minières des pôles de développement socioéconomique et industriel devant aboutir à la mise en place d'unités de transformation des matières premières en produits finis et semi-finis ;

- **CONSIDERANT QUE** la Société BSG Resources se conformant cette stratégie de l'État dans le domaine de la valorisation des ressources minières, a formulé une demande de permis d'exploration de minerai de fer à Zogota dans la Préfecture de N'zérékoré ;



- CONSIDERANT QUE la République de Guinée a accédé à cette demande, par arrêtés A/2006/706/MMG/SGG en date du 06 février 2006 octroyant à la Société BSG Resources un (01) permis de recherches pour le minerai de fer, renouvelé par l'arrêté A/2009/1327/PR/MMEH/SGG en date du 10 juin 2009 ;

- CONSIDERANT QUE les travaux réalisés par la BSG Resources Guinée ont abouti à l'identification de gisements de fer exploitables commercialement ainsi que l'atteste l'étude de faisabilité jointe à la demande d'octroi de concession adressée à Monsieur le Ministre des Mines et de l'Energie ;

- CONSIDERANT QUE cette étude a été approuvée par l'Etat et que la Société remplit les conditions d'octroi de la concession ;

- CONSIDERANT QUE dans ce cadre, l'Etat a attribué, par Décret n° _____ en date du _____ (Cf photocopie jointe en Annexe), à la Société BSG Resources, une Concession Minière d'une durée de vingt-cinq (25) ans renouvelable pour l'exploitation des gisements de minerai de fer à Zogota préfecture de N'Zérékoré ;

- CONSIDERANT QUE la Société BSG Resources a exprimé le désir de valoriser les domaines mis à sa disposition, par la conception, le financement, le développement, la construction en Guinée d'un complexe comprenant une mine et ses dépendances (ateliers, aires de stockages, centrales de production énergétique, habitation etc.) et un Chemin de fer, d'une capacité nominale de production de 30 millions de tonnes de minerai de fer par an ;

- CONSIDERANT QUE la Société BSG Resources a néanmoins exprimé son désir d'évacuer sa production de minerai de fer provenant de la Concession minière qui lui a été octroyée, par le territoire du Libéria ;

- CONSIDERANT QUE la société s'est donc engagée à réaliser en Guinée une nouvelle ligne de chemin de fer pour faire la jonction avec le chemin de fer existant au Libéria et d'utiliser les installations ferroviaires et portuaires sur le territoire de la République du Libéria ;

- CONSIDERANT QUE la République de Guinée a accédé à cette demande pour des raisons suivantes :

  ➢ La volonté du Gouvernement de voir les gisements de minerai de fer en exploitation dans les meilleurs délais ;
  ➢ La proximité des gisements de Zogota aux frontières avec le Libéria ;

➢ L'exigence formulée par la Guinée à la société de reconstruire le chemin de fer Conakry – Kankan et son éventuelle extension ;
➢ La création d'une zone économique au Sud Est de la République de Guinée ;

- CONSIDERANT QUE la Société BSG Resources accepte ces exigences et déclare avoir à sa disposition toutes les capacités financières, techniques, technologiques et commerciales requises pour la réalisation et l'exploitation du Projet ;

- CONSIDERANT QUE l'Etat recommande que les travaux du Projet commencent dans les meilleurs délais raisonnables ;

L'Etat et la Société BSG Resources ont initié la présente Convention de base dont les termes et conditions sont définis ci-après :

## TITRE I : DISPOSITIONS GENERALES

### ARTICLE 1 :                    DEFINITIONS

Dans le cadre de la présente Convention, les expressions et les mots suivants ont le sens défini ci-après, à moins que le contexte n'exige un sens différent ou qu'il n'en soit expressément convenu autrement entre les Parties.

- « Actifs du Projets » : désigne les installations du Projet, tous droits de propriété, tous droits, titres et intérêts existant ou à créer, meubles ou immeuble, corporel ou incorporel, appartenat à l'Investisseur ou à la Société, ou mis à la disposition de l'Investisseur ou de la Société, accordé ou loué au bénéfice de l'Investisseur ou de la Société par l'Etat ou par un tiers quelconque ; ainsi que tous les drois accordés à l'Investisseur et à la Société en vertu de la présente ou de tout autre contrat, y compris les contrats du Projet concernant la conception, le financement, la construction, le développement, la gestion, l'exploitation des différents éléments du Projet, y compris et sans que ceci soit limitatif, les profits et revenus qui résulteront du Projet et qui seront versés ou payables par ou à l'Investisseur ou la Société ou pour leur compte ;

- « Activités Visées par la Convention » : désigne, de façon générale, les Activités de Recherche, le Développement, les Opérations Minières, les travaux de traitement, le transport, les exportations, la manutention, la

commercialisation, et la vente du minerai de fer et toute autre activité nécessaire à la réalisation du projet conformément aux dispositions de la présente Convention ;

- « Année » : désigne une période de trois cent soixante-cinq (365) Jours consécutifs ;
- « Année Civile » : désigne une période de douze mois comprise entre le 1er janvier et le 31 décembre ;

- « Autorité » : désigne l'Etat et ses organes de puissance publique, incluant en particulier tout département minitériel, administration territoriale, organisme oupersonne agissant au nom de l'Etat, exerçant le pouvoir législatif, exécutif, administratif ou judiciaire ou ayant mandat d'exercer un tel pouvoir ;

- « C.P.D.M. » : désigne le Centre de Promotion et de Développement Miniers du Ministère des Mines et de la Géologie, ou ses successeurs et tous les organismes et instrumentalités jouant le rôle d'interface unique entre l'administration et les investisseurs ;

- « Code Foncier et Domanial » : désigne Le Code Foncier et Domanial de la République de Guinée en vigueur à la Date de signature ;

- « Code Minier » : désigne l'acte ratifié par la Loi L/95/036/CTRN du 30 juin 1995 constituant le Code Minier de la République de Guinée incluant tout amendement, modification, ajout ou prorogation à cet égard et tout arrêté ou décret d'application y afférant ;

- « Code du Travail » : de la République de Guinée en vigueur à la Date de Signature ;

- « Concession Minière » : désigne une concession minière accordée à la Société par l'Etat en vertu du Code Minier en vigueur et des conditions énoncées à la présente Convention se rapportant à la Superficie de la Concession Minière ;



-   « Contrat d'Infrastructures » : désigne l'accord entre l'Etat et BSGR
    relatif à la conception, au développement et à la gestion du chemin de fer
    de Zogota à la frontière du Libéria ;

-   « Convention » : désigne la présente convention et ses annexes, ainsi que
    toute modification qui pourrait y être ultérieurement apportée. La
    conevention est parfois désignée par les expressions « cette convention »
    ou « la présente convention » ;

-   « D.N.M » : désigne la Direction Nationale des Mines du Ministère des
    Mines et de la Géologie, ses successeurs et tous les organismes et
    instrumentalités y afférant ;

-   « Date d'Entrée en Vigueur » : désigne la date à laquelle la présente
    Convention a été ratifiée ;

-   « Défaut » : désigne une contravention à toute disposition de la présente
    Convention, de toute Loi Applicable, ou à toute condition énoncée au
    Permis de Recherche ou à la Concession minière située dans le Territoire
    Visé par la convention ;

-   « Dépenses de Pré-Exploitation » : désigne les dépenses et les coûts
    engagés pour le bénéfice du ou dans le Territoire Visé par la Convention
    dans le cadre du Permis de Recherche octroyé à la Société et des
    invstissements pour le développement du projet. Ces coûts incluent : les
    dépenses encourues à l'intérieur du Territoire Visé par la Convention,
    dont celles encourues dans le cadre des Activités de Recherche, études de
    préfaisabilité, études de faisabilité, délimitation des zones de réserves
    minérales, de la mine et des infrastructures, du Développement et les
    coûts de construction précédant l'extraction, le traitement, le transport
    pendant la période précédant le démarrage de la première Production
    Commerciale ;

-   « Développement » : désigne les travaux entrepris pour la recherche et la
    préparation de l'ouverture de la mine pour l'exploitation du minerai de
    fer, les opérations de traitement, et inclut la construction et la mise en
    service des infrastructures et installations nécessaires, tels que la

construction de routes, les infrastructures de communication et les installations électriques et les équipements et intallations de traitement d'eau ;

- « Décret relatif à la Concession Minière » : désigne le Décret du Président de la République octroyant à la Société une Concession Minière ;

- « Directives de la Banque Mondiale » : signifie les normes de protection et de politique environnementale de la Banque Mondiale ;

- « ETAT » : signifie la République de Guinée représentée par le Ministre en charge des Mines et de la Géologie ;

- « Étude de Faisabilité » : désigne un rapport réalisé par ou pour la Société, faisant état de la faisabilité de la mise en exploitation d'un gisement de minerai de Fer à l'intérieur du Territoire Visé par la Convention;

- « Exploitation Minière » : désigne les opérations et les travaux connexes à l'utilisation technique et économique des Substances Minérales, incluant les activités de développement d'une mine, d'extraction, de traitement, de traitement ainsi que les activités nécessaires ;

- « Force Majeure » : est définie à l'article 41 de la présente convention ;

- « Guinée » : désigne la République de Guinée ;

- « Impôt » : désigne les impôts, taxes, redevances, droits de timbre, taxes sur brevet et taxes de licences appliqués sur le territoire de la République de Guinée ;

- « Investisseur » : signifie la société BSG Resources (Guinea) Limited, société de droit de Guernsey, dont le siège social est situé à Guernsey ;

- « Jours » : désigne des jours consécutifs au calendrier, sans ajustement en raison de fermeture officielle, de jours fériés ou de toute autre interruption au calendrier ;

- « Législation en Vigueur » : désigne l'ensemble des textes législatifs et réglementaires de la République de Guinée (lois, Ordonnances, Décrets, Arrêtés, Décisons, Instructions, juriprudence, etc.) en cours de validité ;

- « Loi Applicable » : désigne le Code Minier et autres lois, règlements et décrets, et tout autre instrument législatif de droit guinéen, incluant règles, ordonnances, résolutions ou autres directives ou normes qui requièrent qu'on s'y conforme, officiellement publiés, ayant force de loi, et en vigueur au moment de son application ;

- « Minerai Concentré » : désigne le minerai de fer brut ayant fait l'objet de traitement pour le débaraser des impuretés afin d'augmenter la teneur du minerai ;

- « Ministre » : désigne le Ministre, nommé par le Président de la Guinée, responsable du Ministère des Mines et de la Géologie chargé de la réglementation des activités de Recherche, du développement et d'exploitation des substances minérales ;

- « Opérations de Traitement » : désigne les opérations et les travaux effectués dans le but d'améliorer la qualité du minerai extrait ;

- « Opérations Minières » : Désigne l'ensemble des opérations et des travaux effectués dans le cadre de l'Exploitation Minière, incluant les Activités de Recherche de Substances Minérales ;

- « Parties » signifie le Gouvernement, l'Investisseurs et la société, et <Partie> signifie le Gouvernement ou l'Investisseurs ou la société ;

- « Périmètre d'Exploitation » : signifie la fraction de la Zone Contractuelle dans laquelle est située les gisements exploitables ;

- « Personne » : Désigne toute personne physique ou morale, une société ou toute autre forme d'entité corporative ;



- « Production Commerciale » : Désigne la production commerciale telle que définie à l'Article 15.3 de la présente Convention ;

- « Projet » : désigne les activités d'exploitation du minerai de fer de Zogota préfecture de N'Zérékoré , y compris la production, le transport, l'expédition, et la commercialisation du minerai de fer de Zogota par la Société, ainsi que la reconstruction du chemin de fer Conakry – Kankan, tel que décrit en ses différentes phases dans l'article 10 de la présente convention ;

- « Rapports » : désigne tout rapport prescrit par le Code Minier et la présente Convention ainsi que tout rapport, étude, analyse ou interprétation de nature géologique, géophysique, technique, financière, économique et de commercialisation préparé par ou pour le compte de la Société dans le cadre du Territoire Visé par la Convention, des Activités de Recherche, du Développement ou d'Exploitation Minière, devant être soumis par la Société ;

- « Régime Fiscal et Douanier » : désigne le régime fiscal et douanier applicable conformément aux dispositions de la présente convention, défini à l'Article 33 ;

- « Société » : La société BSG Resources (Guinea) SARL, Société à Responsabilité Limitée Unipersonnelle de droit guinéen, immatriculée au Registre du Commerce et du Crédit Mobilier de Guinée sous le numéro RCCM/GC-KAL/013.755A/2006 du 24/11/2006 modifiée par la déclaration modificative N°FORMALITE/RCCM/GC-KAL-M2/024.524/2009 du 20 février 2009 ;

- « Société Affiliée » : signifie toute société qui contrôle ou est contrôlée, directement ou indirectement, par l'investisseur ou une société qui contrôle ou est contrôlée, directement ou indirectement par une société ou une entité qui contrôle elle-même, directement ou indirectement, l'investisseur ; <Contrôle> signifie la propriété directe ou indirecte par une société ou toute autre entité d'au moins cinquante pourcent (50 %) des actions ou parts sociales donnant lieu à la majorité de droit de vote dans l'assemblée générale d'une autre société ou entité, ou une

participation donnant un pouvoir déterminant dans la direction ou la gestion ;

- « Sous-Traitants directs » : signifie les exploitants, soumisionnaires, entrepreneurs, fournisseurs et autres personnes, travaillant exclusivement dans le cadre du Projet;

- « Territoire du projet » : désigne l'ensemble constitué par le périmètre d'exploitation, les terrains occupés par les ouvrages d'infrastructue et marqués sur les cartes annexés à la présente convention ;

- « Territoire Visé par la Convention » : désigne le territoire Visé par la présente Convention tel que décrit en Annexe B, incluant toute modification ou agrandissement octroyé conformément aux dispositions du Code Minier; mais excluant toute partie d'un tel territoire qui, le cas échéant, a fait l'objet d'une renonciation par la Société conformément aux dispositions de la présente Convention et du Code Minier ;

- « Tiers » : désigne une Personne à l'exception de l'État, la Société, une Personne constituant la Société, une Société Affiliée à toute Personne constituant la Société, un Opérateur, un Sous-Traitant ou toute Partie à la présente Convention ;

- « Utilisateur ou Occupant Foncier » : désigne toute Personne qui occupe ou utilise en vertu de la loi en vigueur ou du droit coutumier, un terrain situé à l'intérieur du Territoire visé par la Concession Minière et des domaines du projet en dehors du territoire de la Concession ;

## ARTICLE 2 :          INTERPRETATION

Dans la présente Convention de Base, et sauf si le contexte le requiert autrement :

- Le singulier comprend le pluriel et le masculin comprend le féminin et vice-versa;

- La table des matières ainsi que l'organisation de cette Convention en titres, articles, alinéas et sous-alinéas ne servent qu'à en faciliter la lecture et ne doivent en aucune façon affecter son interprétation;



- Toute référence à la loi ou à toute autre législation inclut tout amendement, modification, ajout ou loi qui la remplace, sous réserve de l'application de la clause de stabilisation;

- Dans le cas d'incertitude relativement à toute description d'un périmètre ou d'une zone par coordonnées géographiques, cartes géographiques ou croquis cartographiques, seules les coordonnées géographiques prévalent;

- Toute référence à une Partie inclut les successeurs de cette Partie ou tout autre successeur autorisé ;

Les termes de cette Convention de Base qui ne sont pas définis ont la signification qui leur est conférée dans le Code Minier.

## ARTICLE 3 :    ANNEXES

Les Annexes jointes aux présentes font partie intégrante de la présente Convention.

## ARTICLE 4 :    OBJET DE LA CONVENTION

Conformément à l'article 11 du Code Minier, la présente Convention a pour objet de définir les droits et obligations des Parties ainsi que les conditions générales économiques, juridiques, administratives, financières, fiscales, douanières, minières, environnementales, sociales, de transport, et d'expédition suivant lesquelles les Parties s'engagent à réaliser le Projet d'exploitation des gisements de fer à Zogota dans la préfecture de N'Zérékoré..

A cet effet, elle consiste :

(i)   Pour la Société BSG Resources, à concevoir, financer, développer et exploiter une mine de minerai de fer dans le Domaine de la Concession ; le transport du minerai de fer par voie ferrée sur les territoires guinéen et libérien ; l'expédition du minerai par le port de Buchanan au Libéria

(ii)  Pour l'Etat, à consentir les facilités et garanties qu'il accepte de souscrire vis-à-vis de la Société BSG Resources pour permettre la réalisation du Projet (mine, ses dépendances, et les chemins de fer).

(iii) Pour les Parties, à définir, les conséquences d'un éventuel non-respect de leurs engagements respectifs aux termes de la présente Convention.



## ARTICLE 5 : LOI APPLICABLE

La présente Convention est régie par les Lois Applicables en République de Guinée.

Toutefois, en cas de contradiction et/ou divergence entre la Législation en Vigueur et les dispositions de la présente Convention, ces dernières prévaudront.

## ARTICLE 6: GARANTIES GENERALES

Chacune des Parties déclare et garantit :

- être dûment autorisée à conclure la présente Convention et avoir obtenu toutes autorisations nécessaires à cette fin en vertu du droit qui lui est applicable;

- et être en mesure de répondre de toutes les obligations qui en découlent.

## ARTICLE 7 : ENGAGEMENT DE BONNE FOI

Chacune des Parties s'engage à respecter les termes et conditions énoncés aux présentes et à agir de bonne foi dans l'accomplissement de ses obligations pendant la durée de la Convention.

## ARTICLE 8 : CONCESSION MINIERE

La Concession Minière octroyée par Décret n° D/ ...................../PRG/CNDD/ SGG/...en date du ........................., sera exécutée conformément aux dispositions du Code Minier et de la présente Convention.

## ARTICLE 9 : ENTREE EN VIGUEUR - DUREE

Conformément aux dispositions de l'article 11 du Code Minier, la présente Convention entrera en vigueur à la date de son approbation par ordonnance et restera en vigueur pendant toute la durée de validité de la Concession.

## ARTICLE 10 : DESCRIPTION DU PROJET

Le projet visé :

l'exploitation, le transport, l'exportation et la commercialisation du Minerai de Fer ;
La reconstruction d'une ligne de chemin de fer Conakry – Kankan ;

### 10.1  Phase I : Zogota

La Société réalisera les installations et équipements nécessaires pour exploiter, transporter, stocker et expédier une capacité de Trente (30) millions de tonnes de minerai de fer par an pendant quinze (15) ans à compter de la Date de Première Production Commerciale.

La société réalisera :

a) Une mine de minerai de fer à ciel ouvert à Zogota, Préfecture de N'Zérékoré ;
b) Une zone industrielle à Zogota qui comportera :

- Des Aires de stockages et de chargement,
- Des ateliers,
- Une ligne de chemin de fer en Guinée d'une longueur de 102 km,
- Un Dépôt ferroviaire,
- Des Installations et équipements,
- Une centrale électrique d'une puissance de 35 MW,
- Des Bureaux,
- Une station de traitement d'eau
- Une Cité d'habitation ;
- Un centre hospitalier pour le personnel.

c) une zone portuaire située à Buchanan en République du Libéria qui comportera :
- Des Aires de stockages et de chargement,
- Des ateliers
- Des Bureaux,
- Une Cité d'habitation

d) le Chemin de Fer Conakry - Kankan.

### 10.2  Phase II : Blocs 1 et 2 Simandou Kérouané

La société s'engage à réaliser à cette phase les éléments suivants :

- Deux mines de minerai de fer,
- Des installations et équipements industriels,
- Des infrastructures ferroviaires appropriées nécessaires à l'évacuation du minerai de fer.
- Une cité d'habitation à Kérouané,
- L'extension des équipements et installations au port de Buchanan.

Pour la phase II, la société présentera à l'État dans un délai de 24 mois à compter de la date de signature de la présente Convention, une étude de faisabilité.

Les conclusions et les termes de cette étude permettront de définir les modalités d'octroi de la concession minière et de définir entre les parties, les conditions d'exploitation et d'expédition de ces deux Blocs.

## ARTICLE 11 : INVESTISSEMENTS ZOGOTA

La société s'engage à investir, dans le cadre de la présente convention, le montant de USD 2 542 000 000 pour réaliser le projet suivant le schéma ci-après :

| | |
|---|---|
| Mines | 243 000 000 US $, |
| Installations et équipements industriels, | 496 000 000 US $, |
| Cités d'habitation et hôpital | 71 000 000 US $, |
| Chemin de fer et matériel roulant | 845 000 000 US $, |
| Port | 463 000 000 US $, |
| Imprévus (20%) | 424 000 000 US $ |

## ARTICLE 12 : Chemin de Fer Conakry – Kankan - Kérouané

La société s'engage à reconstruire ce chemin de fer dont l'étude de faisabilité sera soumise au Gouvernement pour approbation. Le montant de cette reconstruction se chiffre à un milliard (1 000 000 000) de dollars US augmenté de 20% d'imprévus.

La société s'engage à réaliser 50% de ce chemin de fer pendant la première phase du projet.

L'État s'engage à accorder une exonération totale des droits, taxes et redevances sur l'ensemble des biens, matériaux, matériels, équipements et services nécessaires à la réalisation de cette infrastructure.

## TITRE II : DÉVELOPPEMENT DU PROJET

## ARTICLE 13 : TRAVAUX DE RECHERCHES

Conformément aux dispositions de l'article 41 du Code Minier, la Société pourra effectuer des travaux de recherches dans le périmètre de la Concession.

Toutes recherches scientifiques, études, interprétations, diagraphies de carottes ou de débris effectués dans le cadre des travaux de recherches sont réalisées par ou sous

géophysicien, géochimiste, ingénieur ou technicien possédant les compétences
requises.

Au cas où la société mettrait en évidence des substances minérales économiquement
exploitables autres que le minerai de fer, elle devra en informer le Ministre en
charge des Mines. Dans ce cas, la société aura le droit de premier refus et les
modalités d'exploitation seront définies dans un autre accord.

## ARTICLE 14 : TRAVAUX DE DÉVELOPPEMENT

**14.1** La société réalisera l'ensemble des composantes du projet conformément
au chronogramme qui est annexé à la Convention.

**14.2** Conditions nécessaires aux travaux de développement

Les travaux de développement débuteront après l'accomplissement des actions
suivantes :

   *a)* Fourniture par l'Etat à la Société des autorisations nécessaires pour
         construire une voie de chemin de fer afin de permettre l'évacuation
         du Produit Minier;

   b) Approbation par le Ministre en charge de l'environnement, de l'étude et
         du plan de gestion environnementale et sociale prévu à l'Article
         26.1 ci-dessous;

   *c)* Conclusion de la convention de développement communautaire prévue par
         l'Article 25 ci-dessous, approuvée par les autoriés compétentes ;

   d) Acquisition, indemnisation et/ou règlement de tous droits et/ou réclamations
         fonciers émanant de tiers relativement à la Concession minière et aux
         emprises du chemin de fer en République de Guinée ;

   e) Notification au Ministre des Mines indiquant la date de démarrage des
         activités de développement du projet.



# ARTICLE 15 : TRAVAUX D'EXPLOITATION

## 15.1 Exploitation minière

La Société s'engage à conduire ses opérations minières selon les règles de l'art, et notamment dans des conditions de sécurité, conformes aux normes internationales et pratiques courantes de l'industrie minière.

## 15.2 Début de l'Exploitation

La Société s'engage à débuter l'exploitation minière au plus tard le 31 Mai 2012.

Dans l'hypothèse où la Société ne réussirait pas à respecter le délai du 31 Mai 2012 visé ci-dessus, elle devra informer l'Etat en donnant les justifications nécessaires. L'Etat s'engage à lui accorder, sur demande dûment justifiée, une prorogation dudit délai d'une durée maximum de six (6) mois.

A défaut de débuter l'exploitation du Produit Minier dans le délai sus-visé, éventuellement prorogé, l'Etat pourra révoquer la Concession Minière selon les dispositions prévues au Code Minier.

La Société devra communiquer au Ministre son programme de démarrage de l'exploitation, de transport et d'expédition du minerai de fer dans un délai minimum de trente (30) Jours.

## 15.3 Première Production Commerciale

Le démarrage de la production commerciale du minerai de fer ne sera effectif que lorsque le seuil des stocks à la mine et au port permettra d'''expédier 25 000 tonnes par jour durant une période consécutive de 30 jours.

Si la société n'atteignait pas cette cadence de production, et qu'elle exportait successivement une quantité supérieure à 20 000 tonnes par jour pendant plus de 60 jours, la production ainsi faite sera considérée comme étant commerciale.

## 15.4 Travaux requis au cours de la période d'exploitation

### 15.4.1 Programme des travaux

La Société doit soumettre pour information au Ministre un programme de travaux incluant :

• les capacités prévues de l'exploitation au transport,

- les méthodes d'exploitation,
- les statistiques des accidents de travail,
- le système (norme) de sécurité et d'hygiène adopté,
- le Programme de suivi du plan de gestion environnementale.

### 15.4.2  Avis de changements

La Société doit informer dans les meilleurs délais le Ministre de tout changement important dans ses Opérations Minières (changement de méthode d'exploitation, modification du programme de production et des normes de sécurité).

### 15.4.3  Cessation des opérations

Si la Société est dans l'impossibilité de maintenir la Production Commerciale de Produit Minier pendant une période de dix-huit (18) mois consécutifs, la Société est réputée ne pas répondre aux exigences du programme minimum de travaux et l'État peut révoquer la Concession dans les conditions prévues au Code Minier.

### 15.4.4  Extension (Agrandissement et modification des installations)

La société informera le Ministre en charge des Mines de tout programme d'extension et d'agrandissement de ses installations en vue d'augmenter la production.

## ARTICLE 16 :  INFRASTRUCTURES

### 16.1 Chemins de Fer

### 16.1.1 Chemin de Fer Minier Zogota – Sanniquellie

Il est expressément convenu que l'État sera propriétaire du chemin de fer quel que soit le mode de financement. Le chemin de fer de 102 km qui sera réalisé sur le territoire guinéen en dehors du périmètre de la Concession sera soumis à une redevance d'utilisation.

La Société réalisera les études, financera et fera construire le chemin de fer et assurera son exploitation et l'entretien. La Société affectera les redevances convenues pour l'utilisation du chemin de fer au remboursement de l'investissement qu'elle aura réalisé.

Après le remboursement complet des emprunts, la Société continuera d'assurer la maintenance du chemin de fer et paiera à l'Etat des redevances au titre de l'utilisation du chemin de fer. Ces redevances ser ont fixées suivant les mêmes principes que celles appliquées aux infrastructures similaires utilisées dans les mêmes conditions en République de Guinée.

L'Etat garantit à la société le droit d'accès et d'utilisation prioritaire de la ligne de chemin de fer qui sera réalisée sur le territoire guinéen de Zogota à la frontière du Libéria. L'utilisation de ce chemin de fer par un tiers se fera avec l'accord de la Société et ne devra en aucun cas nuire aux activités de la société.

L'Etat garantit qu'il octroiera à la Société toutes les autorisations nécessaires pour l'occupation des terrains dans le cadre de la réalisation du chemin de fer.

Les modalités relatives à la conception, au financement, à la construction, à l'exploitation et à la maintenance du chemin de fer seront spécifiées dans un accord entre l'Etat et la Société.

### 16.1 .2 Chemin de Fer au Libéria

BSG Resources fournira à l'Etat guinéen, les informations, conditions, garanties résultant des accords avec le Gouvernement libérien en ce qui concerne la rénovation, l'utilisation et la maintenance du chemin de fer sur le territoire du Libéria.

### 16.1.3 Appui de l'Etat

Dans le cadre de la coopération bilatérale et des conventions sous-régionales en particulier celle de l'Union du Fleuve Mano, l'Etat s'engage à obtenir auprès de l'Etat libérien un accord sur les conditions d'utilisation du chemin de fer sur le territoire libérien, de l'espace de la zone portuaire et de la cité d'habitation à Buchanan.

### 16.1.4 Accès aux infrastructures publiques existantes

L'Etat s'engage à ce que la Société ait accès et puisse utiliser les routes, ponts, terrains d'aviation, installations, installations connexes de transport, ainsi que les canalisations d'eau, d'électricité ou les voies de communication, établies ou aménagées par un organisme ou une entité détenue ou contrôlée par l'Etat, à l'exception des forces armées, sans avoir à payer des redevances excédant celles payées par des sociétés ayant une activité identique à celle de ladite Société.



La société est tenue de réaliser des infrastructures routières appropriées (avec revêtement) dans la zone d'évolution du projet  pour éviter les cas de pollution nuisible à la santé des populations.

16.2  Développement et Entretien des Infrastructures

16.2.1  Sous réserve du respect de la Loi Applicable, la Société peut construire, utiliser, améliorer et entretenir toute infrastructure, y compris des routes, ponts, terrains d'aviation, installations portuaires et ferroviaires, et installations connexes de transport, ainsi que des centrales électriques, lignes téléphoniques ou autres voies de communication, des pipelines, des canalisations d'eau ou autres réseaux ou installations nécessaires à ses Opérations Minières. .

À la demande de la Société, l'État et la Société doivent procéder à l'analyse de telles infrastructures ou autres exigences liées aux Opérations Minières, y compris mais non exclusivement, les exigences énergétiques et de transport dans le but de conclure une entente équitable visant le partage des coûts et des profits découlant de telles infrastructures.

Nonobstant ce qui précède, aucune construction ne peut avoir lieu aux endroits suivants :

a)  Tout territoire, autre que celui de la Concession Minière, appartenant à l'État sans le consentement du Ministre en charge des Mines, un tel consentement découlant d'une consultation auprès des autorités compétentes;

b)  Toute zone faisant partie d'une Concession Minière ou d'un permis de recherches non couvert par la présente Convention ou autres activités sans aviser par écrit au préalable le Ministre des Mines qui prendra à cet effet, les dispositions auprès des autorités concernées et titulaires de titres miniers pour permettre la réalisation des infrastructures projetées.

16.2.2  Construction au sein de la Superficie de la Concession

Sous réserve des dispositions du Code Minier relatives aux zones fermées, protégées ou interdites et sous réserve des conditions énoncées aux présentes, la Société détient les droits suivants en plus des droits qui lui sont conférés par la Concession et la présente Convention :

a)  Le droit exclusif d'entrée et d'occupation de la Concession, (après l'extinction des droits et l'indemnisation des utilisateurs ou occupants fonciers;

b) Sous réserve des droits de tout tiers, utilisateur et/ou occupant foncier et des conditions prévues par la Loi Applicable, le droit d'utiliser et de construire sur la Concession, des routes, chemins de fer, canalisations, pipelines, égouts, drains, câbles, lignes de transport électrique ou autres installations similaires nécessaires aux activités visées par la Convention.

A cet effet, aucune autorisation préalable n'est requise par la Société pour construire des routes, ponts, voies ferroviaires, fossés, canalisations, pipelines, lignes électriques ou toutes autres infrastructures nécessaires aux Opérations Minières dans le domaine de sa Concession.

Le Ministre peut exiger des modifications visant à limiter ou éliminer tout danger à la santé, la sécurité ou au bien-être des employés ou du public ou tout impact négatif sur l'environnement qui résulte de la construction d'une infrastructure en vertu du présent paragraphe.

### 16.2.3  Construction en dehors du Périmètre de la Concession Minière

L'Etat garantit à la Société qu'elle pourra réaliser des infrastructures en dehors du périmètre de la Concession Minière. A cet effet, l'Etat lui accordera les domaines appropriés pour la réalisation desdites infrastructures et installations industrielles.

### 16.4  Priorité d'utilisation par la Société

La Société a la priorité d'utilisation de toute infrastructure qu'elle aura construite.

La Société peut restreindre ou interdire l'accès aux routes situées dans le périmètre de la Concession si un tel accès pose un danger pour les utilisateurs ou le personnel, pour des raisons de nuisances ou d'obstruction à ses Opérations Minières.

### 16.5  Droit des tiers au pâturage et à la culture

Dans l'exercice des droits qui lui sont conférés par la Concession, la Société doit tenir compte et minimiser l'impact sur les droits des Tiers, Utilisateurs et/ou Occupants Fonciers, qui subsistent au moment de la Date d'Entrée en Vigueur de la Convention (droits de pêche, de pâturage, de coupe de bois et d'agriculture ou servitudes de passage).

La Société peut accorder aux utilisateurs et/ou occupants fonciers à l'intérieur de la Concession, un droit de pâturage ou la possibilité de cultiver, sous réserve que l'exercice de telles activités ne nuise pas aux Opérations Minières.

## 16.6 Indemnisation des Utilisateurs ou Occupants Fonciers

Si la Société juge la présence d'Utilisateurs ou Occupants Fonciers incompatible avec ses Opérations Minières dans la Concession, elle est tenue d'indemniser ces Utilisateurs ou Occupants Fonciers présents avant le démarrage effectif des travaux de construction et/ou de les réinstaller.

La Société doit dans ce cas collaborer avec les services spécialisés de l'Etat pour le choix de nouvelles localités pour la réinstallation et la détermination des indemnités à verser à ces Utilisateurs ou Occupants Fonciers, pour toute relocalisation ou pour toute perte d'usage (titre foncier, habitation, récoltes).

L'indemnisation susmentionnée doit correspondre au montant nécessaire à la relocalisation et à la réinstallation desdits Utilisateurs ou Occupants Fonciers présents avant le démamarrage effectif des travaux à un endroit et dans des conditions au moins similaires à celles qui prévalaient juste avant le dommage. L'indemnisation doit comprendre la juste valeur marchande de toute perte de récoltes, les frais de déménagement, les coûts associés à l'établissement de nouveaux droits de passage, d'accès et d'usage, et tout autre frais résultant d'une telle relocalisation.

Si les Utilisateurs ou Occupants Fonciers présents avant le démarrage effectif des travaux acceptent une relocalisation dans un nouvel emplacement au lieu, en tout ou en partie, d'une indemnisation financière, la Société, en collaboration avec les services spécialisés de l'Etat, doit procéder à la relocalisation de ceux-ci.

Dans le cadre de la relocalisation, la société est tenue de reconstruire sur le nouveau site les habitations améliorées qui tient compte du mode de vie des occupants fonciers.

Dans le cas des utilisateurs fonciers, la société est tenue d'aménager de nouveaux espaces permettant à ces utilisateurs d'améliorer leurs activités.

La société présentera à l'Etat le plan des zones qui seront affectées par les activités du projet avant d'engager les études de déplacement et de relocalisation. Les conclusions de cette étude approuvée par l'Etat devront faire l'objet d'une large publication auprès des autorités et des populations concernées.

L'Etat et la société mettront en place une structure de gestion de cette opération qui servira au suivi du plan de développement durable qui sera élaboré.

## 16.7 Coopération en situation de conflit

La Société peut se prévaloir de tous les droits prévus dans la présente Convention. Le Ministre s'engage à collaborer avec la Société en cas de difficultés ou d'interférences avec des tiers pour le règlement de tout conflit.

## TITRE III : COMMERCIALISATION

## ARTICLE 17 : VENTE DES PRODUITS MINIERS

### 17.1 Prix de pleine concurrence

La Société s'engage à vendre le Produit Minier issu de la Concession à des conditions de pleine concurrence.

### 17.2 Accès de l'Etat au Produit Minier

Au plus tard à la fin du premier semestre d'une Année Civile, l'Etat peut demander à la Société de conclure un contrat d'achat pour l'Année Civile suivante portant sur un pourcentage de la production totale de Produit Minier issue de la Concession.

La Société est tenue d'examiner cette demande et d'offrir un tel contrat aux conditions financières du marché en vigueur pour des quantités et durées similaires dans le cadre de contrats d'approvisionnement qu'elle aurait conclu avec ses clients.

Il est expressément convenu et accepté par l'Etat que la Société n'est tenue à aucune obligation de lui vendre du Produit Minier si, au moment de la réception de la demande de l'Etat, elle est liée par des contrats d'approvisionnement de longue durée ne lui permettant pas de satisfaire à une telle demande.

### 17.3 Avis de vente à une Société Affiliée

Lorsque le Produit Minier est vendu à une Société Affiliée, la Société doit, dans les quinze (15) Jours suivant une telle vente, aviser et fournir au Ministre toutes les informations, données, contrat de vente et reçus qui ont été utilisés pour traiter les prix, escomptes et commissions ayant trait à une telle vente. Cette information est traitée par l'Etat comme étant confidentielle.



### 17.4  Vérification des ventes de Produit Minier

Le Ministre est autorisé à inspecter et vérifier toutes les opérations de vente de Produit Minier, y compris leurs modalités et conditions de réalisation.

Si à l'issue de ces inspections et/ou vérifications, le Ministre estime que des opérations de vente de Produit Minier ne reflètent pas la juste valeur marchande du Produit Minier, il notifie sa position à la Société en, fournissant à celle-ci tous éléments justificatifs.

Dans les quinze (15) Jours suivant la réception de cette notification, la Société doit soumettre la documentation justifiant que les sommes versées suite aux ventes ou autres dispositions du Produit Minier représentent la juste valeur marchande. L'information ainsi transmise est traitée par l'État comme étant confidentielle.

Dans un délai de trente (30) Jours suivant la réception de la notification et sauf accord des Parties à l'intérieur de ce délai, les Parties doivent se rencontrer afin de tenter de régler le différend les opposant quant aux ventes de Produit Minier, et de s'entendre sur la juste valeur marchande pour la période visée.

Si les Parties ne s'entendent pas dans les dix (10) Jours de leur rencontre, l'une des Parties peut déférer le différend à un expert indépendant, afin d'en déterminer la juste valeur marchande.

La charge de la preuve repose sur la Société et celle-ci doit démontrer que la valeur reçue était représentative de la juste valeur marchande au cours de la période visée.

À l'issue de cette procédure et le cas échéant, la Société paiera sans délai les impôts et taxes ainsi éludés.

### ARTICLE 18 :   ENTRETIEN ET INSPECTION

### 18.1  Entretien des équipements et du système de pesée

La Société doit maintenir en bon état de fonctionnement tous les équipements et autres biens utilisés dans le cadre des Opérations Minières, y compris les systèmes de pesée.

La Société doit se doter d'un système de pesée conforme aux normes internationales admises dans l'industrie minière.

## 18.2  Méthode pour déterminer les quantités de Produit Minier

La méthode de pesée du Produit Minier est soumise à l'approbation du Ministre .

Cette approbation devra intervenir dans un délai de trente (30) jours à compter de la date de réception de la demande qui lui aura été présentée par la Société ; étant entendu qu'un défaut de réponse dans ce délai vaudra acceptation par l'Etat de la méthode retenue par la Société.

Le Ministre pourra, de temps à autre et sur préavis donné à la Société dans un délai raisonnable, tester ou examiner le dispositif de pesée.

La Société ne doit en aucune façon altérer ou modifier la méthode de pesée qu'elle emploie ou changer les appareils, équipements ou autres installations utilisées à cet effet sans l'approbation écrite préalable du Ministre.

## 18.3  Défectuosité des appareils de pesage

Toute défaillance ou tout problème avec l'appareil ou la méthode de mesure du Produit Minier doit être corrigé sans délai.

Sauf avis contraire du Ministre, toute défaillance ou tout problème avec l'appareil de même qu'avec la méthode est présumé ayant eu cours pour les trois (3) derniers mois ou depuis le dernier test ou examen de l'équipement, selon la période la plus longue.

Tout paiement à l'Etat qui résulte de la mesure du Produit Minier est ajusté pour tenir compte de la défaillance ou du problème pour la période ainsi présumée.

## 18.4  Accès et inspection par l'État

Les représentants dûment autorisés de l'État, munis d'ordre de mission délivré ou visé par le Ministre en charge des Mines peuvent durant les heures normales d'opération de la Société, accéder aux sites afin d'inspecter, examiner, vérifier ou procéder à l'audit de tous les éléments d'actif, comptes, registres, équipement, appareils, données sur les substances minérales et autres informations ayant trait aux Opérations Minières en Guinée et au Libéria.



### 18.5  Frais d'inspection

Les frais d'inspection et de déplacement seront considérés comme une charge d'exploitation.

Dans le but d'assurer l'exercice efficace des droits d'inspection, d'observation, de vérification et d'audit par l'État, la Société doit fournir aux représentants dûment autorisés de l'État, à titre gracieux, toute assistance raisonnable, accès à ses employés et représentants, ainsi que l'accès aux installations de la manière habituellement disponible à la Société.

## ARTICLE 19 : INFORMATION ET RAPPORTS

### 19.1  Tenue des dossiers et rapports

Pendant toute la durée de la présente Convention et conformément au Code Minier, la Société doit préparer et maintenir, en langue française, des dossiers et rapports exhaustifs, précis, transparents et à jour se rapportant aux activités visées à la Convention.

Les rapports d'activités exigés par le Code Minier seront établis en cinq (5) exemplaires et remis au CPDM qui en assurera la répartition au niveau des Directions techniques.

Les dossiers, rapports et/ou données sur le minerai, autres que les échantillons de forage, doivent être conservés en format électronique en République de Guinée.

En outre, la Société doit soumettre ces rapports dans la forme requise afin de satisfaire aux exigences de l'État en vue de la mise en application de l'Initiative de Transparence des Industries Extractives (ITIE).

### 19.2  Échantillons à conserver

Conformément au Code Minier et à ses textes d'application, la Société doit conserver des échantillons fractionnés, ou selon le cas, des échantillons de forage, les concentrés de minerai, les composites mensuels provenant de forages et les échantillons de résidus de minerai.



### 19.3 Exportation d'échantillons

Les exportations d'échantillons seront faites conformément aux dispositions du Code Minier et à ses textes d'application.

### 19.4 Rapport sur les dépenses annuelles

Au plus tard le 30 avril de chaque Année Civile, la Société doit remettre aux autorités compétentes, l'ensemble de ses états financiers.

### 19.5 Rapport annuel sur la convention du développement communautaire

Au plus tard le 30 avril de chaque Année Civile, la Société adressera aux autorités compétentes, un rapport annuel sur l'exécution de la convention du développement communautaire devant contenir les informations suivantes :

a) Une évaluation qualitative de l'atteinte ou non des objectifs visés par la convention;

b) Le cas échéant, la justification et les démarches qui seront entreprises pour atteindre les objectifs dans le futur;

c) Une liste détaillée de tout montant dépensé par la Société en vertu de la convention de développement de la communauté locale;

d) Tout problème récurrent avec la communauté locale; et

e) Les progrès effectués quant au plan de fermeture de la mine.

## TITRE IV : ENGAGEMENTS DE LA SOCIETE

## ARTICLE 21 : OBLIGATIONS ET GARANTIES DE LA SOCIETE

### 21.1 Déclarations et Garanties

La Société déclare et garantit à l'État qu'à la date de signature de la présente Convention et pendant toute la durée de celle-ci :

a) Toute information fournie à l'État par la Société pour conclure la présente Convention, est exempte de toute fausse déclaration et/ou de toute omission intentionnelle;

b) La Société est une personne morale, dûment constituée en tant que société de droit Guinéen conformément à l'acte uniforme relatif aux droits des

sociétés commerciales et du Groupement d'Intérêt Economique (GIE) du 17 avril 1997, adopté dans le cadre du traité de l'OHADA et déclare être dûment organisée et exister en vertu des lois et règlements en vigueur en République de Guinée;

c) La Société possède les pouvoirs et l'autorité nécessaires pour détenir en propriété et exploiter ses biens dans les lieux où ils sont actuellement détenus ou exploités et pour exercer ses activités dans les lieux où elles sont actuellement exercées. Il n'existe aucune action, réclamation, enquête, procédure arbitrale ou autre en cours impliquant la Société et aucune ordonnance, décision, injonction, décret ou jugement contre la Société;

d) La Société a, ou a accès à, et utilisera en temps opportun, toute l'expertise financière, technique et de gestion, et la technologie nécessaire afin de répondre à ses obligations et ses objectifs tels que prévus à la présente Convention, sous réserve de l'Article 43 de la présente Convention;

e) La Société possède les pouvoirs et l'autorité nécessaires pour signer la présente Convention et répondre des obligations en découlant.

## 21.2 Obligations de la Société

### 21.2.1 Financement

#### 21.2.1.1 Mobilisation des fonds

L'Investisseur et la Société s'engagent à fournir à l'Etat un plan de financement du projet dans les trois (3) mois de l'accord sur les modalités de financement.

#### 21.2.1.2 Modifications possibles pour faciliter le financement

Afin que la Société obtienne le financement nécessaire aux opérations visées par la présente Convention, l'Etat s'engage à considérer favorablement toute demande d'amendement, d'interprétation ou d'application des termes de la Convention qui pourrait lui être faite.



### 21.2.1.3  Déclaration Obligatoire

Tout prêt ou autre opération de financement des Opérations Minières provenant d'une Société Affiliée doit être déclaré au Ministre, et toute la documentation y afférant transmise à celui-ci dans un délai de soixante (60) jours suivant la date d'entrée en vigueur de tels engagements.

### 21.2.2  Construction de la Mine

La Société s'engage à construire, conformément au Chronogramme joint en Annexe, une mine à ciel ouvert ainsi que les infrastructures et équipements associées nécessaires pour extraire le Produit Minier de la Concession, d'une capacité initiale de production de trente (30) millions de tonnes par an au plus tard dans les 24 mois suivant la Date d'Entrée en vigueur de la présente Convention et de la Concession.

### 21.2.3  Construction d'une Usine de Traitement des Minerais Magnétite

Au plus tard à l'expiration de la cinquième Année suivant la Date de la Première Production Commerciale de Produit Minier, la Société présentera à l'Etat une étude de faisabilité pour la construction d'une usine de traitement des minerais magnétite.

Dans l'hypothèse où les conclusions de l'étude de faisabilité seraient positives, les Parties se réuniront afin de déterminer les conditions de réalisation de cet investissement.

Au cas où l'étude présentée par la société s'avérait négative, l'Etat se réserve le droit d'accorder à un tiers un permis d'exploitation et de traitement des gisements de magnétites.

### 21.2.4  Construction d'une Aciérie

Dix (10) ans après la date de la première production commerciale, les parties se retrouveront pour convenir de la construction d'une aciérie en République de Guinée.

Au cas où la société ne s'engagerait pas à réaliser une aciérie, l'Etat pourrait trouver un partenaire stratégique pour réaliser cette aciérie. Dans ces conditions, la société négociera avec l'Etat et à son partenaire, un contrat de fourniture de minerai de fer aux conditions du marché.

## ARTICLE 22 : DROITS DE LA SOCIETE

### 22.1 Droits de la Société

Sous réserve des dispositions spécifiques contenues dans la présente Convention et/ou le Code Minier, la Société jouira des droits à elle conférés par la présente Convention, le Code Minier et la Concession.

Sans restreindre la généralité de ce qui précède, de tels droits comprennent, entre autres :

a) Le droit exclusif d'exécuter les Opérations Minières;

b) Le droit de disposer librement de ses biens et d'organiser l'entreprise à son gré;

c) La liberté d'embauche et de licenciement conformément à la législation en vigueur en République de Guinée;

d) La libre circulation en République de Guinée de son personnel et de ses biens et produits;

e) La libre importation de biens et services, y compris en matière d'assurance, ainsi que des fonds nécessaires aux Opérations Minières;

f) La liberté d'exporter et de vendre les Produits Miniers provenant de la Concession sur le marché international et /ou national;

g) Le droit de transporter ou de faire transporter les Produits Miniers dans un lieu d'entreposage, de transformation ou de chargement;

h) Le droit de bénéficier de tous les avantages émanant de tout accord conclu entre l'Etat et d'autres Etats dans le but de faciliter le transport de Produits Miniers sur le territoire de ces Etats;

i) La liberté d'établir en Guinée, des usines de traitement, et de transformation de minerai de fer;

j) Le droit d'acquérir, d'utiliser et d'exploiter, tout moyen de communication, tout genre d'aéronef ou autres moyens de transport ainsi

que les installations ou équipements auxiliaires nécessaires aux opérations minières;

k) La liberté de procéder à un échantillonnage de grande envergure et à des essais de transformation des Produits Miniers provenant de la Concession afin de déterminer le potentiel minier;

l) La liberté de prendre, de retirer et d'exporter les quantités raisonnables, les spécimens ou d'échantillons dans le cadre des Activités de Recherches;

## ARTICLE 23 :   EMPLOI DU PERSONNEL

### 23.1   Conformité avec les normes de travail en République de Guinée

Dans le cadre de l'emploi du personnel, la Société devra se conformer aux dispositions du Code du Travail et du Code de la Sécurité Sociale en vigueur en République de Guinée.

En outre et conformément aux usages dans l'industrie minière internationale, la Société mettra en place un système efficace de prévention et de traitement médical des accidents de travail et des maladies professionnelles.

Enfin, la Société souscrira une police d'assurance adéquate pour couvrir la prise en charge des traitements des maladies professionnelles et des accidents du travail.

### 23.2   Emploi du Personnel Guinéen

Dès le démarrage des Opérations Minières, la Société devra :

a) Employer exclusivement du personnel guinéen pour les travaux ne nécessitant pas de qualification;

b) Assurer en priorité, l'emploi de personnel guinéen qualifié pour les besoins des Opérations Minières;

c) Contribuer à la formation de ce personnel en vue de permettre son accession à tout emploi d'ouvrier qualifié, d'Agent de maîtrise, de Cadres et de Directeur.

### 23.3 Emploi du Personnel Guinéen au Libéria

Dans le cadre de la coopération bilatérale et des accords sous-régionaux notamment celui de l'Union de la Mano River, l'Etat établira avec la République du Libéria des accords définissant les conditions de séjour et de travail des guinéens au Libéria dans le cadre du projet. Ces documents seront annexés à la présente Convention.

### 23.4 Carrière des Cadres Guinéens

A la fin de chaque Année, la Société établira en accord avec le Ministre un plan de recrutement du personnel guinéen pour les années suivantes en vue de parvenir à une participation de plus en plus large du personnel guinéen aux Opérations Minières en Guinée et au Libéria; étant entendu que cinq (5) Années après la Date de Première Production Commerciale, les employés guinéens devront constituer 90% du personnel utilisé par la Société.

La Société s'engage à établir un plan de carrière pour les travailleurs occupant des postes de responsabilité.

### 23.5 Emploi du Personnel Expatrié

La Société pourra employer un nombre raisonnable de travailleurs expatriés détenant une spécialité, des compétences ou des connaissances particulières.

À la demande de la Société, et suite au dépôt des pièces justificatives requises, l'État s'engage à accorder au personnel expatrié, les autorisations requises, incluant les visas d'entrée et les titres de séjour, les permis de travail ou tout autre permis requis par la Loi.

## ARTICLE 24 : SOUS-TRAITANCE
### 24.1 Sous-traitance

La Société pourra sous-traiter la réalisation de tout ou partie des Opérations Minières mais restera, sous réserve de dispositions contraires contenues dans la présente Convention, responsable vis-à-vis de l'État de l'exécution des obligations mises à sa charge aux termes de ladite Convention et de la Concession.

Il est expressément convenu que pour la réalisation des Opérations Minières ainsi sous-traitées, lesdits sous-traitants directs bénéficieront des dispositions notamment fiscales et douanières de la Convention applicables aux Sous-traitants de la Société.

Au plus tard dans les trente (30) jours de la signature de tout contrat de sous-traitance, la Société fournira à l'Etat une attestation comprenant les informations suivantes :

a) Nom et adresse du sous-traitant,
b) Objet du contrat,
c) Date de démarrage et durée estimative du contrat,
d) Estimation des revenus contractuels.

## 24.2 Paiement aux Sociétés Affiliées

Tout paiement à une Société Affiliée pour l'exécution de services ou pour l'achat de marchandises afférant à ou ayant trait aux Opérations Minières, doit être documenté, raisonnable et compétitif en termes de prix comme s'il était effectué sans lien de dépendance.

Le montant facturé à la Société ne doit pas être plus élevé que celui pratiqué par des tiers pour des services et marchandises semblables.

## 24.3 Préférence aux biens et services guinéens

La Société ainsi que les entreprises travaillant pour son compte doivent accorder la préférence aux entreprises guinéennes pour tous contrats notamment d'achat, de construction, d'approvisionnement ou de prestation de services, y compris les contrats d'expédition, d'assurances et de transport de marchandises, à condition qu'elles offrent des prix, quantités, qualités et délais de livraison au moins équivalents

Pour tout contrat d'un montant supérieur à cent mille (100.000) dollars US, la Société sélectionnera ses sous-traitants par appel d'offres ou par toutes autres méthodes appropriées en usage dans l'Industrie Minière Internationale.





## ARTICLE 25 : FRET ET TRANSPORT MARITIME

La société s'engage à réserver au Gouvernement de la République de Guinée, le droit de faire charger le tonnage exporté, dans une proportion maximale de 50% par des navires battant pavillon guinéen ou assimilés et/ou affrétés par l'Etat guinéen sur le marché international des frets, à la condition expresse que ces navires soient conformes aux normes de navigabilité adéquates et que les prix pratiqués soient compétitifs sur le marché international du frot maritime.

## ARTICLE 26 :   CONVENTION DE DÉVELOPPEMENT DES COLLECTIVITES LOCALES

En vue de promouvoir le développement économique et social des collectivités locales, la Société s'engage, à contracter des conventions de Développement dans le cadre des plans de développement local (PDL).

### 26.1 Dispositions de la convention de développement des collectivités locales

La convention de développement des collectivités locales est négociée entre la Société et les représentants officiels des collectivités locales, et doit comprendre au moins les dispositions suivantes :

1. Les Personnes représentant les différentes parties aux fins de la convention de développement des collectivités locales ;

2. Les obligations de la Société à l'égard des collectivités locales, y compris notamment :

   a) Les engagements de nature économique ou sociale qui doivent être pris à l'égard du développement durable des collectivités locales ;

   b) L'implantation d'activités, l'aide et les ressources visant à créer une communauté autosuffisante à travers la promotion et la diversification d'activités génératrices de revenus;

   c) L'organisation de séances de consultations périodiques avec la communauté locale quant à l'élaboration d'un plan de fermeture des Opérations Minières, dans le but de préparer ladite communauté à la fermeture éventuelle de la mine;

3. Les obligations des collectivités locales à l'égard de la Société;

4. Les modalités prévues pour qu'une révision de la convention de développement des collectivités locales soit effectuée toutes les cinq (5) Années Civiles;

5. Le cadre des rencontres et des procédures de suivi entre la Société et les collectivités locales ainsi que les moyens envisagés pour faire participer les collectivités locales aux activités de planification, de mise en œuvre, de gestion et de suivi ; et

6. Une déclaration par laquelle la Société et la communauté locale s'engagent à résoudre tout différend ayant trait à la convention de développement des collectivités locales, par le biais de leurs représentants respectifs et, à défaut d'entente, le droit de déférer le différend aux autorités compétentes, dont la décision sera finale et exécutoire.

## 26.2  Obligation de respecter les traditions locales

La Société doit tenir   compte des droits, coutumes et traditions de la communauté locale dans l'élaboration de la convention de développement des collectivités locales.

## 26.3  Approbation de la Convention de Développement des collectivités locales

La convention de développement des collectivités locales dûment signée et approuvée par les représentants de la Société et des collectivités locales doit être soumise aux Ministres en charge des Mines et des Collectivités Locales pour approbation.

Les Ministres doivent approuver ladite convention dans les trente (30) Jours ouvrables suivant sa réception à leur secrétariat, indiquant que celle-ci respecte les exigences stipulées aux paragraphes précédents.

Tout refus d'approbation par les Ministres doit être transmis par écrit aux représentants de la Société et des collectivités locales en indiquant les raisons spécifiques ainsi que les moyens devant être envisagés pour remédier à la situation.

La Société ne peut entreprendre le Développement de la Concession avant d'avoir obtenu au préalable l'approbation de la convention de développement des collectivités locales.

## ARTICLE 27 :   PROTECTION DE L'ENVIRONNEMENT ET REHABILITATION DES SITES MINIERS

Pendant toute la période de validité de la Convention, la Société s'engage à conduire les Opérations Minières en ayant soin de minimiser, de gérer et de limiter l'impact environnemental.

### 27.1 Étude d'impact environnemental

Conformément aux dispositions de l'article 13 de la présente Convention, le démarrage des travaux de développement est subordonné à l'approbation par le Ministre responsable de l'environnement de l'étude d'impact environnemental et d'un plan de gestion environnementale préparés par la Société.

La Société doit soumettre en cinq (5) exemplaires au Ministre responsable de l'environnement dans un seul ou deux documents distincts, l'étude et le plan.

L'étude et le plan assortis de critères quantifiables doivent contenir les informations et analyses reflétant les meilleures pratiques internationales reconnues dans le secteur minier et comprendre les informations suivantes :

a) Identification des impacts environnementaux naturels et humains majeurs probables, y compris les pollutions;

b) Objectifs généraux quant à chaque impact environnemental majeur;

c) Objectifs détaillés quant à chaque impact environnemental majeur et les moyens de réduire un tel impact;

d) Moyens de réalisation des objectifs environnementaux généraux et détaillés;

e) Calendrier de mise en œuvre;

f) Budget projeté et calendrier pour atteindre les objectifs environnementaux;

g) Projet de réhabilitation en continu pour la Concession et les coûts annuels estimatifs;

h) Projet définitif de réhabilitation progressive pour la Concession et les coûts estimatifs;

i) Coûts estimatifs pour le projet définitif de réhabilitation progressive tenant compte de chaque Année d'exploitation de la Concession, dans l'éventualité où la réhabilitation définitive devait être réalisée au cours d'une Année où les activités d'exploitation cesseraient.

j) En tant que de besoin, ce plan sera actualisé par la Société et adressé à l'État dans les meilleurs délais.

## 27.2 Patrimoine Culturel

En cas de découverte d'un site archéologique au cours des Opérations Minières, la Société mettra à jour les éléments du patrimoine culturel national, meubles et immeubles. Elle s'engage à ne pas déplacer ou détruire ce site ou ces éléments et en informera l'État sans délai.

## 27.3 Mesures d'urgence

En cas d'urgence ou de circonstances extraordinaires, la Société a l'obligation de prendre les mesures nécessaires immédiates appropriées.

Pour les fins des présentes, est considéré comme « urgence » ou « circonstances extraordinaires » toute situation ou événement, actuel ou imminent, résultant d'un fait naturel ou causé par l'homme, pouvant entraîner la mort, causer des blessures ou préjudices corporels à toute personne, des dommages aux immobilisations, ou aux ressources naturelles, si une action immédiate n'est pas prise.

## 27.4 Responsabilité de la Société en cas de réclamation

La Société doit tenir l'État informé de toute réclamation ou créance fondée, liée aux activités visées par la Convention, ainsi que de toute poursuite ou litige découlant d'accidents ou de blessures corporelles ou dommages aux biens causés ou survenus dans le cadre des Opérations Minières. La Société s'engage à dédommager l'État pour toute dépense liée à la défense de telle réclamation, créance, poursuite ou litige.



## ARTICLE 28 : FERMETURE ET RÉHABILITATION

### 28.1  Obligations liées à la phase de fermeture et de réhabilitation

La Société est tenue de se conformer aux obligations de fermeture et de réhabilitation des sites miniers, telles que prévues au Code Minier, au Code de l'Environnement et à la présente Convention.

### 28.2  Réhabilitation de la zone définie au permis de recherche

La Société est tenue de remettre en état les sites et les lieux affectés par ses travaux de recherches  et rendre ces sites et lieux affectés à un niveau raisonnablement similaire à celui dans lequel ils étaient avant l'exécution desdits travaux.

### 28.3  Réhabilitation de la Concession

Avant l'expiration de la Concession, la Société est tenue de remettre en état les sites et les lieux affectés conformément au plan de gestion environnementale et sociale prévu au présent article.

### 28.4  Fermeture de la mine

### 28.4.1  Avis de Fermeture

La Société doit aviser le Ministre de son intention de fermer la mine située sur la Concession au moins six (6) mois avant la date prévue de fermeture.

### 28.4.2  Plan de fermeture

En collaboration avec l'administration minière et la communauté locale, la Société doit élaborer un plan de fermeture des Opérations Minières qui prépare la communauté à une éventuelle cessation des activités. Ce plan doit compléter la convention de développement de la communauté locale.



### 28.4.3  Fermeture ordonnée

La Société mettra tout en œuvre afin de procéder à la fermeture de la mine de manière progressive, ordonnée et planifiée afin de préparer la communauté à une éventuelle cessation des activités.

### 28.4.4  Disposition des biens meubles et immeubles

Sous réserve pour l'Etat d'exercer l'option qui lui est ouverte par l'article 56 du Code minier, la Société doit disposer de tous les biens meubles et immeubles à la fermeture de la mine, étant entendu que les biens meubles et immeubles non repris doivent être démolis et le site restauré.

### 28.4.5  Obligation de sécuriser le site

Avant l'expiration de la Concession, la Société est tenue de sécuriser le site affecté par les activités visées par la Convention afin d'assurer la sécurité du public et des Utilisateurs ou Occupants Fonciers futurs.

A cette fin, la Société doit notamment :

a) Sceller de façon permanente tous les puits, incluant les puits d'accès et d'aération, le cas échéant;

b) Enlever toutes les lignes de transport d'électricité destinées uniquement à l'usage de la Société;

c) Profiler tous les escarpements, les puits en pente et les précipices créés par les Opérations Minières afin de les sécuriser et, lorsque nécessaire, clôturer les précipices afin d'éviter toute chute et installer des panneaux de signalisation si nécessaire;

d) Sécuriser et renforcer tous les barrages d'eau, les parcs de résidus ou de déblais pour éviter tout effondrement.

### 28.5  Garantie bancaire à première demande

Afin de garantir son obligation de réhabilitation du site de la Concession, la Société devra fournir à l'Etat une garantie bancaire à première demande présentée par une banque disposant des capacités financières suffisantes.

Le niveau de cette garantie sera :

-   initialement fixé en fonction du plan de gestion environnementale prévu à l'article 26 de la présente Convention,

-   ensuite actualisé annuellement en fonction dudit plan de gestion environnementale et, le cas échéant, des travaux de réhabilitation exécutés par la Société.

Cette garantie ne pourra être mise en œuvre qu'à l'expiration de la Concession.

## TITRE V : GARANTIES ACCORDEES PAR L'ETAT

### ARTICLE 29 :    DECLARATIONS ET GARANTIES DE L'ETAT

L'État déclare et garantit à la Société qu'à la date de signature de la présente Convention :

a) Le Ministre agit à titre de représentant dûment autorisé de l'État et possède les pouvoirs et l'autorité nécessaires pour signer la présente Convention;

b) Il n'existe aucun autre titre minier, aucune demande pour un titre minier, réclamation, convention d'option, aucun bail, licence, contrat d'exploitation ou toute autre restriction pouvant affecter la Concession régie par la présente Convention ou les droits de la Société, tels que prévus aux présentes. L'État n'a pas connaissance de l'existence d'avis, objections, ou autres procédures ou litiges pendants, visant la Concession de quelque manière que ce s oit. La Concession régie par la présente Convention est libre de toute zone fermée, telle que définie au Code Minier.

c) Préalablement à la signature de la présente Convention, l'Etat s'est assuré que la Société possède toutes les qualifications nécessaires, telles que définies au Code Minier, et qu'il n'existe aucun empêchement pour l'octroi d'une Concession et la signature de la présente Convention.

d) La signature par l'État de la présente Convention et l'exécution de ses obligations qui en découlent, ne sont en violation avec aucune loi, aucun règlement, décret ou ordonnance d'une quelconque autorité nationale ou locale ou d'une décision rendue par un tribunal guinéen.

c) transférer, à l'étranger des fonds, des dividendes, et des produits des
capitaux investis ainsi que le produit de la liquidation ou de la réalisation
de leurs avoirs, ou des actifs sociaux.

En contrepartie, la Société s'engage à fournir à l'État :

- dans les quinze (15) jours de leur ouverture, les références utiles de tout
compte bancaire ouvert à l'étranger,

- dans les quinze (15) jours de chaque trimestre civil, une copie des relevés
bancaires du trimestre civil précédent des comptes bancaires ouverts à
l'étranger.

En outre, l'État garantit au personnel étranger employé par la Société et résident
en République de Guinée, la libre conversion et le libre transfert dans leur pays
d'origine, des économies réalisées sur les salaires ou autres éléments de
rémunération qui leur sont dus, sous réserve que leurs impôts et autres taxes
aient été acquittés conformément aux dispositions de la législation en vigueur et
de la présente Convention.

## ARTICLE 31 :   EXPROPRIATION -NATIONALISATION

En cas d'expropriation ou de nationalisation de la Société ou d'un quelconque
de ces éléments d'actif, l'État lui versera une compensation juste et équitable,
basée sur la valeur marchande des opérations minières à la date de
l'expropriation ou la nationalisation.

## ARTICLE 32 :   PÉRIODE DE STABILISATION

L'État garantit à la Société, à compter de la date d'octroi de la Concession et
pendant toute la durée de celle-ci, la stabilisation de la Législation en Vigueur ;
et de toutes les dispositions, notamment fiscales et douanières, prévues par la
présente Convention.

Par conséquent, toutes modifications de la Législation en Vigueur, notamment
fiscale et/ou douanière, postérieures à la date d'octroi de la Concession qui
auraient pour effet notamment d'augmenter, directement ou indirectement, les
charges fiscales et/ou douanières de la Société lui seraient inapplicables.