# **EXHIBIT 5**

19-11845-shl    Doc 24-6    Filed 06/21/19    Entered 06/21/19 15:57:11    Exhibit 5
Pg 1 of 5

*TRANSLATION*

[Technical committee for review of mining titles and agreements letterhead]

**REPUBLIC OF GUINEA**
Labour – Justice -Solidarity

Conakry, February 21, 2014

No. 011/CTRTCM/2014

CONFIDENTIAL

**Re:** Draft recommendation of the Technical Committee to the Strategic Committee

*The Chairman*

*To*

Mr Chief Executive Officer
VBG – VALE BSGR GUINEE
Cité Chemin de Fer – Immeuble Pita – 5the floor
Conakry – République de Guinée

To the Chief Executive Officer,

According to the rules governing the performance of its duties, the Technical Committee for Review of the Mining Titles and agreements (CTRTCM) has to provide you with the draft recommendation it intends to submit to the Strategic Committee regarding the mining titles and the mining agreement held by your company, in order to gather your observations.

The recommendation that the CTRTCM intends to submit to the Strategic Committee, following its analysis of all the elements of the file, is as follows:

"The Technical Committee submits the following recommendation to the Strategic Committee:

- **Suggest to the Ministry of Mines** to pronounce the withdrawal of the research permit for Simandou Block 1 & 2 covering a total surface of 369 $km^2$ in Kerouane registered in the Registry of Mining Titles under No. A2008/132/DIGM/CPDM pursuant to the Ministerial Order No. 72008/4980/MMG/SGG of December 9, 2008;

- **Suggest to the Ministry of Mines** to withdraw the mining concession in Zogota covering a total surface of 1024 $km^2$ for Beyla, Macenta, N'Zokore and Yomou registered in the Registry of Mining Titles under No. A2010/1712/DIGM/CPDM pursuant to the Presidential Decree No. D2010/024/PRG/CNDD/SGG of March 9, 2010;

- **Accordingly, suggest to the Ministry of Mines** to pronounce the cancellation of the Basic agreement dated December 16, 2009;

- **Propose to the competent authorities** to enjoin VBG to communicate to the Ministry of Mines all studies, reports, data, results samples etc that have been realised or gathered within the framework of the mining operations of VBG in Guinea;

- **Propose to the competent authorities** to take all necessary actions to exclude VBG, holder of the titles and the convention at stake, as well as the companies which have originated the corruption practices, i.e. BSGR and the companies held or controlled, directly or indirectly,

46

by the BSGR Group, from the reattribution process for the mining titles and agreements concerned by the present recommendation;

This draft recommendation has been approved by the CTRTCM at its plenary session of February 6, 2014.

It is thus up to you, if you deem it necessary, to submit observations on this draft and to communicate them to the CTRTCM within one week from receipt of this letter.

In addition, the CTRTCM does not see, on its part, any obstacles or inconvenience in you communicating this draft recommendation to your minority shareholder, if you deem such communication useful.

However, it is important to the CTRTCM that, should this minority shareholder itself submit observations, such observations be drafted in French, language of the proceedings and be submitted through VBG as holder of the mining titles and agreements at stake.

Once the observations are received – or this deadline has passed – the CTRTCM will draft and approve the final content of its recommendation and will transmit it, along with its introductory report, to the Strategic Committee. Indeed, alone the Strategic Committee has the power to formulate its recommendation to the National Commission of Mines.

Yours sincerely,

[stamp]                              [stamp]                              [signature]

                                                                          Nava TOURÉ



**COMITÉ TECHNIQUE
DE REVUE DES TITRES
ET CONVENTIONS MINIERS**

N° 011 /CTRTCM/2014

**RÉPUBLIQUE DE GUINÉE**

..........................

Travail - Justice - Solidarité

Conakry, le 21 février 2014

**CONFIDENTIEL**

*Le Président*

*A*

Monsieur le Président- Directeur Général
VBG – VALE BSGR GUINEÉ
Cité Chemin de Fer – Immeuble Pita – 5ème étage
Conakry – République de Guinée

**Objet :** Projet de recommandation du Comité Technique au Comité Stratégique

Monsieur le Président,

Selon les règles régissant l'exécution de son mandat, le Comité Technique de Revue des Titres et Conventions Miniers (CTRTCM) doit vous faire parvenir, aux fins de recueillir vos observations, le projet de recommandation qu'il entend soumettre au Comité Stratégique concernant les titres miniers et la convention minière dont votre société est titulaire.

La recommandation qu'entend soumettre le CTRTCM, à l'issue de son analyse de l'ensemble des éléments du dossier, au Comité Stratégique est la suivante :

« Le Comité Technique soumet au Comité Stratégique la présente recommandation :

- proposer au **Ministre chargé des Mines** de prononcer le retrait du permis de recherche sur les blocs 1 &2 Simandou couvrant une superficie totale de 369 km² dans la préfecture de Kérouané, enregistré dans le Registre des Titres Miniers sous le numéro A2008/132/DIGM/CPDM suivant Arrêté ministériel N°72008/4980/MMG/SGG du 09 décembre 2008 ;

- proposer au **Président de la République**, de retirer la concession minière sur la zone dite de Zogota d'une superficie totale de 1024 km² et couvrant les préfectures de Beyla, Macenta, N'Zérékoré et Yomou, enregistrée dans le Registre des Titres Miniers sous le numéro A 2010/171/DIGM/CPDM suivant Décret présidentiel N°D2010/024/PRG/CNDD/SGG du 09 mars 2010 ;

- proposer, par suite, au **Ministre chargé des Mines** de prononcer la résiliation de la convention de base en date du 16 décembre 2009 ;

- proposer aux autorités compétentes de faire injonction à la société VBG de communiquer aux services du Ministère des mines l'ensemble des études, rapports, données, résultats, échantillons, etc. qui auraient été réalisés ou obtenus dans le cadre des opérations minières de VBG en Guinée;

---

- proposer aux autorités compétentes de prendre toutes dispositions utiles afin que soient exclues de la procédure de réattribution des titres et de la convention objet de la présente recommandation la société VBG, titulaire des titres et de la convention en cause, ainsi que les sociétés qui ont été à l'origine de ces pratiques de corruption, c'est-à-dire BSGR et les sociétés détenues ou contrôlées, directement ou indirectement, par le Groupe BSGR. »

Ce projet de recommandation a été approuvé par le CTRTCM au cours de sa séance plénière du 06 février 2014.

Il vous appartient donc, si vous l'estimez utile, de formuler des observations sur ce projet et de les communiquer au CTRTCM dans un délai d'une semaine à compter de la date de réception du présent courrier.

Par ailleurs, CTRTCM ne voit pas, pour sa part, d'obstacle ou d'inconvénient à ce que vous communiquiez ce projet de recommandation à votre actionnaire minoritaire, si vous estimez utile une telle communication.

Le CTRTCM attache cependant du prix, dans le cas où cet actionnaire formulerait lui-même des observations, à ce que celles-ci soient rédigées en français, langue de la procédure, et qu'elles soient transmises par VBG en sa qualité de titulaire des titres et conventions en cause.

Une fois vos observations recueillies – ou le délai imparti à cet effet expiré –, il appartiendra au CTRTCM d'établir et d'approuver le texte définitif de sa recommandation qu'il adressera, accompagnée de son rapport introductif, au Comité Stratégique. Seul ce dernier, en effet, est compétent pour formuler un avis aux Autorités Compétentes au nom de la Commission Nationale des Mines.

Je vous prie de croire, Monsieur le Président, en l'expression de mes sentiments distingués.

Nava TOURÉ

CTRTCM
Le Président

CGS&H p. 2