## **EXHIBIT 6**
**Pt. VI**

CONFIDENTIEL

MT :  Dis-moi un peu. Est-ce que Mahmoud Thiam.. je l'ai vu à l'internet. Qu'est-ce qu'il a à voir avec.

FC :  Je sais pas.

MT :  Je l'ai vu à internet.

FC :  Il a rien à voir avec euh... Je sais que Alpha l'avait attaqué et euh... en disant que euh... Pareil. Tu sais, toujours les mêmes bêtises qu'avec toi, en disant qu'il avait touché de l'argent, qu'il avait favorisé BSGR lorsqu'il était ministre. Et ce que lui il a fait, Mahmoud Thiam, il a fait une déclaration dans la presse en disant que premièrement, tout ça c'était des conneries et puis en plus, lui à l'époque, si je m'en rappelle exactement, à l'époque Mahmoud Thiam avait même aidé, de ses fonds propres, il avait aidé.. Comment il s'appelle ? Alpha quand il était en période électorale mais enfin, il a réglé ses comptes. C'est entre eux quoi. C'est entre Thiam et Alpha.

MT .  Mahmoud Thiam et Alpha ?

FC :  C'est dans la presse. [Toussotements] Il avait fait une déclaration comme ça, très très forte, très forte [Toussotements] contre, comment il s'appelle, contre Alpha ouais. Très forte contre Alpha. Et après je sais pas, je sais pas ce qu'il devient Mahmoud Thiam. Personne n'a de contact avec lui je crois. Je sais pas, il travaille aux Etats-Unis non ? Il travaille où ?

MT :  [Inaudible]

FC :  Parce que lui, il a la double nationalité. Il est guinéen et américain, je crois.

MT :  Ah bon ?

FC :  Je crois hein. Je crois hein, je sais pas. Il me semblait qu'il était.. qu'il avait la double nationalité.

MT :  Il pense que ... Alpha pense qu'il avait reçu de l'argent de la main de BSGR.

FC :  Alpha... euh... qu'il avait favorisé, à l'époque où il était ministre, et qu'il avait favorisé le projet de BSGR. Mais euh... c'est toujours Alpha. Il a oublié que il y avait.. C'était qui déjà le premier ministre quand Mahmoud Thiam était... Il y avait le premier ministre, il y avait tout le monde mais tous les gens qui ont signé le contrat de BSGR à l'époque de Lansana Conté, tous les gens qui ont signé tous les accords même après quand il y avait

MT :  Dadis.

FC :  Quand il y avait Dadis et tout ça, ce sont des gens qui sont aujourd'hui avec Alpha. C'est le même. Beh oui. Parce que tu prends - comment il s'appelle ? Fofana, il était déjà à l'époque.

MT :  Qui Fofana ?

FC :  Le ministre des mines là.

MT :  Qui ?

FC .  Le ministre des mines actuel, il était déjà, à l'époque, impliqué. Même, il y a sa signature dans le dossier - dans le contrat de BSGR, il y a la signature de Fofana. Tous les gens qui étaient impliqués à l'époque sont encore en

CONFIDENTIEL

charge maintenant. Et Alpha dit le dossier ça a été de la corruption. Mais la corruption de qui ? C'est les mêmes qui sont aujourd'hui - les Fofana [inaudible], même s'il y avait Thiam, mais il y avait le premier ministre, il y avait tous ces gens-là donc c'est n'importe quoi. Tu vois, il est - comment il s'appelle ? Le premier ministre à l'époque je sais plus qui c'était . C'était pas Doré non ?

MT :  Le premier ministre de Dadis ?

FC :  Euh ouais. Non, ça. L'époque après Dadis. Kouyaté. Euh pas Kouyaté. Konaté.

MT :  Konaté.

FC :  Konaté. Quand il y avait Sekouba Konaté, je ne sais plus qui était le premier ministre. Mais tous ces gens-là, ils sont encore là aujourd'hui à la présidence ou dans les ministères. Donc c'est à ces gens-là qu'il faut aller poser la question. Pourquoi il va emmerder Thiam ? Pourquoi il va emmerder tout le monde ? C'est tout simplement parce qu'il a tellement magouillé avec les sud-africains, avec [inaudible], avec tous les gens qui l'ont, tu sais, avec la société des élections, [Weimart]. Il a volé les élections. Il a jamais - tu sais, le deuxième tour des élections, c'est [Weimart] qui l'a fait

MT :  Mais qu'il achète de tout ça, vous pensez vraiment que c'est vrai ? [Rires]

FC :  A 100%. A 100%. Mais à 100%. C'est même pas peut-être. C'est à 100 %. Les élections, il les a volées avec tous ces gens-là. Il a pris des accords pour leur redonner un morceau du dossier BSGR, leur donner un morceau du dossier de ceci, un morceau du dossier de cela. Enlever les contrats avec les sociétés qui étaient avant lui et les redonner à ses amis. Son fils, il est impliqué dans toutes ces magouilles. Il est impliqué dans toutes ces choses-là. Et voilà. Qu'est-ce que tu veux que je te dise ? C'est même pas peut-être. Son fils, il est dans la société avec - comment il s'appelle celui qui avait aidé à l'époque ? Comment tu l'appelles ? Celui qui était dans les PME, le voyou.

MT :  Boubah.

FC :  Boubah. Voilà, voilà. Alors Boubah il était avec le fils. Ils sont impliqués dans toutes les combines de la - ils veulent récupérer les histoires de Nimba. Ils sont dans une société qui s'appelle Sable Mining et ils ont leur nom qui est dedans. C'est des magouilles toute ça. C'est que des magouilles. Le problème c'est que je pense qu'il ne sait même plus comment s'en sortir de toutes ces magouilles, tellement y en a. Il sait même plus comment s'en sortir -

MT :  Qu'est-ce qu'il a fait Mahmoud Thiam ? parce qu'il a reçu de l'argent [inaudible].

FC :  Mahmoud Thiam n'a pas reçu d'argent. Comment il s'appelle ? Alpha dit, pour attaquer tout le dossier, il dit : "Mahmoud Thiam était corrompu, il a touché de l'argent" mais Mahmoud Thiam a rien à voir de rien du tout. Tu sais le contrat de - c'est ça qui est, qui emmerde le plus Alpha - c'est que le contrat de BSGR; il a été très très bien fait à l'époque. Parce que, justement pour éviter les problèmes de dire il y a, c'est un tel qui m'a donné l'autorisation, l'accord, et qui a signé, y a pas une personne qui a donné l'accord. Y a vingt signatures, trente signatures sur le contrat de BSGR : le ministre de ça, le ministre de ça, le ministre du budget, les accords de ceci, les acc - Tout a été fait avec beaucoup beaucoup de gens impliqués, de façon justement et.  Heureusement que Beny a eu l'intelligence d'insister

CONFIDENTIEL

pour que ce soit fait de façon très très régulière pour pas qu'on puisse
ensuite l'attaquer. Je veux dire quand tu prends le contrat aujourd'hui, même
Fofana il était dedans. Mais celui qui - le ministre des mines d'aujourd'hui -
même lui, il était dedans. Donc toute le monde a donné - donc il essaye
d'attaquer Mahmoud Thiam, il essaye d'attaquer ça, il essaye d'attaquer ça
en disant vous avez donné de l'argent à celui-là, vous avez donné de l'argent
à celui-là. Il est même allé sortir que - je sais plus - que - je me rappelle plus -
que Mahmoud Thiam il a accusé qu'il était invité à l'hôtel je sais pas trop où
quelque part en Europe par BSGR. Que des conneries comme ça histoire de
dire. Mahmoud Thiam, il a écrit dans sa lettre publique qu'il n'avait besoin de
personne pour lui payer sa chambre d'hôtel quand il était en voyage je sais
pas trop où. Tu sais, voilà, c'est que des conneries histoire de dire, de salir le
groupe et l'image du groupe. Et je vais te dire, tout ça c'est parce que lui, il a
déjà pris des accords avec d'autres gens pour donner ce projet. Il veut
enlever le projet de Simandou de BSGR pour le donner à quelqu'un d'autre.
Parce qu'il a déjà vendu ça, il a déjà pris des accords avec les uns, avec les
autres et il sait pas comment se sortir de cet accord-là donc il ne peut pas
confirmer BSGR dans cet accord-là et il veut simplement les dégager. Tu
sais il est Président de la République. Le problème c'est qu'il y a aucune
opposition sérieuse en Guinée et il fait ce qu'il veut. Il essaye - il essaye de…
Mais en attendant, tu sais, le problème qu'il y a c'est que ça fait deux ans
qu'il est élu, les gens en ont marre, les gens sont fatigués, ils veulent
travailler et ils veulent manger et ils veulent se soigner. Et il se passe rien
dans ce pays là à cause de cet espèce d'imbécile qui a, qui a - je peux même
pas dire qui a été élu cet imbécile - qui a volé les élections. Parce que c'est la
vérité. Tu sais bien non ? tu le sais bien que ça a été volé. Tout le monde sait
que ça a été volé. Et ça a été volé avec [Weimart]. C'est pour ça que
maintenant - comment il s'appelle ? Cellou - Cellou et tous les autres, ils
veulent pas que ce soit [Weimart] qui organise l'électorat pour les législatives.
Parce qu'il va faire pareil. Et quand ils veulent organiser le vote des guinéens
qui habitent à l'extérieur, qu'est-ce que tu crois que c'est ça ? Tu sais, les
guinéens qui sont pas en Guinée, qui sont à l'extérieur de la Guinée, qui vont
voter dans les ambassades, je te dis pas la triche qu'il y a à ce moment-là.
Ça triche énormément. Donc c'est ça, ça c'est Alpha. Ça c'est votre
Président.

MT :   [Rires]

FC     Ça c'est votre Président Alpha. Mais en attendant tu sais, en attendant c'est
       compliqué. Voilà.

MT :   Et en attendant c'est compliqué.

FC '   En attendant c'est compliqué et ça emmerde tout le monde.

MT :   [inaudible].

FC :   Mais Thiam, je pense que ça s'est arrêté tout de suite cette histoire, je crois
       qu'il a arrêté de l'attaquer parce que Thiam s'est pas laissé faire.

MT     Thiam ne dois jamais lui dire qu'il a reçu l'argent.

FC :   Mais Thiam n'a rien reçu. Thiam n'a rien reçu. Non mais Thiam, ça a rien à
       voir avec les histoires

MT     [Inaudible]

FC     Moi je te dis -

CONFIDENTIEL

MT :   C'est Asher qui était là à l'époque.

FC :   Moi je te dis que ça n'a rien à voir. Tu sais il y a une part de légende dans ces affaires de BSGR. Il y a une histoire - c'est comme une légende. Tout le monde dit ah il y a ça, ah y a ça, ah y a ça. Même toi tu n'étais plus là quand ça s'est passé.

MT :   Non moi j'étais à Freetown.

FC :   Voilà. Même toi tu n'étais plus là quand ça s'est passé. Et après quand ça s'est passé, parce qu'il cherche aussi des histoires de Konaté - à l'époque de Konaté. Donc il cherche tout tu vois. Seulement la seule chose - la seule différence qu'il y a c'est que, tu as vu, il attaque tout le monde mais il attaque pas Konaté. Il a peur de Konaté.

MT :   Ah bon ?

FC :   Alpha tu crois pas qu'il a peur de Konaté ? Alpha il a très peur de Konaté. Donc il a tapé sur tout le monde. Il a tapé sur Thiam, il a tapé sur - il a jamais parlé de Konaté, même pas une virgule sur Konaté. Le tigre se laisse pas faire comme ça.

MT :   Tu sais, à l'époque, le tigre [inaudible] pour me donner mon argent.

        Tu sais, Thiam avait dit pourquoi le multimilliardaire il la lâche pas ma - la dame là. Il avait dit ça.

FC :   Moi j'étais pas là.

MT :   Il avait dit ça à Aboubacar. [inaudible].

FC :   Je connais pas.

MT :   Moi j'avais entendu Thiam. Je ne le connaissais pas. C'est Aboubacar en fait qui a fait que j'ai entendu parler avec Mahmoud Thiam.

FC :   Je connais pas du tout ces histoires.

MT :   Tu n'étais pas là. C'est quand j'ai voyagé à Conakry.

FC :   Enfin, écoutes, il faut juste espérer maintenant que ce Président là il arrête de nous faire chier, qu'on termine ce projet parce qu'il y en a marre. Faut qu'on termine ce projet parce qu'il y en a vraiment marre.

        Ok. Bon, qu'est-ce que tu fais de tes journées ? Tu prépares ton magasin quoi ?

MT :   Oui, on va là-bas. Des fois on reste la nuit parce qu'il y a des télés, il y a plein de choses. [inaudible]

FC :   Et qui a financé tout ça ?

MT :   L'argent que Adam m'avait envoyé là.

FC :   Oui. Oui.

CONFIDENTIEL

MT : L'argent de Adam. Quand j'ai pris l'argent de Adam - quand il a viré l'argent, tu te rappelles, il a dit : "mais pourquoi tu attends ?" [inaudible] Tous les jours, les poissons, les crabes, les shrimps. Ça marche beaucoup ici.

FC : En tout cas c'est bien que tu - tu as pas d'associé, tu fais ça toute seule.

MT : Je fais ça toute seule. J'ai peur d'être avec quelqu'un.

FC : Tu as bien raison. Tu as bien raison. Tu as bien raison.

MT : Je suis seule.

FC : Donc il y a Madou qui t'aide un peu ?

MT : Oui y a Madou qui m'aide un peu.

FC : Parce que Madou elle sait faire tous les papiers, toutes ces choses-là quoi.

MT : Non, en fait elle a des relations ici à Jacksonville.

FC : Ah ouais ?

MT : Elle a un ami qui me guide.

FC : D'accord.

MT : Elle a un ami qui me dit ça c'est bon ; si vous faites ça, ça va ; achetez ça ; ne faites pas ça, ça va pas marcher.

FC : D'accord. Et tu as repris une autre maison alors ou tu habites -

MT : Non j'habite la même maison -

FC : Le même endroit.

Ok. Bon mais c'est bien. C'est bien d'avoir fait ça. C'est bien d'avoir fait ça.

Hmmm Mamadie, Mamadie. Ecoutes, moi je vais faire ça. Je vais revenir début avril.

MT : D'accord.

FC : Je rentre pour les fêtes. Je rentre juste une semaine, dix jours. et je reviens te voir

[inaudible - annonce aéroport].

Il te manque encore des équipements, des choses comme ça ?

MT : Là-bas ? Non, on a fait [inaudible].

FC : Et dis-moi, tu achètes ça, tout le matériel - non pas le matériel - les fruits. Tu vas acheter ou ça ?

MT : Il y a une société qui est concernée de ça.

FC : En gros quoi. Tu achètes en gros et tu revends au détail ?

CONFIDENTIEL

MT :    Oui, oui.

FC :    C'est bien ça. Il va te falloir un peu de personnel

MT :    J'ai pas eu beaucoup d'argent pour faires les maisons [inaudible].

FC :    Mais tu vas avoir un peu de personnel quand même ?

MT :    Mmm.

FC :    Des vendeuses, des choses comme ça.

MT :    Oui.

FC :    Ok. Tu m'avais dit que tu avais quand même pas mal - y a pas mal de
        guinéens qui sont à Jacksonville que tu connais c'est ça ?

MT :    Oui.

FC :    Ils travaillent ici ou pas ?

MT :    Oui mais j'ai pas [Inaudible]

FC :    Oui tu m'avais dit que tu essayais de rester un peu loin de. Oui parce que
        c'est des problèmes.

**1h05m00s**    MT :    Oui c'est des problèmes. Moi je voulais acheter des maisons ici, si... j'avais
        pensé, j'ai dit si BSGR me donnait un peu d'argent, Beny me donnait, j'allais
        acheter des maisons ici, parce que les maisons ici, c'est bon.

FC :    Mm mm parce que le marché des locations c'est bon ici ?

MT :    Oui parce que si tu veux faire sortir les gens de les maisons, tu peux les faire
        sortir. [inaudible] Donc je pense que c'est bien. Si [inaudible] J'avais dit à
        Beny...

FC :    Laisses-moi rentrer, laisses-moi rentrer, je vais voir tout ça et je reviens te
        dire. .

MT :    Mais pas devant Asher, je veux que si vous allez faire tête à tête avec Beny,
        avec BSGR, j'ai peur, sinon ils vont [inaudible] et j'ai la maison là.

FC :    Laisse-moi faire, je te dis et je te répète tu as à faire avec Frédéric et c'est
        tout ce qu'est important.

MT :    Je sais quand toi tu dis que tu vas le faire, je sais que c'est sûr.

FC :    Tu as à faire à Frédéric, c'est tout.

MT :    Je sais. Les maisons ici c'est bien. Y a des maisons même tu peux prendre,
        tu loues ça.

FC :    Ah ouais ?

MT :    Tu prends les buildings là. Tu loues ça en bureaux.

FC :    [inaudible] Donc ( . ) elle dort toutes les nuits maintenant elle est grande ?

CONFIDENTIEL

MT :   Bah. Elle dort, mais avant de dormir c'est des problèmes. Elle tourne par-là, elle tourne à gauche, elle me tape. Elle met son [inaudible] sur ma tête. [inaudible]. Qu'est-ce qu'elle me fait là. Je sens le pipi là. [inaudible] Je sais pas pourquoi elles font ça. Tourne à gauche, à droite.

FC :   Ça lui fait quoi maintenant ? Ça lui fait combien ?

MT :   Onze mois. En avril, elle aura un an.

FC :   C'est vite passé hein.

MT :   Oui.

FC :   C'est vite passé.

MT :   Oui, c'est vite passé.

FC :   Ouah, qu'est-ce que c'est vite passé.

MT :   C'est vite passé.

FC :   Et le papa, il est rentré ?

MT :   Il est rentré.

FC :   Il a pas de problème lui ça va ?

MT : non il a pas de problème

MT .   [inaudible]

FC :   Non mais à Conakry ? à Conakry - il va pas rentrer à Conakry.

MT    Non, il va pas rentrer. C'est pas bon.

FC :   Donc du coup maintenant il va plus rentrer.

MT .   Je sais pas mais je lui ai dit de faire attention. Je lui ai dit de faire attention. Je lui ai dit de faire attention

FC    C'est sûr. C'est sûr. Tu sais, je lui avais dit - je te l'ai dit - il y a longtemps que j'ai dit de faire attention. Il y a longtemps que j'ai dit de faire attention. Tu sais il avait dit "j'ai tous les groupes de militaires avec moi, il osera pas faire, les gens vont pas m'abandonner". Vont pas m'abandonner, vont pas m'abandonner, tu sais, qu'est-ce que tu vas faire s'ils l'attrapent comme ça et le mettent dans une prison ? Qu'est-ce qu'il va faire ? Il va rien faire. Donc euh.. et l'autre c'est un mauvais, c'est un très très mauvais.

Donc il travaille un peu dans - il essaie de vendre ses voitures, de faire ces choses là ?

MT    Oui il essaie parce qu'on a pas beaucoup d'argent.

FC    Et il va renvoyer des véhicules encore ici après ? S'il arrive à vendre ceux-là ?

MT    Oui.

CONFIDENTIEL

FC :   C'est un bon business ou pas ?

MT :   Oui.

FC :   Parce qu'il avait acheté pas cher les [inaudible] là. Et je sais plus quel autre
modèle. C'était bien, c'était bien. Et (...)Il est toujours dans les voitures ?

MT :   Oui, toujours dans les voitures. Il a pas le choix.

FC :   De toute façon il faut bien travailler. D'une manière ou d'une autre, il faut bien
travailler hein. Personne n'a le choix, il faut bien travailler.

Bon, écoutes... Et aujourd'hui, qu'est-ce que tu vas faire ? Tu retournes là-
bas ?

MT :   Je retournes là-bas. On va téléphoner, il va venir me prendre.

FC :   Tu conduis là ?

MT :   Non je conduis pas mais -

FC :   Tu as le jeune là de ton frère là qui te conduis ?

MT :   Non [inaudible] de me déposer.

FC :   D'accord.

MT :   Mais des fois si je veux partir là-bas, il se peut que mon marie vienne. Ça
dépend. Il me raccompagne au restaurant.

FC :   Et le restaurant il est à côté de ton projet de fruits et légumes ?

MT :   Oui. C'est deux magasins que j'ai

FC :   côté côté

MT :   [inaudible] c'est collé quoi

FC :   Et tu vas faire un restaurant à l'américaine là, avec les hamburgers et tout ça
?

MT :   Oui.

[Inaudible]

**1h11m11s**   MT :   Et Asher qu'est-ce qu'il est devenu ?

FC :   Je sais pas. Je sais pas du tout, j'ai pas... j'ai pas trop de contacts avec lui.
J'ai pas trop de contacts. Et tu as plus de contacts du tout avec comment il
s'appelle, ton frère qui travaillait avec euh    mmm. ah... Ibrahim, tu as plus
trop de contacts avec Ibrahim ?

MT :   Je vous avait dit ça il y a longtemps, j'ai plus de contacts avec lui.

FC :   Oui, je sais.

[inaudible]

**CONFIDENTIEL**

MT :   Elle est morte la sœur là.

FC :   La sœur de qui ?

MT :   D'Ibrahima Sory.

FC :   Comment elle s'appelait ?

MT :   [Adiamé]. [Adiamé].

FC :   Oui mais je me rappelle pas.

MT :   Elle était avec moi. C'est elle qui préparait pour moi des fois à la maison.

FC :   Ouah. Mais elle était pas vieille.

MT :   Non elle était pas vieille. Elle était malade.

FC :   Elle est morte où ? A Conakry ?

MT :   Oui. Ça m'a touché.

FC :   Oui j'imagine.

MT :   Elle était très gentille avec moi.

FC :   Donc elle c'était la sœur aussi d'Ibrahim ?

MT :   Oui. Elle était très gentille avec moi. [inaudible]

FC :   Elle était vraiment malade. Ah oui ? Et donc qui il reste à Conakry alors de la famille ? Puisque ta maman - ta maman elle est plus à Conakry non plus ?

MT :   Non, elle est partie au [inaudible]

FC :   Parce qu'elle était partie à l'époque elle était partie avec Ahmed en Angleterre non ?

MT :   Oui. Je suis en train de faire une lettre pour la faire venir ici. [inaudible] elle doit continuer donc je vais la faire venir ici.

FC :   Parce que Londres c'est pas bien pour elle ?

MT :   On est pas là-bas. Tu sais, quand tu es vieille tu veux être avec tes enfants.

FC :   C'est normal.

MT :   Pour ne pas qu'il y a des soucis. Si elle est avec nous, ça va faire moins de soucis.

FC :   Bien sûr, bien sûr. [inaudible], même plus tard il y aura personne. C'est pas facile pour les papiers ici quand même non ?

MT :   Oui mais quand tu es légal, par exemple quand tu as une société, tu peux. [inaudible]

FC :   Oui ça c'est vrai.

CONFIDENTIEL

MT :   Dehors il fait très froid.

FC :   C'est vrai ? ce matin, je regardais la météo. Quand j'ai vu qu'il faisait froid, j'ai pris un petit blouson quand même. J'allais partir juste avec –

MT :   Ça change, ça change ici. Des fois c'est froid, des fois c'est chaud. Vous allez retourner à quelle heure ?

FC :   Là j'ai l'avion dans l'après-midi. Quelle heure il est ? En début d'après-midi là. Mais t'inquiètes pas pour moi. Si tu dois y aller, je vais attendre là. Y a pas de – t'inquiètes pas pour moi. T'inquiètes pas pour moi. Et on se reparle ? Demain, je prends l'avion pour rentrer en France. Je prends l'avion demain, j'arrive mercredi soir. Et le 8, je reviens ici. Le 8 au soir, j'arrive à Miami. Je t'appellerai de toute façon.

MT :   Ok ok.

FC :   Et voilà. Tu es toujours sur le même numéro ?

MT :   Oui sur le même numéro.

FC :   Maintenant quand tu vois Frédéric, tu décroches.

MT :   [Rires] Oui, si je vois Frédéric, je décroches. [Inaudible] j'ai beaucoup d'appels.

FC :   C'est pas grave.

MT :   elle me tape, elle me tape, elle me mord la main

FC :   elle va commencer a marcher là ?

MT :   oui oui [inaudible]

FC :   Tu lui parles en quelle langue ?

MT :   je lui parle le français.

FC :   En français ? Ça va être marrant parce qu'après elle va apprendre l'américain.

MT :   Oui.

FC :   Ça va être une petite américaine.

MT :   Oui.

FC :   C'est déjà une petite américaine mais je veux dire dans le langage et tout

MT :   Oui. Oui. Si je l'amène à l'internat [inaudible]

FC :   C'est cher, c'est cher. Madou, elle est guinéenne aussi ?

MT :   Non.

FC :   Elle est quoi ?

CONFIDENTIEL

MT :   Elle est américaine maintenant.

FC :   Oui mais elle a des origines de où ? Elle a pas d'origine de Guinée ?

MT    Non. Elle est de Côte d'Ivoire.

FC :   Ah d'accord.

MT :   Mais elle a fait beaucoup de [inaudible].

FC :   Elle est née ici ?

MT :   Non.

FC :   Quand tu es née ici, tu as - ta vie elle est différente quoi. Tu vois ce que je
veux dire parce que tu vis - tu es américain. Tu sais même dans ta manière
de voir les choses, de vivre et tout ça, quelles que soient tes origines, quel
que soit ce que tu es, tu es différent. Tu es américain quoi. C'est différent.
Moi j'ai des amis français qui ont des enfants qui sont nés ici mais eux sont
français. Il y a un décalage avec leurs enfants parce que les enfants ils ont la
mentalité américaine alors que nous on reste avec la mentalité française,
guinéenne. Même si on parle américain, ça n'a rien à voir quoi. C'est comme
ça. Donc toi tu vas avoir une petite fille américaine américaine.

MT    Ouais.

FC    Qui va t'expliquer ce que c'est les Etats-Unis.

MT :   Ah bon ?

FC    Eh oui. Ils sont pas pareils les américains. C'est pas la même manière de
vivre comme nous. Nous on essaye - on vient ici, on essaie de faire un peu
comme eux et tout ça. Mais eux ils ont une mentalité américaine spéciale,
très spéciale.

MT    Frédéric, je peux compter sur toi ?

FC    Mamadie, tu peux compter sur moi. Tu sais, il y a une chose que je t'ai
toujours dit c'est que, en tout cas moi, tu peux compter à 100 % sur ma - sur
mon honnêteté, ma franchise, de tout te dire - le bien et le mal. Je te dis le
bien et le mal. Je te dis tout, je te mens pas, j'essaie pas de profiter de toi,
j'essaie pas de - rien. Quand je peux t'aider, je t'aide. Quand je peux t'aider,
je t'aide. Tu vois ? Euh avec les moyens que j'ai, j'essaye de t'aider du mieux
que je peux. C'est pour ça que j'étais...

1h20m24s          J'étais même vexé que tu disparaisses comme ça. J'étais vexé, je te promets.

MT :   Mais parce que je me disais c'est pareil. C'est pareil. J'avais peur. Parce que
tu disais la décision vient pas de toi, ça vient de Beny -

FC :   Je t'ai pas dit ça comme ça, mais bon c'est pas grave -

MT    Je me disais peut-être Beny est fâché contre moi -

FC    y a personne qui est fâché contre personne, y a personne qui est fâché
contre personne, c'est juste de voir cette situation là bloquée qui embête tout
le monde c'est ça, mais personne n'est fâchée contre personne,. Pour quelle
raison tu veux que qui que se soit, soit fâché contre qui que ce soit ? C'est

CONFIDENTIEL

comme ça. Enfin écoute, on va tout faire pour que les choses s'arrangent un peu et puis voilà.

Toi tu parles bien l'anglais maintenant, tu commences à te débrouiller ?

MT : [inaudible]

FC : C'est difficile à comprendre des fois. Quand ils parlent comme ça au micro des fois

MT : Je n'entends pas.

FC : Il va falloir que tu t'y mettes hein.

MT : [inaudible]

FC : Tu vas faire des cours aussi, d'anglais ?

MT : Il faut que je vois si je peux parler avec ma sœur.

FC : Tu devrais faire des cours. Non mais même pour ton travail, ton business, pour tes affaires tu dois parler un peu anglais.

MT : Normalement. Normalement. Mais je vais pas être là. C'est eux qui vont vendre.

FC : Je sais mais bon, c'est quand même ton affaire. C'est quand même ton affaire. Il faut que tu sois là –

MT : Oui, ça marche bien.

FC : Ça c'est les cafés - Starbucks ça marche toujours. Regardes ce truc-là, le matin, les Burger King tout ça, ça marche. Tu sais la bouffe, ça marche toujours.

MT : Ouah je savais même pas il y avait ça ici. Je pensais que c'était le seul endroit. Je savais pas.

FC : Tu veux aller manger quelque chose là-bas ?

MT : Non. J'ai dit que je pensais que c'était le seul endroit.

FC : Non regarde. Tu vois ?

MT : C'est bien

FC : Oui c'est bien.

Je suis à l'aéroport. Oui je suis obligé de rentrer, il y a les fêtes de Pâques qui vont se lancer. Puis j'ai des choses à faire là-bas. [silence] Ouais.

Oui, comment il s'appelle - tu sais - il a pas eu d'autres alertes avec son commandement qui l'avait interrogé l'autre fois avant de quitter. Il m'avait dit une fois qu'il avait été un peu interrogé par son [inaudible]

MT : Il a bloqué son sac de riz.

CONFIDENTIEL

FC :   Il avait bloqué son sac de riz. En fait, depuis il est pas retourné quoi ?

MT :   Non

FC :   Parce qu'il était repassé à Freetown. Et après il est revenu ici. Donc depuis il a plus remis les pieds à Conakry ?

MT :   Non, non, non. Ici les gens grossissent.

FC :   Hein ?

MT :   Ici les gens grossissent vite.

FC :   Le problème c'est que, si tu veux, tu vois là toi tu fais attention avec les fruits tout ça quoi, mais tu vas voir les gens là-bas ils prennent les petits déjeuners, c'est des gros trucs comme ça et tout ça. Ça fait grossir.

MT :   Ça fait grossir. Même moi j'essaie de diminuer parce que c'est pas bon pour la santé.

FC :   Bien sûr c'est pas bon. Bien sûr. Tu sais après, quand tu commences à avoir cette habitude de manger comme ça quand t'es jeune, tu t'en défaits plus. Si tu bouffes comme ça c'est terrible. Il y a des gens qui ont beaucoup de mal après.

MT :   Moi à l'époque, ayant du cholestérol, je ne savais pas.

FC :   Faut faire des analyses. Moi, je fais chaque année, je fais une prise de sang avec tout dessus.

MT :   Je pensais que j'étais gravement malade. C'est quand je suis venue ici maintenant, j'ai su c'était l'huile qui me fatiguait. Parce que l'huile qui vient là-bas, c'était pas bien.

FC :   Ah, si c'est en plus l'huile de palme, c'est pas bon. Tu sais, l'huile de palme c'est pas bon pour la santé. Ça ça fait du mal. Bon, maintenant, de toute façon tu vas manger du poisson et des légumes.

MT    Oui.

FC    Voilà, donc avec ça, c'est le meilleur régime.

MT    Avec de l'huile d'olive

FC    L'huile d'olive c'est bon, mais pas l'huile de palme.

MT :   Moi je vais y aller.

FC :   Ok Mamadie. On s'appelle de toute façon.

       Samsung. T'as toujours les derniers téléphones toi. Tu aimes bien les derniers téléphones. Toujours les téléphones à la mode. C'est bien Samsung ? Tout le monde dit mais Samsung c'est mieux que Iphone. Non ?

MT :   Non. Les gens disent que le dernier Iphone est plus bon que ça.

FC    Ah bon ?

CONFIDENTIEL

MT :   Oui.

FC :   Ah. Moi, il y en a beaucoup qui achètent ça maintenant.

MT :   Oui mais c'est ce que Cissé m'avait dit, que Samsung est plus fort que ça.
Mais il y en a d'autres qui disent non, Samsung est plus –

Quand c'est l'époux qui t'accompagne c'est pas facile. [Rires] Il a toujours
[rires] – je dois aller ici, je dois aller ici. Je dis mais toi là, tu fais comme les
américains. Il faut m'accompagner.

[Au téléphone] Allo. [inaudible]. Tu peux venir maintenant me chercher ?
[inaudible]

FC :   Il nous prévient, on sort. Comme ça je vais lui dirai bonjour en même temps.

MT :   [Au téléphone – inaudible (langue étrangère)]

FC :   Il est là déjà non ?

MT :   Il m'avait dit – il vient quand même. [inaudible] Il a pas le temps.

FC :   Il vient pas te chercher ?

MT :   Non, il vient. Il a pas le temps de faire – quand tu lui dis –

FC :   Tu lui as dit qu'il t'appelle quand il est dehors, comme ça je lui dis bonjour au
moins

MT :   Oui je lui ai dit que tu veux lui dire bonjour. Je lui ai dit de venir

FC :   On va aller dehors ?

[Inaudible]

01h30m54s   FC :   En haut ou en bas ? En haut hein ?

[Inaudible]

01h32m42s   MT :   Allo ? [Inaudible]

01h35m31s   **FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 10 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et Mamadie Touré ("MT").

**REFERENCES :**

Dossier: 4.10.2013 Call 4

Fichier : Out_mama1634_04-10-2013_043405PM.wav

| 0h00m0s | **DEBUT DE L'ENREGISTREMENT** |
| --- | --- |

FC :   Allo ?

MT :   Allo, bonsoir.

FC :   Allo. Oui Mamadie.

MT :   Bonsoir Frédéric.

FC :   Ça va ?

MT :   Ça va.

FC :   Bon. Euh c'est bon pour demain ?

MT :   Oui c'est bon pour demain. Mais -

FC :   D'accord. D'accord.

MT :   J'ai un problème là.

FC :   Oui ?

MT :   Je viens de quitter dans le bureau d'immigration. Donc -

FC :   Ouais ?

MT :   Je veux pas parler de ça maintenant puisque demain on doit se voir.

FC :   Ok. Donc on va parler de ça oui. Ok. Ok. Ecoute, tu me dis tout ça demain alors.

MT :   Ok.

FC :   Hein ? Moi je suis - j'arrive à l'avion, j'arrive demain à l'avion à.. en fin de matinée. Ou tu sais quoi ? Je te rappelle tout à l'heure, je te donne exactement l'heure d'arrivée. Tu veux qu'on se voit tout de suite dès que j'arrive ?

MT :   Oui parce que tu as dit que tu vas venir.

CONFIDENTIEL

FC :  Oui bien sûr, bien sûr, j'arrive. Et j'ai du temps, parce que si tu veux j'arrive le matin - attends quelle heure il est ? - j'arrive je crois vers midi, quelque chose comme ça, et j'ai jusqu'au soir à vingt-et-une heures donc j'ai vraiment beaucoup de temps.

MT :  D'accord. Donc vous venez à midi ?

FC :  Oui. Oui, oui. Mais de midi jusqu'au soir, à vingt-et-une heures, donc j'ai beaucoup de temps.

MT :  Ok. Ok, c'est bon. Ok.

FC :  Hein ? D'accord. Ok. Allez, ça va. Je te rappelle tout à l'heure. Je te donne exactement l'horaire.

MT   Ok. Merci.

FC :  Parce que j'ai pas le billet avec moi là. Allez, à tout à l'heure. Bye.

MT :  Ouais.

FC   Bye bye.

**0h01m46s**       **FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et et un homme non-identifié ("XX").

---

**REFERENCES :**

Dossier:  4.11.2013 Call 5

Fichier :  305-744-6629 T-Mobile 2013-04-11 19-44-03 00108-1.wav

---

0h00m0s       **DEBUT DE L'ENREGISTREMENT**

FC :    Allo.

XX :    Allo.

FC :    Oui.

XX :    Oui je vais essayer de t'envoyer quelques articles que j'ai reçu de notre ami.
        Je vais essayer de l'envoyer ça sur les [inaudible].

FC :    Ok, ça va, y a pas de problème. Je vais regarder.

XX :    Ok ?

FC :    Ok.

XX ·    D'accord, à tout à l'heure.

FC :    Ça marche. A plus tard. Ciao  Bye.

0h00m25s      **FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

## ENREGISTREMENT D'UN RENDEZ-VOUS DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins ("FC").

---

**REFERENCES :**

Dossier: 4.11.2013 CW Meeting with Cilins 12-2PM

Fichier : 0372_001.WAV

---

| 0h00m0s | | **DEBUT DE L'ENREGISTREMENT** |
|---|---|---|
| | FBI : | This is special agent Vanessa [Stelli]. This is April 11th, 2013. This is going to be a consensually monitored conversation between the [CHS] and Frédéric Cilins. |
| 18m16 | FC : | [Venant du téléphone de MT] Allo ? |
| | MT : | [Au téléphone avec FC] Je trouve pas où vous êtes. |
| | FC : | [Venant du téléphone de MT] Dans la salle là-bas. Dans l'aéroport. |
| | MT : | Non je trouve pas. Dans quelle salle ? |
| | FC : | [inaudible] |
| | MT : | C'est bon je vous vois. |
| | FC : | ah ok |
| | MT : | Bonjour. |
| | FC : | Comment ça va ? |
| | MT : | Ça va. Vous allez bien ? |
| | FC : | La forme ? |
| | MT : | Ouais. |
| | FC : | Ouais ? Tu veux qu'on aille manger un morceau là ? |
| | MT : | Ok. |
| | | [inaudible - musique] |
| | FC : | Cény t'a déposée ? |
| | MT | Cény ne m'a pas déposée parce je lui avais dit à quinze heures donc il a dit qu'il pouvait pas venir. |

**CONFIDENTIEL**

[inaudible]

MT :   Là c'est mieux.

[inaudible]

FC :   Ici ? Tu veux te mettre là-bas ? Ou ici comme tu préfères. Tu préfères ici ?

MT :   Comme tu veux toi.

FC :   C'est pareil pour moi.

MT :   Ok.

FC ·   Alors [inaudible]

Qu'est-ce que tu veux boire ?

MT :   Cranberry.

FC :   Cranberry and I'll have strawberry and apple mix. [inaudible] Strawberry and orange. Thank you.

L'anglais c'est difficile ?

MT :   Ouais.

21m12s

FC :   Qu'est-ce qui se passe avec l'immigration alors ?

MT :   Tu peux pas croire quand je te dis. J'étais partie là-bas pour l'obtention de mon visa. Lorsque j'étais là, j'attendais l'agent, ils m'ont fait attendre dans un bureau. Ils m'ont fait attendre longtemps. J'étais là assise, j'ai dit mais qu'est-ce qu'il y a ? C'est là maintenant j'ai vu deux personnes rentrer, une femme et un homme, et ils m'ont parlé que ils sont de la FBI, que ils font une enquête concernant des pots-de-vin - concernant des pots-de-vin des contrats miniers en Guinée.

FC :   Ouah.

MT :   J'étais assise je sais pas quoi dire.

FC :   Ils t'ont dit que c'était le FBI ? Ils t'avaient convoquée là-bas ou c'est toi qui est allée volontairement ?

MT :   C'est moi qui ai parti voir l'immigration pour l'obtention de mon visa.

FC :   Tu es allée - tu avais un rendez-vous ou tu es allée juste comme ça ?

MT    Non ! Je suis partie juste comme ça demander. Et, c'est comme ça qu'on m'a mise dans un bureau.

FC    Mmm.

MT    J'ai attendu longtemps, longtemps, longtemps. Je vois deux personnes venir rentrer de la porte, ils ont fait leur badge comme ça là, qu'ils sont de la FBI, qu'ils font une enquête concernant les pots de vins des contrats des mines guinéennes et si j'ai les documents. J'ai dit j'ai pas de documents. Ils ont dit si je refuse de leur parler, ils vont me donner un (subpoena) -

CONFIDENTIEL

FC :   Ils vont te demander ?

MT :   Ils vont me donner un (subpoena).

FC :   C'est quoi ça un (subpoena) ?

MT :   Je sais pas, quelque chose comme ça, ils vont me donner un (subpoena) et
       me comparer -

Waiter [inaudible]

FC :   Not yet.

MT :   Ils vont me donner un (subpoena), me comparer devant le juge à la Cour,
       devant le grand jury à la Cour et témoigner et donner tous les documents à la
       Cour.

FC :   Les documents, tu leur as dit que tu avais aucun document ?

MT :   Oui.

FC :   Il faut détruire ça, urgent, urgent, urgent. Il faut détruire ça très urgent, très
       très urgent. Ce que je comprends pas -

MT :   Je crois -

FC :   Ce que je comprends pas -

MT :   Je crois que, Frédéric, on dirait que le même document que [inaudible], c'est
       le même que le gouvernement américain cherche. Je sais pas quoi faire.

FC :   Il faut tout détruire, il y a - je t'ai dit ça il y a longtemps - ne garde rien ici, ne
       garde surtout rien ici, même pas un bout de photocopie et tu dois tout tout
       tout détruire. J'ai ici, je t'ai amené - bon je l'avais fait voir la lettre qu'avait
       envoyée le gouvernement guinéen ? Tu sais qu'ils avaient missionné - il faut
       qu'on regarde ce qu'on veut commander.

MT :   Ok.

FC :   Ce que je comprends pas c'est qu'ils t'ont pas convoqué et comme ça, c'est
       toi qui va les voir et ils te disent ça d'un coup. Je suis très surpris de ça.

MT :   Moi aussi. J'étais là assise. Je savais même pas quoi faire.

FC :   Et en français ou en anglais ça parlait ?

MT :   Maintenant l'autre parlait français et l'autre parlait anglais. Evidemment, son
       français un peu tordu là.

FC :   Mmm.

25m30s            MT .   [inaudible] je fais quoi Frédéric ? Je suis partie je -

FC :   C'est rien. Ils t'ont donné un papier, ils t'ont donné quelque chose ?

MT :   Ils m'ont donné le numéro de téléphone au cas où j'aurais besoin de les
       contacter

CONFIDENTIEL

FC :   Fais voir ton numéro.

MT :   Non j'ai pas amené ça avec moi.

FC :   Ah. Faudra que tu me donnes.

MT :   Regarde, j'ai cliqué sur l'internet qu'est ce que c'est que le grand jury ?

FC :   ah - [il lit] "de façon officielle afin d'enquêter..." - c'est ce que je t'avais dit, il y
a une seule chose à faire déjà tout de suite, c'est ce que je t'avais dit - tu dis
"là j'ai rien à voir avec tout ça", parce que là en plus il y a le groupe qui
attaque, George Soros, par rapport à toutes ces enquêtes qu'ils ont fait, ils
n'ont pas le droit de faire tout ça, d'accord ? Tu sais le problème qu'il y a ?
Dans le rapport que je vais te faire voir - on commande et après je vais te
faire voir tout ça. Le problème c'est que Samy il est allé voir tout ces gens là,
en disant euh elle m'a donné des documents, elle m'a donné ci, elle m'a
donné là, elle a des preuves de tout ça et tout ça c'est dans le [tour de
contrôle [?]] de la société américaine avec des agents que nous on
[inaudible]. Moi quand ils m'ont parlé de toi, j'ai dit mais elle n'a rien à voir
dans tout ça, elle ne s'est jamais occupée de -

MT :   Ils connaissent mon nom ?

FC :   Mais bien sûr, mais tu plaisantes où quoi ? Tant que Samy - quand tu as vu
Samy ici - quand il a vu ces documents, ces photocopies, toutes ces choses
là, lui est allé les voir et il leur a dit voilà "Madame Untel et Untel, elle a des
documents, elle a eu des rapports avec la société Untel, elle avait ça, elle
devait toucher de l'argent. " - Samy il a tout donné à ces gens là. Samy il
leur a tout donné. Ils ont toutes les photocopies que Samy a eu.

MT :   Et ils ont mentionné mon nom ?

FC    Mais bien sûr, je vais te faire voir ça. Ecoute, on commande et je vais te faire
voir. J'ai tout marqué. C'est, c'est... Tu sais il n'y a pas cinquante solutions.
Il faut tout détruire et nier tout ça.

MT    Moi je sais pas de tout ça là mais je vais commander un sandwich.

FC .   Tu sais ce que tu veux ?

MT    Oui. Parce que je connais pas tout ce qu'il y a en anglais ici. Je connais pas
tout ce qu'il y a.

28m00s              FC :   Aïe aïe aïe. Ça, c'est un document hyper, hyper confidentiel. Ces
gens-là qui ont fait l'enquête, ils ont fait un rapport. Et ce rapport là, il dit - il
parle de tout ce qu'ils ont revu et tout ça. Cette note - attends je vais mettre
mes lunettes [inaudible].

C'est incroyable ce que tu me dis la. Ce qui est incroyable c'est qu'ils ne
viennent pas le voir, et qu'ils te demandent ça comme ça quand toi tu vas les
voir. C'est ça qui est incroyable. Comme si ils étaient prêts - [il commence à
lire le rapport] "Cette note est couverte par le secret professionnel ainsi que
les privilèges hinhinhin... et ne doit pas être divulguée à qui que ce soit sans
l'autorisation expresse de ses auteurs." Ça, c'est la société DLA, c'est ceux
qui ont fait des enquêtes, qui m'ont enquêté moi, d'accord ? Donc je vais tout
- partout où il y a.. Bon, tu vois ? Là, ils parlent de ce qui s'est passé.

CONFIDENTIEL

[Il lit] "*Marc Struik et Asher Avidan, dirigeants de BSGR, séjournent en Guinée et rencontrent Ibrahima Sory Touré, frère de Mamadie Touré, quatrième épouse du Président Conté, et accédant ainsi au cercle le plus influent de la Guinée.*"

Il y a plein de mensonges dans tout ça, hein ? C'est pas des vérités, hein ? Mais eux, c'est come ça qu'ils ont vu, qu'ils ont donné le rapport à Condé - à Alpha Condé - c'est comme ça qu'ils ont fait le rapport et tout.

"*Afin de se rapprocher de la famille du Président, Frédéric Cilins organise un don de produits pharmaceutiques à la fondation de Henriette Conté, dont la valeur est estimée à dix milles dollars.*"

C'est faux. C'est n'importe quoi.

"*Frédéric Cilins s'installe à mi-temps au Novotel à Conakry et, agissant au nom de BSGR, développe et met en œuvre un plan afin de permettre à BSGR d'acquérir les droits de Simandou.*"

Euh... Bon, ça c'est plein de petites choses comme ça.

[Il continue de lire et de comment que c'est "n'importe quoi"] : "*Lors d'une réunion à laquelle participe Frédéric Cilins, Roy Oron et trois ou quatre autres représentants de BSGR. Oron offre au Président Conté une montre en or sertie de diamants d'une valeur de 60.000 dollars. BSGR adresse un chèque sans provision d'un montant de 10 millions de dollars ou 7 millions de dollars, selon les sources, à Mamadie Touré. BSGR promet une commission d'une valeur de 2.5 millions de dollars à Mamadie Touré, qui lui sera versée si elle parvient à permettre à la société d'acquérir des droits dans l'exploitation des blocs 1 et 2 de Simandou. BSGR verse à Frédéric Cilins une commission pour services rendus.*"

Je te donne juste les points où on est nommé toi et moi hein. Donc là ils parlent de - euh... Bon.

"*Les quatre femmes de Conté étaient les principaux acteurs dans la conclusion de transactions avec Steinmetz [inaudible]. Steinmetz est en premier lieu en contact avec la première femme du président, Henriette Conté, d'origine Soussou. Il a ensuite développé des liens avec Mamadie Touré, la quatrième et plus jeune femme du Président, également d'origine Soussou. Selon la source, les femmes de Condé - de Conté - n'étaient pas très bien organisées et ne possédaient que des moyens de paiement en liquide et argent comptant, n'utilisant pas de comptes à l'étranger. Frédéric Cilins est un ressortissant franco-israélien qui agit comme intermédiaire à Steinmetz en Guinée. Il est réputé, selon la source 1, avoir une connaissance détaillée des activités de Beny Steinmetz et des paiements effectués par ce dernier et par des représentants de BSGR -*"

Serveur [inaudible]

FC :   Yes. Qu'est-ce que tu veux alors ?

MT :   Je sais pas moi.

FC :   Non mais tu as envie de quoi ? Une salade ?

MT :   Ils ont un sandwich à quoi ?

CONFIDENTIEL

FC :   Des sandwich à quoi ? A quoi tu voudrais ? Dis-moi ce que tu voudrais. Après je vais te le trouver.

MT .   S'il y a poulet, quelque chose comme ça.

FC :   Do you have chicken with euh -

Serveuse : Chicken sandwich ?

FC :   Chicken sandwich. Yeah. Make two of them please. Tu veux quoi avec ?

Serveuse : It comes with lettuce and tomatoes.

FC :   Yes.

Serveuse : Do you want to add cheese or mushrooms ?

FC :   Tu veux du fromage avec ?

MT :   Oui.

FC :   Ca vient avec - Yes, with cheese please.

Serveuse : Cheddar? Swiss?

FC .   Cheddar.

Serveuse . Cheddar.

FC :   Tu veux du coleslaw avec ? Tu veux des frites, tu veux quoi avec - à côté ?

MT :   Oui des frites.

FC :   And the french fries please.

Serveuse . Ok.

FC :   Ok ? Both the same.

Serveuse : Do you want mayonnaise, honey mustard or barbecue sauce ?

FC :   Euh... Tu veux de la sauce avec ? Mayonnaise, moutarde... - Yes, mayonnaise. One with mayonnaise. Only one with mayonnaise.

Serveuse : Barbecue ?

FC :   No. Ok ? Thank you.

Serveuse : Thank you.

FC :   Donc ça. Alors.

> [Il reprend la lecture] "*Au printemps 2008, BSGR est venu à Conakry avec un chèque sans provision de 10 millions de dollars qui - qui a été refusé. La source a noté qu'il était surprenant pour Steinmetz de venir à Conakry avec un tel chèque et compte tenu des moyens et qu'il présumait que Steinmetz pouvait trouver d'autres moyens d'effectuer des paiements à l'épouse de*

CONFIDENTIEL

*Conté. Une chaîne diplomatique américaine classée a déclaré par la suite
que Rio Tinto avait perdu le contrôle d'un des plus grands gisements
mondiaux de minerai de fer après qu'un rival ait payé un avantage pécuniaire
de 7 millions de dollars à des fonctionnaires en Guinée. Le chèque utilisé a
été refusé pour manque de provisions.*"

C'est n'importe quoi. Ça c'est dans le rapport officiel, qui est arrivé aux
autorités et à Conté et à tout le monde.

[Il continue de lire] "*Un membre de la famille d'un haut fonctionnaire du
régieme de Conté a noté qu'il était de notoriété publique que BSGR ait payé
Mamadie Touré 150.000 dollars en espèces pour le transfert des blocs 1 et 2
de Simandou de Rio Tinto à BSGR. Un fonctionnaire du Ministère des Mines
de Guinée a signalé que Mamadie Touré avait joué un rôle auprès de
Lounceny Nabé, alors Ministre des Mines, pour faciliter le transfert des
licences de Simandou de Rio Tinto à BSGR en novembre 2008, avant la mort
du Président Conté.*"

Tout ça, tu sais, c'est incroyable voilà, mais c'est comme ça.

[Il continue de lire] "*Frédéric Cilins, ressortissant franco-israélien,
actuellement résidant à Valleuris en France, jouait le rôle d'intermédiaire dans
les transactions entre Steinmetz et les femmes du président Conté. Selon la
source - une source*" - de gens je sais pas qui c'est. Euh... "*avec l'aide de
Kassory Fofane, Cilins a présenté les femmes de Conté à Steinmetz. Cilins a
agi comme conseiller de Steinmetz et a été sûrement associé aux services
secrets israéliens. La source a rapporté que Cilins avait probablement une
connaissance détaillée des activités de Steinmetz et notamment des
versements effectués en Guinée. Cilins a des liens avec le premier ministre
israélien Benyamin Netanyau et semble également lié à la droite israélienne
et à la ministre israélienne des affaires étrangères Avigdor Lieberman. Selon
la source, Cilins aurait procédé au transfert des fonds pour le compte de
Steinmetz et, maintenant, aurait désormais des comptes politiques à régler
avec ce dernier. Lorsqu'il a été interrogé, Cilins a fourni de nombreux
éléments permettant de corroborer ces allégations. Il ressort de ces éléments
que Cilins a bien agi au service de BSGR afin d'amorcer et de pérenniser
l'implantation de la société en Guinée, a poursuivi cet objectif en développant
des liens avec la famille présidentielle, a offert de nombreux cadeaux à des
fonctionnaires du gouvernement guinéen, à des membres de la famille
présidentielle, a permis à BSGR d'obtenir les premiers droits de Simandou et
en contrepartie récompenser la société pour ses agissements. Les femmes
de Lansana Conté. La première femme, Henriette Conté, a reçu pour sa
fondation caritative des produits pharmaceutiques et des fournitures de la
part de Frédéric Cilins. Elle a en contrepartie offert son soutien à Cilins dans
les transactions gérées par Steinmetz. C'est selon la source, la quatrième
femme qui a ensuite joué un rôle majeur, Mamadie Touré Conté, originaire de
la préfecture de Forécariah. Toujours selon la source, était bénéficiaire d'un
chèque de 10 millions fait par Steinmetz en 2008. Selon les autres sources,
elle a reçu une commission de 2,5 millions de dollars pour avoir aidé BSGR à
acquérir les droits de Simandou.*"

Quand je vais te lire le paragraphe de - comment tu l'appelles ? - de, de
Samy. Tu vas voir après. Tu vas comprendre.

[Il reprend la lecture] "*Frédéric Cilins admet qu'il a conclu un contrat de
consultant en 2005 au titre duquel il est engagé à aider BSGR à obtenir les
blocs 1 et 2 du gisement de Simandou.*"

CONFIDENTIEL

Bon ça c'est que des conneries. Hinhin. "*Selon les dires de Cilins, le contrat lui imposait d'agir seul et d'utiliser ses propres sources et fonds moyennant le versement d'une compensation et d'une prime en cas de succès. Frédéric Cilins a établi une présence à Conakry et a commencé à obtenir des réunions avec des hauts fonctionnaires de la République de Guinée dans l'objectif de mettre au point un plan qui permettait d'atteindre ses objectifs. Parmi les personnes qu'il a rencontrées et celles qu'il aurait sollicitées*" - hinhinhin - "*Ibrahima Kassoury Fofana. Frédéric Cilins indique avoir offert des petites sommes d'argent et des petits cadeaux dans le cadre de ces rencontres. Il indique également que Kassoury Fofana, qui a régulièrement et ouvertement reçu des visiteurs dans les salles communes du Novotel, était connu comme jouant le rôle d'intermédiaire entre les hommes d'affaires et la famille du Président de la République.*"

J'ai jamais rien dit de ça. C'est n'importe quoi.

"*Frédéric Cilins a conclu des droits - que des droits pouvaient être obtenus en accédant à la famille du Président Lansana Conté et, ultimement, au Président lui-même. Il a décidé dans un premier temps d'approcher la première dame Henriette Conté*" - là ils disent toujours pareil, des médicaments et des conneries comme ça. Euh... là ils parlent de la petite voiture qui avait été remise pendant la signature du contrat. "*Cilins a entamé les premiers contacts avec Henriette Conté et a rapporté ceux-ci lors d'un premier entretien. Il a refusé cependant d'évoquer la relation - Frédéric Cilins a cependant refusé d'évoquer la relation entretenue entre BSGR et la quatrième femme du Président Conté, Mamadie Touré. Il a toutefois reconnu que l'on s'occupait bien d'elle. Cette relation a été développée grâce au frère de Mamadie, Ibrahima Sory Touré, soit avant l'arrivée de Cilins à Conakry soit avec son aide en 2005. Avec l'accord du Président Conté, Mamadie Touré est devenue la lobbyiste principale de BSGR au niveau du gouvernement.*"

Lobbyiste ça veut dire que c'est toi qui as aidé BSGR auprès du gouvernement.

Alors, "*Mamadie Touré a fait la promotion des intérêts de BSGR en sachant qu'une commission substantielle lui serait versée quand les licences seraient accordées. Il est également probable que plusieurs paiements lui aient été précédemment versés. Au début de l'année 2008, BSGR a remis un chèque au bénéfice de Touré dont le montant varie entre 10 et 7 millions USD selon les sources. Le chèque a été refusé parce que sans provision et plusieurs histoires à propos de cet évènement se sont, par la suite, rapidement répandues au sein de la communauté de Conakry. A la fin de l'année 2008, la santé de son mari se détériorant, elle a insisté pour que BSGR transcrive par écrit la promesse de paiement d'une commission. Neuf projets d'accord ont été rédigés et échangés.*" Il y a neuf projets. "*finalement l'accord a été signé par Asher Avidan pour le compte de BSGR, qui s'engageait à verser une commission de 2 millions 5 en cas d'obtention des droits de licence. Après l'octroi de ces droits en décembre 2008, peu de temps avant la mort du Président Conté, Mamadie Touré a obtenu le paiement de sa commission. Ibrahima Sory Touré, à l'origine journaliste et pilote d'hélicoptère*".

Tu vois, ils mélangent tout. Ils disent qu'il est pilote - qu'il est journaliste et pilote d'hélicoptère. Ils mélangent IST et Samy. Tu vois, c'est n'importe quoi. Mais ça le problème c'est que c'est n'importe quoi mais c'est le rapport officiel ça. Euh.. Ça... Bon là ils reprennent encore - pareil, les 7 millions, le chèque de 7 millions, les 2 millions 5 versés... Toujours la même histoire. Alors ...

CONFIDENTIEL

Alors attends, il faut que je trouve. Là ils parlent de - voilà, c'est là. Donc là on continue toujours les mêmes histoires. Euh... [inaudible]. Ça c'est là - c'est là que tu comprends que tout est parti de là. Parce que moi quand ils m'ont interrogé bien sûr je leur ai dit que toutes ces histoires étaient fausses. Alors :

*"Preuves concernant l'arrangement au sujet de la commission de Mamadie Touré. Les preuves de - documentaires concernant la commission sont constituées de neuf documents à l'en-tête de BSGR, incluant également une série d'avant-projets et un projet réalisé par Asher Avidan, ainsi qu'un document final scellé au sein duquel une commission de 2.5 millions de dollars était promise à Mamadie Touré pour les services permettant de garantir les droits de Simandou. Samuel Mebiane"* - donc ça c'est Samy - *"a permis au ministre - au ministre Fofana de consulter ces documents."* Donc c'est Samy qui a amené ça, ça au ministre Fofana.

MT :   Oui oui.

FC :   *"Le Ministre, après avoir examiné attentivement, les a considéré - les documents - les a considéré comme authentiques. Lorsqu'il a été interrogé sur la provenance de ces documents, Mebiane a indiqué qu'il les avait reçus de Mamadie Touré pour qu'ils soient gardés en lieu sûr. Il a déclaré que Touré"* - donc toi Mamadie Touré - *"avait insisté sur l'importance de ces documents car son époux était mourant et qu'elle avait peur d'être abusée par BSGR. Cet écrit c'était la trace de leur promesse. Il a également déclaré que Mamadie Touré craignait BSGR, et qu'il soit même porté atteinte à son intégrité physique et avait ainsi déménagé aux Etats-Unis pour des raisons de sécurité."* Donc tu aurais soi-disant déménagé aux Etats-Unis parce que tu avais peur de BSGR. Euh... *"Nos enquêtes préliminaires laissent penser que ce que Mebiane a raconté soit exact. Depuis son emménagement en Floride, Mamadie Touré a acquis de luxueux biens immobiliers dont le montant correspond à celui de la commission. Enfin, certaines personnes au sein du ministre - ministère des mines ont confirmé que Mamadie Touré avait été extrêmement active et avait fait pression de manière agressive sur BSGR, en invoquant le nom du président dans le processus, notamment au cours de ces derniers mois de 2008. L'arrangement de la commission explique donc son attention et son implication.*

MT :   [Soupir]

FC :   [Il continue de lire] *"De manière générale, nous disposons de suffisamment d'éléments de preuve pour constituer un dossier de corruption apparente. En particulier, la preuve fournie par Frédéric Cilins rend possible la poursuite d'un cas très rare de corruption. La preuve entourant Mamadie Touré est également hautement préjudiciable pour BSGR car elle met directement en cause l'un de ses plus élevés dirigeants."*

**44m09s**

Donc le problème qu'il y a, c'est que, premièrement comme je t'avais dit, il faut en urgence, urgence, urgence, détruire tout ça, mais c'est hyper urgent. Hyper urgent. Et puis de toute façon, toi tu dis - toi tu n'as rien à voir avec ça, tu n'as rien à voir avec ça, tu as - comment il s'appelle - Samy, tu peux pas dire qu'il n'est pas venu te voir. Tu dis "bien sûr, il est venu me voir mais je ne lui ai jamais rien donné quoi que ce soit J'ai jamais rien donné puis que j'ai rien. Il est venu me voir pour - parce que le Président voulait me rencontrer mais moi je ne veux pas avoir à faire avec le nouveau Président." Il est venu te voir, parce qu'il est venu te demander d'aller voir le Président, le Président voulait s'entretenir avec toi. Ça fait déjà plusieurs personnes qui t'envoient - qui viennent te voir pour que le Président te rencontre, et toi tu as peur de lui parce que tu sais que c'est un menteur, et c'est quelqu'un qui

CONFIDENTIEL

monte plein de choses contre toi, contre ta famille, contre toutes ces choses-là. Et toi tu as rien à voir avec ça. Tu as rien à voir avec ça. Mais il faut faire vite. Il faut faire vite pour te débarrasser de tout ça. Parce que là en plus, si tu veux, ce qu'il se passe c'est que comme ils sont entrain d'attaquer, tu sais, là il va y avoir la, la, la, la guerre qui va commencer, quand je t'avais dit que ca va commencer, maintenant ca va commencer entre tous là. Parce ce que ce rapport là, c'est fait pour attaquer le groupe, et pour dire le groupe a fait de la corruption, alors on va leur enlever - on va leur enlever Simandou. C'est ca le truc. Mais moi, je suis surpris là ce que tu me dis. C'est incroyable qu'ils soient venus. S'ils te convoquent, je comprends. Mails ils t'ont pas convoqué et ils sont venu te voir, c'est ca que je comprends pas. Quand toi tu y allée - mais ça va aller, il faut juste être clair avec ça, ce que toi tu dis -

MT :   Mais j'ai peur.

FC :   Tu as peur, mais écoute je vais pas te laisser tomber. On va pas te laisser tomber. Personne va te laisser tomber. D'accord ? Et qu'est-ce que - tu es restée d'accord comment avec eux ?

MT :   Je leur avais dit "j'ai pas de dossiers, de documents."

FC :   Et quand ils t'ont dit "est-ce que vous connaissez BSGR ? Est-ce que vous avez fait ça ? Est-ce que vous avez fait ça?" Tu peux pas dire tu les connais pas. Tu dis "oui c'est un groupe, comme il y avait cinquante groupes qui étaient là-bas à Conakry et voilà. Tu dis "Ecoutez, moi vous savez je suis une femme seule, je suis jeune. Je m'occupe de mes affaires, de ma famille et, voilà, je ne me suis jamais occupée de quoi que ce soit. J'ai jamais eu ni un rôle, ni rien du tout. Je suis allez que très très rarement au Palais quand euh, quand euh, voilà - après il y a une autre question aussi qui se pose. C'est que il y en a qui disent "elle était mariée", tu en as qui disent "elle était pas mariée". Il n'y a jamais eu de cérémonie officielle de mariage avec euh - avec Conté ? Qu'est-ce qu'il y a eu exactement ? Parce que ca c'est très important. Si tu es officiellement mariée, tu rentres dans une catégorie qui est très, on va dire, dangereuse, exposée parce que en tant que mari - en tant que mariée, que femme, qu'épouse - en tant qu'épouse tu rentres dans le cadre familial. En tant que "amie", amie de la famille, parce que, parce que il connaissait bien ton papa, parce qu'il connaissait bien toute ta famille depuis très longtemps. C'est différent, qu'en tant qu'épouse. Tu comprends ce que je veux dire ? Donc là, il y a toute une grande histoire là-dessus. Toi tu sais pas, mais tout le monde se bat pour dire, "elle était épouse" ou "elle était amie de la famille". C'est deux choses qui sont complètement différentes. Alors, d'après - moi je sais pas - d'après, si tu veux...

MT :   Vous savez, la loi de chez nous. On marie quatre femmes, et c'est pas obligatoire même que ca soit officialisé - selon nos lois.

FC :   Je sais pas. Je sais pas. Si tu veux, il y a deux choses. Il y a un côté civil, il y a un côté religieux, alors après, est-ce qu'il y a - moi je - si tu veux, même les avocats ils travaillent là-dessus. Parce que tout ça, tout ce dossier là, c'est chez les avocats à Paris, c'est chez les avocats en Angleterre qui sont en train de se battre pour attaquer, pour contrer cette histoire de Alpha. Tu comprends ?

MT :   [inaudible] actuellement, il y a une loi qui est sortie là-bas, si tu es avec un Président cinq ans, si le Président l'admet, le fait qu'il a été cinq ans avec toi, tu fais partie de ses héritiers.

FC :   Ah ouais ?

CONFIDENTIEL

MT :    Tu sais ça ?

FC :    Je ne sais pas non.

MT :    Si.

FC :    Bon, écoute je te dis. Ça, je sais pas. Moi je veux pas te dire – si tu veux c'est quelque chose dont tout le monde parle actuellement, de ça. En disant, c'est une épouse, c'est pas une épouse, comment elle doit être considérée ? Parce que, il y a le droit, il y a la coutume, il y a différentes choses. Après il y a le côté euh je veux dire officiel. Il y a le côté religieux, ou la coutume, qui sont encore des autres choses. Je sais pas quoi dire.

MT .    Vous savez, [inaudible]. Il y a des coutumes qui existent dans notre pays.

FC :    Je sais, je sais bien, mais il faut bien savoir une chose. C'est que, en étant considérée comme épouse, tu as un risque supplémentaire. C'est-à-dire que, en étant considérée comme épouse, c'est ce que je t'avais expliqué l'autre fois quand on s'était vu avec Ahmed, voilà. En étant considérée comme épouse, tu as une responsabilité supplémentaire de surtout ne pas te mêler des affaires. De ne pas avoir à te mêler de quoi que ce soit. Bien sûr encore moins si, de toucher la moindre aide, la moindre commission, la moindre chose comme ça. C'est encore plus risqué et dangereux en tant qu'épouse, qu'en tant que pas épouse. Tu vois ce que je veux dire ? Parce que en tant que pas épouse, tu as le droit de faire du business, des affaires, des choses comme ça. En tant qu'épouse ça devient plus compliqué, parce que si tu fais des affaires, il faut que tu arrives à prouver que t'as pas profité de ton – ta relation d'épouse. Tu vois ce que je veux dire ? Donc moi je pense que –

**50m26s**    MT :    Je dois – qu'est-ce que je dois dire par là ?

FC      Qu'est-ce que –

MT .    Qu'est-ce que je dois dire par là ? Je dois dire –

FC :    Je ne sais pas. Je peux pas te dire que tu dois dire que tu n'es pas épouse. Je ne peux pas te dire de dire ça. C'est à toi de penser est-ce que tu penses que tu dois dire que tu es épouse, ou est-ce que tu penses que tu dois dire que tu n'es pas épouse. Tu peux dire que tu étais – tout le monde t'embêtait avec ça en disant que tu étais une épouse ou pas une épouse. Mais tu étais simplement une amie de la – la famille du Président et ta famille étaient amis depuis longtemps et voilà.

MT .    Mais je peux pas dire ça parce que –

FC .    Alors ne le dit pas – [inaudible]

MT :    [inaudible] sait que je suis la femme du patron donc elle a pu moi-même me donner à la première dame donc –

FC      Ecoute, je comprends donc ne mens pas, je ne te demande pas de mentir. Je te dis simplement que tu dois penser à ça. Maintenant pour ce qui est du reste, tu dois dire "écoutez, moi j'ai toujours été – j'ai acheté de la marchandise, je faisais venir la marchandise, je distribuais ça avec le [inaudible], ça c'était mon activité" – tu vois.

Serveuse [inaudible]

CONFIDENTIEL

FC :     Thank you. Tu vois simplement de dire, "écoute, écoutez, c'était mon activité,
je faisais mon commerce. Après il y a plein de gens qui étaient jaloux de moi,
qui ont, qui m'ont, qui ont considéré que je faisais plein de choses, qui m'ont
embêté avec BSGR, ils m'ont embêté avec toutes ces choses-là, mais je n'ai
rien à voir avec tout ça. Moi je n'ai rien à voir avec tout ça.

MT :     Mmm mmm.

FC :     J'ai jamais touché le moindre centime, le moindre argent. Je connais BSGR
comme je connais tous les groupes qui sont en Guinée parce que la Guinée
c'est mon pays. Mais j'ai rien à voir avec ça. Et Samuel Mebiane..." Et tu
peux dire "Ecoutez, moi j'ai plein de gens qui sont venus me voir par rapport
à ce dossier de - à toutes ces histoires qu'il y a en Guinée - Samuel Mebiane
est venu en me demandant d'aller voir le Président et j'ai refusé. Et j'ai
refusé." Ça a été une grosse erreur d'aller voir ce Samy de malheur. C'est -
c'est incroyable ça. Qui connaissait ce Samy ?

MT :     Si je dis - je vais dire quelque chose ça - j'ai menti. J'ai vu Samy comme ça,
je ne le connaissais même pas.

FC :     Tu le connaissais même pas ?

MT :     Oui, il disait qu'il était ami à - ami à chose, comment il s'appelle ?  - à Sampil.

FC :     Ouah.

MT      Mais il - il s'entend pas avec Sampil. Quelque chose comme ça il m'a dit.

53m50s         FC :     Comment c'est possible que tu m'appelles pas quand tu as ça ?
Comment c'est possible que tu m'appelles pas ? C'est des gens que tu
connais même pas en plus. Mais c'est incroyable. Ecoute, en tout cas, il faut
faire ça en urgence. Ça c'est sûr. Tu as ça à la maison ?

MT      Pas à la maison. J'ai caché ça. Tu vois où on garde les dossiers, les trucs
importants.

FC      Où tu veux dire ? Tu vas où ?

MT      Par exemple, ici il a des lieux où tu peux mettre des papiers que tu gardes. Et
qu'en tu en as besoin, tu vas pour récupérer. C'est toi seul qui as la clé.

FC :     Ecoute tu dois absolument, absolument, faire ça. Même cet après-midi
même, en rentrant. Fais attention que l'on ne te voit pas et qu'on ne sache
pas que tu ailles là-bas. Il n'y a personne d'autre que tu peux envoyer pour
faire ça à ta place, pour détruire ça ?

MT      Non [inaudible].

FC :     Bon... C'est pour ça que ce qui est important c'est que quand - dans la, dans
la procédure officielle qu'il va y avoir, de BSGR - parce qu'il va y avoir ça - si
toi tu apparais déjà comme quelqu'un - comme je t'avais dit l'autre fois.
Comme j'ai fait moi, parce que t'as vu maintenant mon nom il est partout là-
dedans, partout. Autant de foi que toi. Il y a mon nom à chaque fois - et moi
c'est encore pire parce que j'ai Henriette et toi. Le seul avantage qu'il y a,
c'est que en donnant notre déclaration en même temps que la - je veux dire
la - la procédure officielle en disant que l'on a rien à voir avec tout ça, ça
apparait officiellement. C'est-à-dire ta déclaration elle va apparaître
officiellement dans le truc.

CONFIDENTIEL

Serveuse : Everything good here ?

FC :  Yes, thank you. C'est pour ça que c'est important de faire cette déclaration en disant je n'ai rien à voir avec tout ça. Tu comprends ? Je n'ai pas touché un chèque de 10 millions sans provision, je n'ai pas touché les 2.5 millions, je n'ai rien à voir avec tout ça. [Silence]

Et les gens ils avaient l'air courant du dossier, quand ils sont venus te voir ?

MT :  Aucune idée.

FC :  Non ?

MT :  J'étais là. J'avais seulement peur.

FC :  Tu parles de rien au téléphone s'il te plaît. Surtout tu parles de rien au téléphone. Rien, rien, rien. Et quand tu parles de quelque chose, au téléphone, tu le mets loin. Ils écoutent tout. Il faut faire attention.

MT :  [inaudible]

FC :  Ils peuvent tout écouter. Ils peuvent écouter avec ton téléphone, ils peuvent tout écouter.

MT :  Ah bon ?

FC :  Bah bien sûr avec ton téléphone ils peuvent - un téléphone on peut le mettre sur écoute hein. Qu'est-ce que tu crois ?

[inaudible] Tu le mets loin. Tu vois. Pas que maintenant. Il faut faire attention tout le temps.

MT :  Ok.

FC :  Tu parles de rien.

**58m50s**             Ils en restaient pas beaucoup des documents ?

MT :  Non

FC :  Il faut trouver un endroit pour les suppr - pour les détruire, les détruire complètement, les brûler. Bon, tu peux pas faire ça à la maison. Tu peux faire ça je ne sais pas où, mais je sais pas comment tu peux faire ça. C'est loin d'ici ?

MT :  Je peux faire ça dans ma chambre. Dans les toilettes.

FC :  C'est loin d'ici ? là où tu as ça ? C'est loin ? Tu veux qu'on y aille ensemble ?

MT :  Non, j'ai pas la clé avec moi.

FC :  parce que si tu veux..

MT :  mais t'inquiète pas je vais le faire

[inaudible]

CONFIDENTIEL

FC :   Hein ?

MT :   C'est bon.

1h00m51s   FC :   Parce que en fait, ça - il faut accélérer les choses quoi.

Tu vois ce que je veux dire ? Il faut faire ça vite maintenant. Avant, on prenait
du temps, on prenait du temps, mais -

[silence]

FC :   Et pour ton visa, qu'est-ce qu'ils t'ont dit ?

MT :   [inaudible] je suis partie à la maison.

[Silence]

MT :   [inaudible] l'attestation.

FC :   J'ai ça ici. [inaudible]. On va parler de tout ça.

[Silence]

quel enfoiré ce Samy, quel enfoiré

MT :   J'ai jamais aimé la [inaudible].

FC :   Est-ce que Ahmed et - Ahmed et Cissé t'avaient raconté un peu comment ça
c'était passé quand on s'était vu à Miami ? Ils t'avaient raconté ?

MT :   Oui, oui.

FC    C'était [inaudible].

MT .   Oui, Je me rappelle que c'était -

FC      pas laissé faire quoi [inaudible]. C'était fort quand on était là bas

1h04m28s   FC    T'as compris ce qu'il a fait maintenant avec les documents ? Il est allé voir
Fofana, Il est allé voir Conté - Condé. Il est allé voir Alpha Condé.

Et tous les problèmes sont à cause de ça. Tous les problèmes sont à cause
de ça. Tous les problèmes sont à cause de ça. Tous les problèmes qu'ils
essayent de, de, de - parce qu'ils se disent si on récupère ça, hein
[inaudible], mais toi si ça ça saute. Toi tu es dans une grosse, grosse, grosse
galère. Ici aux Etats Unis déjà  c'est fini. Déjà aux Etats-Unis pour toi c'est
fini. Ils vont comprendre ce que tu as et ils te mettent dehors.  Ils vont te
poursuivre en justice en plus. C'est grave. C'est pour ça que si tu m'avais - si
on s'était vu pour en parler de ça. Le risque il est très très grave pour toi et
pour tout le monde. Le groupe, c'est l'histoire du - des permis et ces choses
la. Mais toi c'est personnellement que tu as un problème. Parce que ces
documents là, s'ils authentifient que ces documents - parce qu'il y a plein de
photocopies qui circulent - s'il y a des documents originaux qui prouvent que
ça, mais toi tu es la première [inaudible]. Parce que c'est interdit de faire ça.
Tu comprends ? C'est pour ça que je t'avais dit si - tu me - malheureusement
c'est fait, mais c'est fait, mais c'est une belle bêtise.

CONFIDENTIEL

Ecoute, bon. Ce que je t'avais dit. J'ai amené ici une attestation, tu vas lire, tu vas regarder. Je vais te la lire. Simplement, ça dit simplement que t'as rien à voir avec ça, t'as rien à voir avec ça. Il y a un paragraphe, je sais pas, les avocats ils ont - si tu veux, comme IST a travaillé dans le groupe et comme ils disent que IST, étant ton frère, proche de toi, la famille ici et là, il a aidé le groupe là bas, ils ont mis un paragraphe dessus en disant que premièrement IST c'est pas ton frère, c'est ton demi-frère. Et deuxièmement, vous étiez en conflit. Vous n'étiez pas très proche, mais plutôt des rivaux. [inaudible] Malheureusement, malheureusement - parce que j'aime bien quand vous étiez amis - mais malheureusement c'est la vérité. Donc vous êtes un peu des rivaux. Donc ça aussi ça a été mis dedans. Simplement, les avocats pensent que c'est bien que ça montre que tu es pas trop amie avec lui, ok ? Et comme vous êtes pas amis, il n'y a aucune raison pour que - même si toi tu voulais aider, comme tu étais pas trop amie avec euh, tu as aucune raison d'aider BSGR. Tu comprends ce que je veux dire ? Donc ça, c'est une chose. Quand tu es prête, tu me dis. S'il y a quelqu'un qui peut récupérer, je ne sais pas si c'est Cissé, qui peut récupérer 200 à Freetown, quand tu veux. Par contre, ce que - ce qu'on m'a demandé, c'est de voir quand on détruit les documents. C'est pour ça que je te demandais si tu voulais que l'on aille ensemble. De voir, pour être sûr à 100 % que tout est détruit et qu'il y a rien qui circule. Donc si tu veux que l'on fasse ça aujourd'hui, on peut bien le faire aujourd'hui.

MT :   Mais j'ai pas emmené la clé avec moi, c'est ça.

FC .   Non mais, si tu veux, on prend un taxi. Moi je t'attends. Tu vas - on se retrouve. Tu me donnes un plan de rendez-vous. Tu vas chercher ta clé. Et moi je t'attends et on y va ensemble. J'ai l'avion à 9h, alors tu sais j'ai le temps. A 21h j'ai l'avion. Ça et puis comme je te dis, le temps de préparer, le temps de préparer euh...

MT .   Je peux le faire, même si vous êtes pas là. Je peux le faire.

FC :   Je sais. Mais on m'a demandé de voir si c'était fait. Tu comprends ?

MT ·   Frédéric je peux le faire. Si j'ai décidé de venir, j'ai laissé tout mon temps.

FC    Je sais. Je sais. Mamadie, tu sais - tu sais, toi et moi on se comprend en se regardant dans les yeux je sais très bien. Mais moi on m'a demandé de faire et tu sais je peux pas mentir moi. Si on me dit Frédéric qu'est-ce que tu as vu, si j'ai vu je dis oui. Si j'ai pas vu je ne peux pas dire oui. Je peux pas mentir. Comme je mens pas à toi, je mens à personne. Tu le sais. Tu le sais. Donc c'est pour ça que je suis un peu - moi je ne pensais jamais que l'on allait faire ça tout seul aujourd'hui. C'est pour ça que je t'ai dit même si tu veux, si on finit pas aujourd'hui je reviens dimanche, ou quoi. Je reviens samedi. Parce que je pensais jamais qu'on - mais là maintenant il y a - je te promets, vu ce que tu m'as dit - il y a urgence, il y a vraiment urgence.

MT ·   Je te dis que je vais le faire. [inaudible]

FC ·   Je suis d'accord avec toi.

MT    [inaudible] Vraiment vraiment, j'en ai marre de tout ça.

1h09m22s   FC ·   Je vais te dire une chose. Là. en faisant ça, en mettant dans la procédure qu'on va faire, le groupe pour combattre ces gens-là, tu vas être de son côté. Donc tu vas être défendue aussi par les avocats qui vont dire, elle n'a rien à voir Regardez, la preuve d'ailleurs, on est allé lui demander une attestation

CONFIDENTIEL

disant qu'elle avait rien à voir avec nous. Elle l'a signée. Elle n'a rien à voir avec tout ça. Toutes ces conneries de Samuel et tout ça, c'est n'importe quoi. Tu vois ? Aïe aïe aïe.

C'est dommage que pendant un temps, tu as fait les choses - on se parlait tout le temps mais tu m'as jamais expliqué tout ça tout ça. Moi j'étais un peu en dehors. Tu m'as laissé en dehors mais voilà. Mais c'est dommage parce que jamais je t'aurais laissée faire tout ça. Jamais jamais jamais.

MT:  Ouais.

FC :  Jamais je t'aurais laissée faire tout ça. Bon, allez ça sert à rien de regarder derrière hein. Maintenant c'est fait, c'est fait. C'est pour ça que le pauvre Ahmed, tu sais, il me disait : "Frédéric tu sais" - quand tu donnais plus de nouvelles il me disait : "Frédéric tu sais, j'espère que ça va, j'espère que" - tu as eu Ahmed depuis ?

MT :  Non.

FC :  Il se fait beaucoup de souci pour toi.

MT :  Ouais.

FC :  Il se fait beaucoup de souci pour toi.

1h11m04s   MT ·  Mais le reste de l'argent maintenant, comment on va faire ? Et combien ?

FC ·  Alors, je t'avais dit qu'il y aurait un million. Il y aura un million. Deux cents tu touches maintenant, et les 800 c'est dès que l'autre il est parti - dès que l'autre. Dès qu'il n'y a plus l'autre, et tout le monde dit qu'il a un cancer très grave. C'est le pancréas je crois. Et qu'il a cancer du pancréas et qu'il a encore juste quelques mois à vivre, je ne sais pas. Je ne souhaite pas la mort de personne, parce que je n'aime pas souhaiter la mort de quelqu'un. Mais en tout cas, s'il décède ou s'il va jusqu'à la fin de ce mandat. Il a encore deux ans de mandat. Quand lui il est plus là, tu touches le reste.

MT   Mais je ne sais pas combien.

FC :  800. Bah je t'ai dit, en tout, il y avait un million. Ça, c'est une chose. Après quand le dossier est terminé, tu dois recevoir ça et ça tu vas le recevoir. Tu vois ce que je veux dire ? Ça c'est deux choses différentes. Ce que tu dois recevoir, les 5 que tu dois recevoir quand le dossier est terminé, s'ils nous mettent pas dehors.

Serveuse · Are you finished ?

FC :  Yes thank you.

Serveuse : Are you interested in dessert ?

FC :  Tu veux quelque chose de sucré ? Tu veux un café, tu veux un thé, tu veux –

MT   Non, je veux pas.

FC   Non ?

Serveuse : Do you want the check ?

CONFIDENTIEL

FC :  L'addition. Yeah yeah we want the check and euh...

MT :  Thank you.

FC :  Et euh... Qu'est-ce que je disais ? Oui - ce que tu dois recevoir quand - si le groupe n'est pas mis dehors et qu'il a - qu'on lui confirme son projet, les 5 que tu dois recevoir, ceux-là c'est sûr tu vas les recevoir, il y a pas de problème. L'histoire des uns, en plus, ce que on discute maintenant, c'est-à-dire au lieu d'être un quand toi tu [inaudible], ca va être 200 maintenant et 800 quand l'autre va partir. 200 maintenant c'est parce que j'ai essayé. Tu m'as dit essaye d'avoir un montant tout de suite, parce que j'ai besoin pour [inaudible] là-bas. Donc c'est pour ça que tu as 200 -

MT :  Mais tu m'avais dit 300 après.

FC :  Je - écoute, je pensais arriver à 300, je suis arrivé à 200. Je vais encore me battre. 200 c'est sûr, c'est accepté. Je vais encore voir si j'arrive à avoir 200-250 peut-être, je vais faire le maximum. Mais j'ai obtenu 200. Tu vois ? Je vais essayer, je te promets que je vais essayer.

MT :  Mais à part les 5, il n'y aura rien.

FC :  Il y aura les 5 et il y aura les 800. Ca va faire 6 avec ce que tu as en plus. Ca c'est une chose, c'est déjà accepté. En fonction - écoute bien ce que je te dis - parce que ca je te l'ai toujours dit, parce que je sais que c'est comme ça. En fonction de la manière que ca se termine. Si c'est une bonne manière pour lui, qu'on lui coupe pas trop à droite, à gauche, j'en sais rien, il y aura encore en plus. Combien je ne sais pas. Il y aura 3, 4, 5 en plus, j'en sais rien. Mais il y aura encore en plus. Et ça c'est directement la communication qui m'a été donnée directement par le numéro 1, je ne veux même pas donner son nom. En disant, c'est comme ça. D'accord ? Et ça c'est sûr et certain.

1h14m03s   MT :  Le numéro un ? Michael ?

FC :  Non, non.. Beny [en chuchotant]

MT :  Ok

FC :  Ok ? Tout ce que je te dis, c'est directement de Beny  L'autre jour quand je te dis, je suis  j'attends là-bas en rendez-vous, je suis allé en voyage, je me suis déplacé pour aller le voir directement, parler en tête à tête, et avoir - tout ce que je te dis là, c'est de lui que je le tiens. Personne d'autre. D'accord ?

MT :  Je savais pas.

FC :  Personne d'autre. Personne d'autre. Je suis allé exprès pour le voir, pour le voir parler de tout ça, très très bien. Je lui ai toujours dit, je lui ai toujours dit. Encore la semaine dernière, je lui ai dit, je lui ai dit Beny, toujours répété. qu'elle était - que jamais elle te trahira, jamais elle te trahira, jamais elle te donnera les documents à qui que ce soit. Il m'a dit "écoute", il m'a dit "écoute, c'est bien, mais je veux que tu ailles voir. Je veux que tu détruises ces documents." Il m'a dit, tu vois, "fais ce que tu veux mais je veux que tu me dises "j'ai vu Mamadie et les documents, c'est terminé, il n'y a plus de documents."" Et là-dessus, je te dis, je te répète, que ce soit bien clair dans ta tête, les 5 qui sont prévus, tu les auras, quoi qu'il en soit. Tu les auras, si ils sont pas éjectés. S'ils sont toujours dans le projet. Ce que tu vas avoir quoi qu'il arrive, le un million, c'est-à-dire 200 plus 800, tu vas les avoir cela - remarque j'ai un petit bout de papier juste comme ça pour que [il écrit sur un

CONFIDENTIEL

papier]. bon ok ? on va mettre ça comme ça : 1, 5 et là je sais pas combien.
1, 800, 200. Donc cela [inaudible], et celui-là, de toute façon tu les auras
quoiqu'il arrive. Même s'ils sont éjectés, ceux là tu les auras quand le vieux
dégage. Ca c'est tout de suite et ça c'est quand le vieux dégage. Ceux là,
c'est si c'est positif.

MT :   Le 5 ?

FC :   Le 5. Ok. Ca, c'est si ok. Si c'est ok, selon comment c'est, si on lui coupe pas
trop. Parce que t'as vu tout ce que l'on voulait lui demander, si on lui coupe
pas trop. Il y aura ici. Et là, à mon avis, il y aura. C'est pratiquement sûr.
Combien je sais pas. 2, 3, 5, je sais pas. Mais il y aura de toute façon. Donc
en plus, si tu veux, imagine, peut-être, imagine que ce soit 5, hein je sais
pas, ca fait en tout 11. Tu comprends ? Ca c'est le truc tel qu'il est. Ok ? Par
contre, ça je t'assure, la semaine dernière, c'était indispensable, il m'a dit
"écoute, tu vas, tu vois, je veux que tu me dises, Frédéric, je veux que tu me
dises que tu as détruit ces papiers. Je veux que tu me dises." Je peux pas…
Tu vois ?

[inaudible]

Serveuse : No change ?

FC :   No change, thank you.

Serveuse : Do you need the receipt ?

FC :   No thank you. That's okay.

Serveuse : Thank you. Have a good day.

FC :   Thank you. You too. Bye.

MT :   [inaudible]

FC :   Comment ?

MT :   J'ai dit il faut que tu donnes un peu.

FC :   J'ai donné, j'ai donné. Ça faisait 30, j'ai donné, j'ai donné 35.

MT :   D'accord.

FC :   Normalement tu dois donner 10-20%, ça fait plus que 35. On laisse un
pourboire à la dame. Tu sais qu'ils travaillent dur les gens ici . Pas comme en
Europe hein ? Ils travaillent dur. Tu sais, j'ai beaucoup de respect pour ces
gens-là, parce que, les pauvres, tu sais c'est pas facile ici.

Bon, qu'est-ce qu'on fait Mamadie ?

MT :   Faut que je dois signer les documents.

FC :   Oui mais qu'est ce que tu veux qu'on fasse pour ces documents là-bas ?

MT :   Je t'ai dit que je vais signer et je vais aller - après - si je me repose [inaudible]
ça dans la maison, aux toilettes.

CONFIDENTIEL

**1h18m52s**  FC :  Comment on peut faire pour que je sois là quand tu vas les détruire ? Je suis obligé de lui dire que j'ai vu. C'est ça que j'essaye de t'expliquer. Je suis obligé de lui dire j'ai vu quand elle a détruit. Ca m'embête de te dire ça mais je suis obligé de lui - c'est pas que je, c'est pas que je, c'est pas que je - ton intérêt c'est de le faire. Je le sais, je le sais que ton intérêt c'est de le faire. Mais je suis obligé de lui dire j'ai vu que c'était fait, c'est ça que je -

MT :  Mais c'est vraiment - je suis fatiguée de tout ça.

**1h19m18s**  FC :  Tu sais, je sais que tu es fatiguée de tout ça mais tu peux même pas t'imaginer comment moi je suis fatigué. T'as vu mon nom comment il est là-dedans ? Mon nom il est partout là-dedans. Partout, partout, partout. Voilà. Ca, c'est un truc qui fait 28 pages. 28 pages. Ca je peux te dire c'est - personne sait qu'on a ça hein ? Personne sait qu'on a ça, parce qu'il a fallu payer pour avoir ça.

Regarde, regarde comment c'est. Rapport relatif à hmmhmm... C'est... Ça... Le véritable problème - tout est parti de ça. Cette histoire de Samuel Mebiame. Tout est parti de ça.

MT :  Ouais.

FC :  Ah la la. Donc, écoute, qu'est-ce que tu veux que je fasse ?

MT :  On va signer.

FC :  Oui, oui. Je suis d'accord avec toi de signer mais - hein ?

MT :  Je dis [inaudible].

FC :  Oui je sais. Euh... Ça c'est ce que je t'avais fait voir, c'est le truc officiel tu sais ? Quand officiellement ils avaient envoyé à la présidence. Je te l'avais lu ça quand on était à Freetown, tu te rappelles ?

MT :  Mmm mmm.

**1h21m00s**  FC :  Tiens, tu vois, ça c'est une attestation que moi j'ai faite et l'avocat il a demandé à ce que je la modifie encore un peu. Tu vois, il y a - il y a 3 pages.

MT :  Mmm mmm.

FC :  Tu vois : "*je n'ai jamais demandé à Madame Touré d'intervenir en faveur de BSGR auprès de quiconque, et notamment auprès du Président...* " bon, tu vois ? Ah la la.

**1h21m42s**  FC :  Alors, je vais le lire.

[Silence]

[Il lit une attestation] "*Je m'appelle Mamadie Touré. Je suis de nationalité guinéenne. J'ai vécu la plus grande partie de ma vie en guinée et j'habite aujourd'hui aux Etats-Unis. Les représentants de la société BSGR sont venus me voir et m'ont indiqué que la République de Guinée leur reprochait des faits dans lesquels j'aurai été impliquée. Ils m'ont exposé quels auraient été les faits et m'ont demandé si j'étais d'accord pour dire ce que j'en pensais. J'ai été d'accord parce que - parce que - parce que ce qu'ils m'ont rapporté est faux et je souhaite aujourd'hui attester ce qui suit. Ma situation familiale. Je suis la demi-sœur de Ibrahim Touré et non sa sœur. Nous avons jamais*

CONFIDENTIEL

été très proches, mais plutôt des rivaux. Mes relations avec la société BSGR. Il apparaît comme dit que j'aurais signé des contrats avec BSGR et que BSGR devait me payer des commissions en contrepartie de mes services en leur faveur. C'est faux. Je n'ai jamais signé aucun contrat avec BSGR ni directement, ni par l'intermédiaire de qui que ce soit. Il paraît qu'on dit que j'aurais intercédé auprès de dirigeants officiels de Guinée, en faveur de BSGR pour que BSGR obtienne des droits miniers en Guinée. C'est faux. Je suis jamais intervenue auprès de dirigeants guinéens en faveur de BSGR. Je n'ai jamais donné d'instructions ni demandé à quiconque de prendre des décisions en faveur de BSGR. Je ne me suis jamais intéressée aux affaires minières du pays. Il paraît qu'on dit que BSGR m'aurait versé de l'argent. C'est faux. Je n'ai jamais touché d'argent de la part de BSGR, ni directement, ni indirectement. On parle d'un chèque de 7 millions de dollars qu'ils m'auraient remis, ca ne s'est jamais passé. On dit qu'ils m'auraient remis de l'argent en liquide, des sommes de 2.5 millions de dollars, c'est faux. Ils ne m'ont jamais versé ces sommes, ni d'ailleurs aucune somme. Ni à moi, ni directement, ni à quelqu'un d'autre pour mon compte. Ils ne m'ont pas non plus promis de verser quoi que ce soit, ni à moi, ni à qui que ce soit, pour mon compte. Enfin, je voudrais dire que c'est ridicule que j'aurais déménagé aux Etats-Unis parce que j'aurais eu peur que BSGR porte atteinte à ma personne. Cette idée ne m'est pas passée par la tête. Je suis très choquée par les faits que m'a exposé BSGR en utilisant mon nom, et je n'ai rien à voir avec cette société, ni avec les faits qu'on leur reproche." Voilà. Ok ?

MT :   Mmm mmm.

FC    [Inaudible] Il faut mettre Jacksonville, la date et signer. Alors ça c'est - j'ai un double si tu veux.

En fait ça dit simplement que tout ça - c'est ce qui est repris dans le rapport qu'ils ont eu - donc en disant que toutes ces choses-là dans le rapport c'est faux. Ni tu as touché de l'argent, ni tu as touché de, de, de chèque impayé pas impayé ou quoique ce soit.

[Silence]

MT :   Mais si je me rappelle bien, tu avais dit que -

FC :   Comment ?

1h28m49s   MT :   Si je me rappelle bien tu m'avais dit que tant que Beny est là, il va continuer à me donner de l'argent encore un peu -

FC :   Quand ? Te donner quand ?

MT :   Tu as dit - que s'il reste - tant qu'il reste, si Beny il reste en Guinée il va me donner de l'argent un peu, un peu. S'il reste, pour quand il reste.

FC :   S'il reste, ce qui était prévu, ce qui était prévu tu auras. C'est ca que je veux dire

MT :   Ok.

FC :   Là il faut mettre [inaudible] "à Jacksonville" et on est le... le 11

MT :   Comment on est écrit Jackson-

FC :   Jacksonville c'est comme ça.

CONFIDENTIEL

[Silence]

[Inaudible]

**1h30m21s**  FC :  Je regarde si j'ai eu des messages. Attends hein, juste une seconde. Je réponds parce que j'ai les enfants qui cherchent des trucs.

[Silence]

FC :  Qu'est-ce que je voulais dire ? Donc ça - on va aller faire une photocopie là-bas si tu veux avoir une photocopie de ça ? Je te l'envoies par mail ou il y a un petit bureau en face, on peut aller faire une photocopie si tu veux.

MT :  Où ça ?

FC :  En face là-bas, je crois qu'il y a un petit bureau où on peut faire des photocopies.

MT :  Je dois l'attendre ?

FC :  Oui ben on va aller ensemble. On va aller ensemble.

MT :  Où ?

FC :  Là, juste là. Euh., devant. Là où on s'est retrouvé. Juste à côté, il y a un petit bureau pour faire des photocopies. Dans l'aéroport.

MT :  Ok.

FC :  Dis-moi, qu'est-ce qu'on fait maintenant ? Parce que pour - pour détruire ces trucs-là. Je, je, je t'embête avec ça mais -

MT :  Je t'ai dit, je le fais.

FC :  Oui mais -

MT :  Ce que je dis c'est plus important que -

FC :  Je suis d'accord avec toi.

MT :  C'est plus important que

[Silence]

**1h32m30s**  MT :  Je voulais appeler Michael. Tu as le num -

FC :  L'appeler ?

MT :  Oui pour lui dire bonjour. Il m'avait laissé -

FC :  Oui je sais. Je lui ai dit. Je lui ai dit. Mais tu sais quand c'était ? Il t'avait laissé un message quand tu avais disparu. Il avait essayé de te joindre juste pour ça quoi.

MT :  Ouais.

FC :  Je vais l'appeler maintenant ?

CONFIDENTIEL

MT :   Ouais.

[inaudible]

FC :   Je te le passe.

[L'enregistrement de cet appel apparait également sous la référence de l'enregistrement téléphonique du 4 novembre 2013, enregistré sous le dossier "4.11.2013 Call 11" et sous le fichier : "305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav"]

Allo ? Ca va bien ? Ça va, ça va. [pause] Oui je suis bien arrivé. Tout va bien, tout va bien. Je te - je te passe Mamadie pour te dire bonjour [inaudible].

[FC passe le téléphone à Mamadie]

MT :   Allo. Michael. [pause] Ca va et vous ? [pause] Oui oui. Vous m'avez appelée l'autre fois, je voulais vous rappeler mais vous n'avez pas laissé le numéro. Ouais. Donc euh.. Oui. [pause] Oui, elle va bien oui. [pause] Oui. [pause] Oui. [pause] Je vais venir. [pause] Oui, oui. [pause] Oui.

Mais j'ai pas son numéro, comment je vais faire si je veux le joindre ?

FC .   Le numéro de qui ?

MT :   De Michael.

FC .   Je vais te le donner.

MT    Ok. [Au téléphone] Je vais venir, je vais venir, je vais l'appeler. Ok. Ok. Ouais. Bye. Merci.

FC :   [Il reprend le téléphone] Allo ? Bon, ben écoute. Oui, oui ça va ça va. [pause] Ouais, ouais d'accord. On se rappelle tout à l'heure. J'ai un avion à 21 heures.

MT    Il veut que je vienne là-bas.

FC    Où ?

MT    Je lui ai dit je vais aller à [inaudible].

FC .   Aller où ?

MT    A Miami.

FC :   Tu sais, on quitte en même temps.

MT    Oui, oui.

FC    Mardi.

MT    Oui.

1h35m25s   FC    On va quitter Mardi. Je suis embêté avec ça, Mamadie, cette histoire de voir la destruction des trucs parce que ça m'a été demandé tellement clairement que je ne peux pas - je ne vais pas pouvoir mentir.

CONFIDENTIEL

MT : Qui ?

FC : Tu sais bien qui. Il y en a a qu'un avec qui je parle. Le le le le le.... le big boss. Donc s'il me dit, "je veux que tu vois quand c'est détruit", je ne peux pas lui mentir. Je ne peux pas mentir à personne moi.

MT : Alors, qu'est-ce que moi je peux faire ? Puis que moi je te dis je vais le faire. J'ai déjà signé ce -

FC : C'est - pardon - c'est pas une histoire de signer. C'est que - le deal c'était ça, le deal c'était en rentrant on détruit, mais faut - c'est là pour faire les photocopies.

[Inaudible puis silence]

FC : Thank you. Tu as un endroit pour mettre - pour mettre ça ?

MT : Mmm.

FC : On le plie. Je le plie comme ça ?

MT : Oui.

[Silence]

FC : Maintenant on prend un taxi, je t'attends, tu vas prendre ta clé, on va là-bas, on les détruit et comme ça c'est tranquille.

MT : Tu peux pas partir avec moi Frédéric

FC : Ah la la, comme tu veux, enfin je ne sais pas. Moi je ne peux pas lui dire que c'est fait, si ce n'est pas fait. C'est ca qui me - si j'ai pas vu, je ne peux pas lui dire. Je peux pas -

MT : Je t'ai dit je vais le faire.

FC : Je sais que tu vas le faire, parce que c'est dans ton intérêt de le faire, mais tu comprends ce que je veux dire ? Je ne peux pas lui dire oui si - je ne peux pas lui dire que j'étais là si j'étais pas là. Je ne peux pas lui mentir. Je peux pas lui mentir

MT : Alors, dans ce cas, il faut que je rentre à la maison, comme ça je vais t'appeler.

FC : Ok. Tu vas là-bas. Tu fais et tu me donnes - tu me dis l'adresse où tu veux qu'on se retrouve et euh:. Tu m'envoies un message sur le téléphone et moi, je prends un taxi et on se retrouve là où tu veux.

MT : Ok.

FC : D'accord ?

MT : Oui.

FC : Ok. Comme ça c'est réglé. Donc j'attends ton appel alors ? Moi je t'attends ici.

MT : Ok.

CONFIDENTIEL

FC :   Ok ?

MT :   Merci.

1h38m57s   FC :   A tout à l'heure. Mais ça va aller. Te fais pas de soucis. Ecoute, je ne t'ai jamais laissée tomber. Quand tu as eu besoin de moi, j'ai toujours été là et je serai toujours là. Donc même dans cette galère là, on va toujours marcher ensemble, parce que t'as vu dans les documents, on est dans les mêmes galères tous les deux alors.

MT :   Mais, je ne veux pas que vous allez dire vous allez me donner 5, après 5, quelque chose ok ce ne soit pas respecté.

FC :   Est-ce que tu crois que - est-ce que dans ce que tu as eu jusqu'à présent ca n'a pas été respecté ? Dans ce que tu -

MT :   Ca prend tu temps toujours, des fois tout changer.

FC :   Oui - c'est pas que ca prend du temps, c'est que regarde le dossier comment il prend du temps lui ? Le dossier aussi il prend du temps. Si c'était pas cette histoire de Samy, ça serait déjà terminé tout ça.

MT :   Ok.

FC :   Tu comprends ? C'est ça qu'il faut comprendre.

MT :   Ok.

FC :   Ok ?

MT :   Oui.

FC :   J'attends ton appel, je suis là

MT :   Ok.

FC :   A tout à l'heure

1h39mln44s   [MT quitte FC]

1h43min05s   MT :   I need to go here. At this address.

Taxi :   [inaudible]

MT :   Yeah.

Taxi :   [inaudible]

MT :   Thank you.

[Car door closing]

Taxi :   [inaudible]

MT :   What ?

Taxi   [inaudible]

CONFIDENTIEL

[Bruits ambiants]

**1h51min40s**

Agent FBI:     This is Special Agent Vanessa Steli. I am now ending the consensually
recorded conversation.

**01h51m54s          FIN DE L'ENREGISTREMENT**

### ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et un homme
non-identifié ("HN").

**REFERENCES :**

**Dossier: 4.11.2013 Call 12**

**Fichier : 305-755-6629 T-Mobile 2013-04-11 14-10-27 00093-1.Wav**

**0h00m0s      DEBUT DE L'ENREGISTREMENT**

HN .    Allo ?

FC :    Oui.

PN     Oui ?

FC     Bon écoute, là elle est partie là, je vais la revoir dans un petit moment. Donc le
document, c'est fait, c'est signé

PN .    Ah bon ?

FC     Oui, c'est fait, oui. Euh,, sans l'histoire du mari, parce que toute façon elle pourra
jamais écrire ça, ca c'est sûr. Attends. Et euh, bon par contre quand elle est allée là-
bas pour renouveler son document pour rester ici

PN     hein, hein

FC     Ils l'ont fait attendre, ils l'ont fait attendre, ils l'ont fait attendre et il y a   il y a deux
personnes des services euh spécialisés, qui sont, qui ont commencé à l'interroger en
disant qu'ils étaient entrain de faire une, de travailler sur un dossier de. de, de
bakchich euh dans son pays, concernant un dossier bien précis, et c'est le dossier
bien précis. Et ils ont commencé à lui poser pas mal de questions, et voilà, avec une
personne - ce qui est fou c'est, elle est allée comme ça sans prendre rendez-vous, et
ils l'ont fait attendre très longtemps, et voilà.

PN     Ok, alors, qu'est-ce qu'elle a dit ?

FC     Bah, elle a dit la seule chose qu'elle pouvait dire, c'est qu'elle n'avait rien à voir avec
tout ça et que c'était n'importe quoi.

CONFIDENTIEL

PN :   Ah. Et comment ça s'est terminé ?

FC :   Pour l'instant, comme ça. Pour l'instant comme ça.

PN :   Et elle a obtenu...

FC :   Non, non, non. Non, non, non. Elle est partie et, je ne te dis pas dans quel état elle est.

PN :   J'imagine. J'imagine.

FC :   Bon écoute, on ne va pas en parler trop au téléphone, parce que je ne sais pas où on en est dans tout ça. Donc euh, voilà.

PN :   Ok, d'accord. C'est ce qu"il faut faire. D'accord.

FC :   En tout cas, je pense que, si tu dois faire des commentaires là-bas, je pense que ton téléphone, tu devrais le mettre de côté.

PN :   Oui, oui. Ne t'inquiète pas. D'accord ok.

FC :   Allez, je te tiens au courant euh plus tard, parce que, voilà. OK, à tout à l'heure.

PN :   A toute à l'heure, bye.

FC :   Ciao, ciao.

**0h02m54s   FIN DE L'ENREGISTREMENT**

CONFIDENTIEL

## ENREGISTREMENT D'UN RENDEZ-VOUS DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins ("FC").

---

**REFERENCES :**

      **Dossier: 4.11.2013. CW meeting with Cilins 7.45-9PM**

      **Fichier : 0372_002.WAV**

---

| 0h00m0s | **DEBUT DE L'ENREGISTREMENT** |
|---|---|

Agent FBI :    "This is special agent Vanessa Stely. This is April 11th, 2013. We're about to make a consensually monitored conversation with Frédéric Cilins."

[Bruits de pas]

MT :    [Au téléphone] "Oui, oui, oui."

[Bruits de voiture, musique]

**0h20m07s**

Homme non-identifié :    [Inaudible]

[Musique, bruits de voiture]

**0h24m24s**

MT .    Départ.

Homme non-identifié .    hum ?

MT :    Départ. Allo ? [au téléphone] Hein ? J'arrive euh à le C'est qui ? Ok, j'arrive. Le taximan s'est trompé là , mais il s'est retourné. Donc, j'arrive, oui. Dans combien de minutes ?

Homme non-identifié :    15 minutes.

MT :    [Au téléphone] Dans 15 minutes, oui. Oui.

[Musique, bruits de voiture]

**0h36m00s**

Homme non-identifié :    [Inaudible].

MT :    Si tu pouvais faire vite.

Homme non-identifié :    [Inaudible].

CONFIDENTIEL

MT :  On était là, tu nous as emmené jusqu'à... je t'ai, je t'ai dit "Aéroport", si tu n'avais pas compris, il fallait me demander.

Homme non-identifié :  [Inaudible].

MT :  Faut faire vite. Personne n'est là. [Au téléphone] Alors je suis là. Ok.

[Bruits de pas]

0h39m23s   MT :  [Au téléphone] J'ai laissé le, le document sous le truc. Vous pouvez me ramener ? Où vous êtes ? Vous êtes toujours garé ? Ok, descends, j'arrive. Descends, vous me donnez.

[Bruits de pas]

0h41m59s   FC :  Alors, t'as couru ?

MT :  Je suis fatiguée, oui .

FC :  Tu es fatiguée ? Tu veux boire quelque chose.

MT :  Oui.

FC :  Bon, c'est ouvert là-bas. Tu veux quoi ?

MT :  De l'eau.

FC :  De l'eau ?

MT :  Oui.

FC :  Bon, si tu veux restez assises là-bas je vais prendre de l'eau j'arrive. Tu veux de l'eau, pas de jus de fruit ?

MT :  Non, de l'eau. Oui, c'est bon. Je suis fatigué. Merci.

[Bruits ambiants]

FC :  Tu veux un verre ? Attends, je vais prendre un verre.

MT :  C'est bon.

FC :  T'as couru ?

MT :  J'ai couru.

0h43m28s   FC :  Tu sais que, comme je t'ai dit ils ont attaqué là, à la justice avec, c'est ce que j'étais entrain de regarder là. C'est en anglais, mais. Tu n'avais pas intérêt de partir quelques jours, quelque part. Tu penses que c'est mieux de rester ici ? ton visa que tu l'as, il reste jusqu'à quand là ?

MT :  [Inaudible]

FC :  Ca, c'est si tu veux. Euh...Beny Steinmetz... qui attaque George Soros pour tout ce qu'ils ont fait. Parce que le document que tu as vu là ca a été fait à la demande de Soros. Tu vois ? [Inaudible]

CONFIDENTIEL

MT:     Vous me dtes de mentir à la FBI mais quel [inaudible] vous me donnez là ?

FC:     Mais qu'est-ce que tu veux dire d'autre ? Qu'est ce que tu veux dire d'autre ?
        Si tu leur dis -

MT:     Parce que j'ai besoin de quelque chose maintenant ici, j'ai...est-ce que je
        peux avoir quelque chose ici, de l'argent ?

FC:     Ici, c'est compliqué. Ici, c'est compliqué, hein . A Freetown oui, mais ici c'est
        compliqué. Il faut que je regarde.  Je peux pas te répondre tout de suite tout
        de suite, mais il faut que je regarde ce que je peux faire.

MT:     Moi je veux une garantie. Est-ce que je peux parler à Michael ?

FC:     Mais, il va rien changer, c'est pas lui. Tu veux voir quoi avec Michael de toute
        façon ? Ca va rien changer, c'est pas lui.

MT:     Je veux qu'il me garantisse, si -

FC:     Si quoi ? Explique moi ce que tu veux que je comprenne ?

MT:     S'il peut me garantir que je vais avoir quelque chose ici, et il me garantie pour
        le reste -

FC:     Mais, quelque chose ici, c'est quoi ?

MT:     C'est que je n'ai rien ici, je t'avais dit ça -

0h45m38s   FC:   De l'argent ici, tu veux dire ? Ecoute, moi ce que je peux essayer de voir
        d'abord c'est d'avoir 50, de récupérer 50 ici, mais je suis pas sûr que ca va
        pouvoir se faire, je peux pas t'assurer et personne pourra t'assurer. Si c'est
        pas, si je - pour être sûr à 100% il faut que je parle avec... Il y en a qu'un qui
        décide. Tu dois comprendre que, toutes les personnes qui sont au milieu, il y
        a personne qui décide  Il y en a qu'un, c'est celui qui est en haut. Et c'est -
        c'est le seul. Quand moi je te dis quelque chose, que je te dis c'est à 100 %,
        c'est parce que je sais que c'est à 100%. Et il n'y a personne qui peut te dire
        à 100% si ce n'est pas lui là-haut. Comme ça, je ne veux pas te mentir.  Je
        te dis toujours la vérité. Donc, c'est pour ça que ca sert à rien de parler avec
        Pierre, avec Paul, avec Jacques, ca sert à rien. Maintenant ce que je veux
        comprendre, c'est toi ici t'as besoin d'un peu parce que t'as besoin
        d'oxygene, c'est ça ?  Et si j'arrive à trouver 50, ca va ? Ok.  Je vais te
        donner la réponse demain.  Je te dirai - je rentre pas dans le détail, je te dis
        oui, je te dis non, et je te... c'est tout ce que je vais te dire  D'accord ? Si c'est
        bon je vais voir comment on peut faire, je vais voir comment on peut faire.

MT:     Moi, je pensais que si Michael me garantie ca allait.

FC:     "Non mais, écoute, je vais te...Comment je peux t'expliquer, Michael c'est
        pas lui qui va te garantir. Il peut rien te garantir, personne ne peut te garantir
        si ce n'est pas l'autre là-haut.  Moi je suis  Je te donne mon sentiment
        profond. Je pense que à...60-70% je pense que ce va être oui.  Que je vais
        arriver à organiser ça. Mais je peux pas t'assurer. La seule chose que je peux
        assurer, de toute façon vu l'heure qu'il est, je peux parler avec personne
        maintenant, il faut que je parle avec une seule personne, c'est l'autre là-bas.
        Ok ? Donc ça, je vais voir.  Pour, pour là-bas à.. comment ca s'appelle. à
        Freetown, ça, il n'y a pas de problème. Je sais que ca c'est bon.

MT:     Mais maintenant moi j'ai besoin de -

CONFIDENTIEL

0h47m54s   FC:   Oui, je te dis, je vais m'occuper de ça, je te donne la réponse demain ou - oui demain normalement c'est bon. A moins que, je sais pas, à moins qu'il soit en voyage quelque part mais demain normalement, j'arrive, par message, à avoir une réponse. Ok ? Voilà.

MT:   Je suis fatiguée.

FC:   De toute façon, écoute, je t'ai toujours dit, je ne te laisserai pas tomber. Je ne te laisserai pas tomber. Maintenant pour reprendre la conversation que l'on avait tout à l'heure, quand tu me dis, tu me dis qu'il faut mentir. Mais bien sûr qu'il faut mentir, tu peux pas leur dire... si tu leur dis, je t'assure tu dois comprendre ça, si tu leur dis oui j'ai touché n'importe quoi, de n'importe qui, pas spécialement de ça, mais de n'importe qui, tu as un très gros problème, mais pas un petit problème, un très très gros problème. Tu peux faire une croix sur les Etats-Unis. Tu peux faire une croix sur les Etats-Unis. Et c'est grave. Donc, la seule chose que tu peux dire, c'est... comme tu leur as dit là, à la fin de votre entretien là, ils t'ont dit rien, bon alors rentrez chez vous c'est tout ?

MT:   Oui, oui oui.

FC:   La seule chose que tu peux leur dire c'est - tu vas pas les revoir de toute façon, ou alors tu vas aller les revoir pour ton visa.   Ton visa il se termine quand sur ton truc là ?

MT:   C'est août.

FC:   Tu as ton passeport, ton, ton,.

MT :   Oui. C'est août. C'est août.

FC:   Août, bon. Déjà jusqu'en août t'es tranquille normalement, par rapport à ça.

MT   C'est jusqu'à le 27 août.

FC:   27 août 2013. Bon après ça, toi tu leur avais demandé de continuer sur euh - ou tu avais demandé de faire le visa investisseur ?

MT   Si j'ai ?

FC:   Tu avais demandé de, de, de pouvoir revenir euh, de rester plus longtemps. C'est ça que tu voulais aller les voir ?

MT :   Oui, si je voulais..

FC:   Avoir un séjour sur combien de temps ?

MT   Allongé.

FC :   Allongé. Bah écoute de toute façon, imagine dans la réalité des choses, tu n'as rien fait de mal, tu as rien touché, hein ? Tu es allez les voir pour ça, ils t'ont posé des questions en disant des conneries, en disant vous avez ça, vous avez ça. Tu as rien à te reprocher;  Tu peux retourner là-bas en disant, écoutez, qu'est ce que je fais avec mon visa, je voudrais, j'ai besoin de rester ici, j'ai mon enfant qui est là, je suis entrain de travailler ici, je fais des projets. Ca c'est une possibilité. La deuxième possibilité, c'est de partir un petit peu, de laisser retomber ces histoires là, partir un petit peu là-bas en Sierra, laisser passer un petit peu tout ce, tout ce bazar... moi je pense que ce serait

CONFIDENTIEL

peut-être une bonne idée de partir un peu. Si tu pouvais partir un peu ca serait bien. En même temps ca te permet d'aller là-bas, tu peux récupérer ton argent. Freetown, c'est une chose. Pas Conakry, Freetown, là-bas tu es un peu tranquille. Et ici les choses se calment un peu.

MT:   Je pense pas s'ils vont revenir, je pense pas.

FC :   Je sais pas. Comment tu as senti, toi ? Que ça allait continuer, ou que ça allait pas continuer ?

MT:   Parce que, ils sont partis après.

FC :   Comment ça, ils sont partis ?

MT:   Ils sont partis, ils m'ont dit de partir. Ils sont partis, ils m'ont dit de partir. Et puis moi, je suis rentrée à la maison.

FC:   Ils t'ont rien dit d'autres ?

MT:   Non. Ils m'ont rien dit d'autres.

**0h51m40s**   FC:   Et toi, tu leur as dit, "je ne comprends même pas de quoi vous parlez ?" Qu'est ce que tu leur as dit, exactement ? Comment tu leur as répondu ?

MT:   Je leur ai dit, je leur ai dit.

FC:   Ca a duré longtemps ça ?

MT:   Je leur ai dit, je leur ai dit.

FC:   Non, toi tu as attendu longtemps. Mais les questions, ça a duré longtemps ?

MT :   Non, ça a pas duré.

FC.   Combien, 10 minutes ?

MT :   Je n'ai pas calculé de ça quand même. Parce que j'étais là, je me suis dit longtemps je suis assis. Moi je suis là...

FC:   Mais après, quand ils t'ont posé les questions. Ils t'ont posé beaucoup de questions, ou pas beaucoup ?

MT :   Pas beaucoup Frédéric. Comme je vous ai dit l'autre matin.

FC:   Oui. Et les questions, c'étaient "est-ce que vous avez reçu l'argent ?" Qu'est-ce que c'était les questions exactement ?

MT:   Je ne me rappelle plus de ça. C'est ce que je t'avais dit le matin, je ne me rappelle pas. Je travaillais. Tu peux pas imaginer, je viens de la maison, je suis fatiguée. J'ai une journée fatigante. J'ai une journée fatigante aujourd'hui. En cherchant les documents dans la maison, ça m'a fatigué. J'ai peur.

**0h52m50s**   FC:   Ecoute, la seule chose que tu dois avoir à l'esprit, même s'ils recommencent et ils essayent de te faire la pression, de te faire peur en te disant quoi que ce soit, tu dois toujours toujours toujours garder, en disant, j'ai rien à voir avec ça, j'ai jamais touché d'argent, j'ai jamais pris contact, je ne me suis jamais occupé des affaires du pays. Moi, je suis guinéenne, je m'occupais de

CONFIDENTIEL

mes affaires, j'achetais du riz, je vendais du riz, j'achetais du sucre, je vendais du sucre, mais je ne me suis pas occupé des affaires du pays. Il y a des ministres, il y a des gens pour ça mais moi je ne me suis jamais occupé de ça, qu'est ce que vous voulez que je fasse de ça ? Oui, il y a des gens, un Monsieur Samuel là qui est venu, soi-disant parce que c'était un ami de quelqu'un que j'avais aidé quand il était en Guinée, et euh il est venu, il m'a demandé un truc. Tu parles pas de documents, tu parles pas de papiers, de rien du tout. Tu dis, voilà, moi il est venu en me demandant de rentrer au pays parce que le Président voulait me voir, me rencontrer. J'ai dit que j'avais rien à faire avec le Président et que j'avais peur de lui parce que c'est quelqu'un de mauvais. C'est quelqu'un de méchant, et moi je n'ai rien à voir avec tout ça. Donc euh tu sais, tu dis moi je suis fatigué, je suis fatigué de gens venant me voir en me disant de venir, de rentrer au pays, j'ai pas envie de rentrer au pays. Il a fait du mal à toute la famille de l'ancien Président, il a fait du mal à tout ça. J'ai pas, j'ai pas du tout l'intention de de de de rentrer là-bas au pays. Je suis une femme seule, je suis abandonnée comme ça, et j'ai plus envie de rentrer au pays c'est sûr. Mais tu dois rester là-dessus, tu dois absolument rester là-dessus. Mais, je ne vais pas te laisser tomber, tu dois savoir ça. Personne va te laisser tomber. OK ? Tu sais, tu m'appelles. Même si tu es loin. Il y a des heures d'avion, mais je viendrais toujours te, te,  pour t'aider. Je viendrais toujours pour t'aider.

MT:     Je suis fatiguée. Je suis fatiguée de tout ça.

FC:     Tu as quelqu'un avec qui tu parles un peu ici ? Ou t'as, ou t'as personne ?

MT:     Ici, des relations...

FC:     Ici, je sais pas. Ici, j'en sais rien. Tu as une Cény qui est ici, mais tu as, tu as une autre sœur qu'est ici, non ?

MT :    Oui, j'ai ma grande sœur qui est avec moi, là ici.

FC:     Elle sait tout ça?

MT      Non, j'ai, j'ai rien, je les ai pas dit. Je les ai pas dit. Parce qu'ils vont être paniqués. Je les ai pas dit.

FC.     Ils vont être paniqués, mais surtout si .. Bon, normalement les questions ça s'arrêtent à toi, mais il faut que tout le monde soit sur la même idée, en disant qu'est-ce que c'est que ces histoires de...de business, de choses comme ça. Moi les seules affaires que j'ai fait, c'est d'acheter du riz et d'acheter du sucre, et des culs de poulets. Voilà, c'est tout ce que j'ai acheté. j'ai acheté des croupions de dindes, du sucre, et de la farine. Qu'est ce que vous voulez me raconter des histoires de mines. Est-ce que moi je connais quelque chose dans la mine, est-ce que je connais quelque chose dans [inaudible]."

MT:     C'est pas facile.

FC.     C'est pas facile, mais c'est sûr. Qu'est ce que tu veux que je te dise ? Ces histoires de Samuel, c'est... Celui qui te l'a envoyé, il a une bonne responsabilité. C'est Sampil ou je sais pas qui ça. Il t'a mis dans des, dans des merdes, de t'envoyer ce Samil. Il t'a mis dans des grosses, des grosses bêtises. Si tu m'avais parlé à l'époque de ça, je t'aurai expliqué mais qu'est-ce que tu veux que je te dise. Qu'est-ce que tu veux que je te dise. Voilà, écoute, on va détruire tout ce bazar là, on va... faire euh tout ce qu'il faut pour te protéger au maximum. Mais toi, en tout cas, il faut que tu gardes cette ligne de conduite comme ça. Ca c'est sûr.

CONFIDENTIEL

MT:  Mais vous revenez quand ?

FC:  Quand il y a besoin.

**0h57m08s**  MT:  OK, parce que j'ai pas pu tout réunir quoi.

FC:  Ah bon ?

MT:  Oui. Là où je devais aller prendre les autres c'était fermé, mais comme tu m'as dit déjà, j'ai tout ce qui est dans la maison, photocopies quoi, j'ai tout.

FC:  Les photocopies on s'en fout, moi j'ai pas besoin des photocopies. Tout ce qui est photocopie, il faut dégager tout ça.

MT:  Comme tu m'as...

FC:  [Il parcourt des documents] Ca, c'est pas grave. Ca, on s'en fout.

MT:  Comme tu m'avais dit de photocopier les originaux. Je pense que je vais récupérer ça. le reste je peux récupérer le matin.

FC:  Tu sais, je peux revenir dimanche. Je peux revenir samedi, quand tu veux. C'est toi qui me dit.

MT:  Ok.

FC:  Mais, ca, c'est des photocopies tout ça.

MT:  Oui. Non, le tout c'est pas les photocopies.

FC :  Ca, ca, c'est pas des photocopies.

MT:  Mais ça quand même j'avais donné, envoyé ça, j'avais envoyé ça, l'original de ça à... J'avais envoyé l'original de ça.

FC:  Tout ça. Moi je vais détruire ça, t'inquiète pas. Je ne peux pas détruire ça ici, à l'aéroport. Mais dès que j'arrive, j'ai un destructeur de papiers, je vais tout détruire. Mais dis-moi euh -

MT :  On peut faire ça ici.

FC :  Mais où ici ? Dans l'aéroport ? Où tu veux détruire ça ici ?

MT:  Ils ont un truc pour déchirer.

FC:  Mais il est fermé le bureau là-bas. Il est fermé le bureau, c'est trop tard maintenant. Qu'est ce qu'il...Ce qu'il y a c'est que tout ça, c'est... Si tu veux, c'est que des photocopies ça.

MT :  Oui

FC:  Tu vois, ça. Tout ça, c'est des documents qui, c'est des photocopies ça...

MT:  Mais, j'avais envoyé ça. L'original de ça.

FC:  A qui ?

CONFIDENTIEL

MT:   J'avais envoyé ça, sous... la lettre... Oui, j'avais envoyé ça, j'avais poster.

FC:   Mais à qui ?

MT:   J'avais envoyé ça, à Michael.

FC:   Posté ?

MT:   Oui.

FC:   Bon écoute, je vais regarder tout ça, bien comme il faut, et je vais détruire
tout ça de toute façon, et tu m'appelles quand tu as les autres choses. Tu
m'appelles si c'est samedi ou dimanche.  Demain tu regardes - quel jour on
est aujourd'hui, jeudi ?

MT:   Mmm mmm.

FC:   Euh jeudi, bah je sais pas moi je peux revenir samedi, je peux revenir
dimanche, comme tu veux.  Tout ça c'est que des, tout ça c'est des papiers à
Freetown avec Michael.  Ca, c'est Freetown. Ca, c'est Freetown. Tout ça,
c'est F'reetown. Ca, c'est Freetown.

MT:   J'étais fatiguée en cherchant ça. [Inaudible], elle prend, elle jette les papiers.
Tu sais, elle a commencé à marcher.

FC:   Ca, on s'en fout. Si tu veux, c'était la déclaration qu'on a fait avait fait, mais
personne ne l'a utilisée ça de toute façon. Toi tu peux même garder si tu
veux de toute façon,. Parce que ça c'est la déclaration que l'on avait fait à
l'époque mais personne ne l'a utilisée ça.

MT:   Ok.

FC:   Attends, attends. Touche pas. Ca, je vais regarder juste la fin.

MT:   Ca, j'avais envoyé l'original

FC:   T'avais envoyé ou tu avais donné à Michael et ?

MT:   J'avais envoyé, j'avais posté.

FC:   Par la poste ?

MT:   Mmm.

FC:   Ca aussi. C'est encore des, c'est encore euh... Tout ça, c'est pratiquement
tout euh, comment on appelle ça... Sauf ça.

MT:   Moi arrivée à la maison, je vais brûler tout ça.

FC:   Hein ?

MT:   Je peux brûler tout ça.

FC:   Ca tu peux, si tu veux. C'est pas grave. Ca, c'est simplement des choses.
C'est la déclaration donc ça c'est pas grave tu peux   tu peux garder tu
peux brûler, c'est comme tu veux. Mais ..

MT:   Ca j'avais envoyé l'original.

CONFIDENTIEL

FC: 27 et 28 février [inaudible].

MT: Original. C'est la même chose, l'original de ça était parti.

FC: Donc ça, c'est les deux mêmes. Ça, c'est...

MT: C'est la même chose.

FC: Ça c'est encore, encore la même chose.

MT: Oui.

FC: A chaque fois, c'est la même chose.

MT: C'est la même chose.

FC: De toute façon tout ça, je vais... Ça tu dis que c'est déjà envoyé, ça ?

MT: J'ai envoyé.

1h02m20s   FC: A qui tu as envoyé alors ? Tu veux garder ça ou tu veux détruire ça ?
Comme tu veux, ça sert à rien, c'était la déclaration que tu sais que on avait
fait il y a longtemps, que tu avais fait il y a longtemps, au mois d'avril.

MT: Mmm. Tout ça c'est la même chose.

FC: Tout ça c'est pareil.

MT: Jusqu'à loi, c'est la même chose.

FC: En fait, tout ça on va détruire. Mais si tu veux, même ça, c'est un document
qui dit    Tout ça, je vais le prendre, je vais le détruire. Mais ça sert à rien tout
ça, parce que c'est que des photocopies. Mais on va détruire.

MT: Moi, je vais détruire.

FC: Non, non, non. C'est moi qui vais détruire.

MT: Parce que c'est toi qui m'a indiqué.

FC: Oui, non, mais je vais le détruire tout ça, de toute façon. Je vais le prendre et
je vais tout détruire. Au moins, je sais qu'il n'y a pas de... qu'il n'y a rien qui
traîne. Mais euh, samedi je reviens, comme ça en même temps j'aurai la
réponse.

MT: Samedi ?

FC: Samedi, non ? Qu'est-ce que tu veux ? C'est après-demain.

MT: Samedi, à pas travailler.

FC: Oui mais, il n'y a pas de travail, mais toi.. Toi, tu vas retrouver quand les
documents?

MT: Samedi, il y a...

FC: Samedi ou dimanche ?

CONFIDENTIEL

MT:   Je vais t'appeler.

FC:   Tu m'appelles ?

MT:   Oui.

FC:   Tu me dis si c'est samedi ou si c'est dimanche. Et les autres documents c'est quoi ? Ca, je vais détruire ça. Tu préfères que ce soit samedi ou dimanche ?

MT:   Je vais t'appeler, quand je...

**1h04m23s**   FC:   Est-ce que tu... tu sais. Qu'est ce que c'est qui reste comme document ? Parce que c'est des originaux qui doivent rester, parce que là il n'y a pas des originaux.

MT:   Si, il y a des originaux.

FC:   Oui, il y en a juste un. Il y en a juste un, mais en plus c'est pas le plus important.

MT:   Parce que j'ai fait, j'ai fait que il rentre à la maison que il mette, mette sur ça. Donc, le temps j'ai commencé à la maison, j'ai trouvé ça. Je me suis dit, la maison c'est important.

**1h04m52s**   FC:   La maison c'est sûr que c'est important. A la maison il n'y a plus rien ?

MT:   Non, non. Il n'y a plus rien.

FC:   D'accord. Et là où tu as mis les autres choses, tu vas regarder. Tu me dis. Tu peux aller n'importe quel jour là-bas ?

MT:   Oui, je peux aller.

FC:   Si tu veux, regarde si c'est bon pour toi samedi, et je viens.

MT:   Je vais t'appeler. Je vais t'appeler. J'ai eu du mal de chercher, parce que j'ai peur. Et la petite, elle me fatigue. Quand tu mets les papiers, elle prend et elle jette de l'autre côté. Arrivé même, il faut que j'arrange.

FC:   Ecoute, réfléchis à savoir si, si c'est bien pour toi d'aller un peu à Freetown. Tu réfléchis si c'est bien un peu, on en reparle samedi.

MT:   Ok, je pense que c'est une bonne idée. Je pense.

FC:   Moi aussi, je pense que c'est une bonne idée de partir un peu.

MT:   Je vais réfléchir. Je suis fatiguée depuis le matin.

FC:   Oui, je sais que tu es fatiguée, mais...

MT:   Depuis le matin, je n'ai rien mangé, j'ai faim.

FC:   Tu veux manger quelque chose ?

MT:   Non, quand je vais rentrer.

CONFIDENTIEL

FC:   Tu sais, le problème c'est que ça te met une pression pas possible ça, je sais. Je sais bien. Il va falloir que j'y aille moi...

MT:   Il est quelle heure ?

FC:   Il est 9h, mais il y a un peu de retard. Donc euh, je vais aller regarder. Attends, bouge pas, je regarde....

MT:   Ok.

**1h06m27s**  FC   Je vais pas risquer de louper, parce que après j'ai plus d'avion jusqu'à demain. C'est sûr que ca met la pression ça. En tout cas, restons calme. Restons calme, on va bien organiser ça comme il faut. On va se revoir samedi. Si c'est bon samedi, on va s'appeler samedi, tu me dis si c'est bon pour samedi...

MT:   Ok.

FC:   Et, à ce moment là, euh réfléchis si c'est bien pas un peu d'aller quelques temps à Freetown.

MT:   Ok.

FC:   Peut-être que c'est bien d'aller quelques temps à Freetown. Euh, voilà. Où alors en tout cas de ne plus aller à l'immigration pour l'instant, de ne plus aller là-bas. Parce que toi, tu es à la maison, là où tu étais toujours ? Ou tu as une autre maison maintenant ?

MT:   Non, je suis à la maison

FC:   La maison où il y a Sény maintenant ?

MT:   Oui, je voulais même déménager de là-bas. Parce que on est trop dans la maison. Et ça m'embête. Ca m'embête. C'est pas facile, Frédéric. C'est pas facile.

FC:   Je sais que c'est pas facile. Ecoute, euh, on fait comme ça ? On se parle demain au téléphone ?

MT:   Oui.

FC:   Moi je regarde un peu comment je peux organiser ça mieux, je te donnerai les réponses. Et voilà.

**1h08m04s**  MT:   Mais comment on va faire pour les 800 et le reste, et le reste ?

FC   Tu les auras. Ca c'est sûr. Mais tu sais, c'est pas peut-être, c'est à 100%.

MT   Mais comme tu m'as dit un avocat allait le faire.

FC   Oui, alors, un avocat. Mais le problème c'est que maintenant qui a envie de faire des papiers des avocats ? Tu sais avec tout ce qui se passe partout, les machins et trucs, c'est... Tu sais, toutes les choses que je t'ai dit qui allaient se passer, que je te dis à 100%, c'est à 100%. Tu peux me croire, tu peux avoir confiance en moi je pense. Tu... Quand je te dis, ca se fait, ca se fait. Y a pas ., c'est pas peut-être. Tu comprends ?

MT   Ca je sais.

CONFIDENTIEL

FC:   Donc, je t'assure il n'y a pas d'inquiétude là-dessus. L'important c'est de se sortir de cette période là maintenant où c'est, où c'est tendu quoi. On est d'accord ? Il faut que je file, parce que autrement je vais louper mon avion. Euh. Je, on se reparle demain ?

MT:   Oui. Oui.

FC:   Ok. Allez, ne te fais pas de soucis, tout va bien aller.

MT:   J'ai des soucis quand même. C'est pas...

FC:   Je sais...je sais, mais je sais que tu as des soucis. Je sais bien. Mais, ne fait... ne t'inquiètes pas, ca va aller, et euh...je...on se parle, on se parle demain pour samedi, d'accord ?

MT:   Ok.

FC:   On se parle demain pour samedi. Et puis voilà. Ok?

MT:   Oui.

FC:   Rentre bien. Je t'appelle vers quelle heure ? Tu m'appelles toi, ou tu veux que je t'appelle ?

MT:   Tu peux m'appeler ?

FC:   Je t'appelle dans la matinée ou en fin de matinée, ok ? Allez, ca marche. Rentre bien.

MT:   Oui. Allo ? [Au téléphone], oui...

      [Bruits de pas, annonces haut-parleurs]

**1h14m**

Femme non-identifiée :   Hi

MT:   Hi

      [Musique]

MT:   A l'hôtel.

      [Bruits de voiture, musique]

MT:   Je suis là, à l'hôtel.

      [Bruits de porte]

MT:   [Au téléphone] Tu peux leur dire que je suis là ?

Femme non-identifiée :   Ok, ils arrivent et moi aussi.

      [Bruits de pas]

**1h19m07s**      **FIN DE L'ENREGISTREMENT.**

CONFIDENTIEL

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre un homme non-identifié ("XX"),
Frédéric Cilins ("FC") et Mamadie Touré ("MT").

**REFERENCES :**

**Dossier: 4.11.2013 Call 11**

**Fichier : 305-744-6629 T-Mobile 2013-04-11 14-03-26 00092-1.wav**

| | | |
|---|---|---|
| 0h00m0s | **DEBUT DE L'ENREGISTREMENT** | |
| | XX | Allo ? |
| | FC: | Allo. Tout va bien ? |
| | XX: | Oui, ca va? |
| | FC: | Tout va bien, tout va bien. Ca va. Ca va |
| | XX: | Tu as fait bon voyage ? |
| | FC: | Oui, je suis bien arrivé. Tout va bien. Tout va bien. Je te passe Mamadie pour te dire bonjour. |
| | XX: | Ah OK. |
| | MT. | Allo, Mlka ? |
| | XX: | Comment ca va Mamadie ? |
| | MT: | Ca va et vous ? |
| | XX. | Ca va, ca va, très bien. Ce fait longtemps. |
| | MT: | Oui, oui. Vous m'avez appelée l'autre fois. Vous vous rappelez, mais j'avais pas noté le numéro. |
| | XX: | Oui, comment va la petite. |
| | MT: | Oui, elle va bien oui. |
| | XX: | Elle va bien ? |
| | MT: | Oui, oui. |
| | XX: | Très bien. Et toi ? Tout va bien ? Tu viens pas nous visiter à Miami ? |
| | MT: | Je vais venir. Oui. |
| | XX: | Tu veux venir ? C'est bien, c'est bien. Tu viens nous voir un peu pour te reposer. |
| | MT: | Oui. Mais j'ai pas ton numéro, comme je vais faire. J'ai pas le numéro de Michael. |

**CONFIDENTIEL**

FC:   Oui, je vais te le donner.

MT:   Ok. Je vais venir. Je vais venir, je vais t'appeler.

XX:   Ok. Viens, viens, viens un peu ici.

MT:   Ok.

XX:   Ok. A bientôt.

MT:   Oui, oui. Merci.

FC:   Allo.

XX:   Oui. Tout va bien ?

FC:   Oui, oui ca va, ca va.

XX:   Ca va ? Ecoute euh .

FC:   Oui, oui. On se rappelle tout à l'heure alors.

XX:   OK, d'accord.

FC:   J'ai l'avion à 21h de toute façon, alors...

XX:   A 21h ? Ok,d'accord. Rappelle-moi après.

FC :   OK, à toute, plus tard.

XX :   a tout à l'heure

FC:   Ciao, ciao.

**0h01m42s**   **FIN DE L'ENREGISTREMENT**

**CONFIDENTIEL**

## ENREGISTREMENT D'UN APPEL TELEPHONIQUE DU 11 AVRIL 2013

Retranscription d'un enregistrement d'un appel téléphonique entre Frédéric Cilins ("FC") et un homme non-identifié ("HN").

---

**REFERENCES :**

>   **Dossier: 4.11.2013 Call 10**

>   **Fichier : 305-744-6629 T-Mobile 2013-04-11 21-19-46 00110-1.wav**

---

**0h00m0s**   **DEBUT DE L'ENREGISTREMENT**

HN :   Allo ?

FC :   Oui.

HN :   Oui.

FC :   J'attends, j'attends toujours le vol. Euh… je retournerai samedi maintenant, parce que tout n'était pas, n'était pas là, il faudrait que je revienne.

HN :   Ah bon ?

FC :   Oui. Parce que c'est pas au même endroit, enfin je ne sais pas quoi. Je te dirai. Bon.

HN :   Mais    mais [inaudible]

FC:   Comment ?

HN:   Mais elle est d'accord de tout donner ?

FC:   Oui, c'est fait. C'est fait déjà.

HN:   Ah oui ?

FC:   Oui, oui. Ce qu'était d'un côté, j'ai déjà là. Et…

HN:   Ok.

FC:   Et le reste euh, je, je.   ca sera samedi.

HN:   C'est bien, c'est bien…, mais je crois que…ce qu'il faudra faire c'est que, il faut qu'il parte.

FC:   Oui mais ca c'est prévu. C'est prévu, normalement.

HN:   Le meilleur… le meilleur chose à faire, c'est…  c'est qu'il part, et qu'il revient. Après il peut revenir sans problème.

FC:   Oui, oui, oui.

HN:   Je sais pas, les 180 jours…

**CONFIDENTIEL**

FC: Ah non, c'est pas une histoire de jours là, c'est une histoire de dates là, parce qu'il y a... la...c'est, c'est,...

HN: C'est périmé ?

FC: Non, non... c'est pas périmé encore...mais c'est jusque... fin août. Donc après., c'est justement pour ça, parce que après ça il... c'est terminé. C'est pas exactement comme nous, c'est des choses différentes. Je ne sais pas comment ça marche. C'est pas une histoire de 180, c'est autre chose, quoi. C'est pas comme nous. Je sais pas comment ça marche, mais enfin. Bon écoute, on verra ça, on en parlera demain.

HN: OK. Bon écoute, demain quand tu es prêt, passe-moi un coup de fil. On va se voir, on va prendre un café ensemble, comme ça...

FC: De toute façon, moi je suis prêt le matin, tu sais. Je sais pas, je t'appelle. Envoie-moi un texto quand tu es réveillé, toi tu me dit. Je serai prêt à partir de 7h, 7 h et demi, maximum je serai réveillé. Ok ?

HN: Ok. D'accord. Bon vol. A demain, ciao. Bye.

FC: A demain, ciao, ciao.

**0h02m33s** **FIN DE L'ENREGISTREMENT**

**CONFIDENTIEL**

## ENREGISTREMENT D'UN RENDEZ-VOUS DU 14 AVRIL 2013

Retranscription d'un enregistrement d'un rendez-vous entre Mamadie Touré ("MT") et Frédéric Cilins
("FC").

---

**REFERENCES :**

>   **Dossier : 4.14.2013. CW meeting with Cilins**

>   **Fichier : 1_0372_001.WAV**

---

| 0h00m0s | | **DEBUT DE L'ENREGISTREMENT** |
|---|---|---|
| Agent FBI : | | "Special Agent Antonio Roberson, Sunday April 14th, at approximately 2.35 pm on a Sunday, a consensual monitoring between CHS and Fréd Cilins is going to take place here at Tampa International Airport. Jacksonville Airport. |
| | | [Bruits de pas] |
| | | [Bruits de voiture] |
| Homme non-identifié : | | A l'aéroport, hein ? |
| | MT : | Hum, hum. |
| | | [Bruits de voiture, musique] |
| Homme non-identifié | | Tu m'appelles ? |
| | MT ' | Inaudible. |
| Homme non-identifié . | | Yeah, yeah. |
| | MT ' | Ne bouge pas. |
| | | [Bruits de pas, annonces haut-parleurs de l'aéroport] |
| 0h07m09s | MT : | Comment ça va ? |
| | FC: | Ca va ? Oui j'en ai marre, il y a une heure de retard, parce que, je sais pas, il a commencé à aller décoller, il est revenu, il y avait un problème mécanique. Ils ont bricolé...ça va ? |
| | MT ' | Ca va. |
| | FC: | la forme ? |
| | MT' | Oui. |
| | FC. | J'ai même pas mangé un morceau. On va aller s'asseoir, grignoter quelque chose. T'as mangé toi ? |

CONFIDENTIEL

MT:    Non.

FC:    Alors, on va aller manger un petit bout. C'est pas que ce soit très don, mais
       au moins c'est tout ce qui il y a.

FC:    On a eu des nouvelles de quelque chose ?

MT:    Non.

FC:    La petite ca va ?

MT:    Elle va bien, oui.

FC:    C'est juste une petite...   c'est fini son histoire de gastro et tout ça, oui ?

MT:    Oui.

FC:    Tu sais que je suis grand-père depuis hier ?

MT:    Ah bon ?

FC:    Ca y est. C'est ma fille qui a accouché. C'était pas prévu, là. C'était prévu
       pour début mai, et comme elle avait de la tension, elle est allée à l'hôpital. Ils
       ont regardé. Le bébé il faisait presque trois kilos, ils ont dit allez [inaudible].
       Comme elle était retournée, ils ont dû faire une césarienne.

MT:    Oui.

FC:    Voilà. La famille s'agrandit.

MT:    Oui.

       [Bruits ambiants]

FC'    On se met là, non ?

MT.    Ok.

FC     Vas y, je te laisse t'installer. Bon tout est, tout est parti dans la... à la bataille
       là, avec les autres là. Je ne sais pas si tu as vu les journaux, mais euh y a,
       donc ils ont... le groupe a attaqué, Soros a attaqué tous ces gens-là, pour
       avoir fait des enquêtes, pour avoir fait toutes ces choses là, et en disant que
       voilà. Et en plus, c'est un peu compliqué mais il y avait d'autres sociétés qui
       étaient impliquées, qui étaient des sociétés de conseils de BSGR, qui en fait,
       étaient manipulées par Soros. Donc euh, tout un tas de trucs comme ça,
       donc euh, il y a, ils ont été attaqué en justice pour tout ça. Tu as prévu de
       voyager alors ou quoi ?

0h10m46s   MT :   Je suis en train de voir, réfléchir. Mais pour le moment, avant de parler, il me
       fallait le cash qu'on parlait là. J'ai besoin du cash maintenant là parce que je
       n'ai rien.

       FC '   D'accord. Alors, je te dis : à Sierra tu vas récupérer 200. Ici là, avant-hier, j'ai
       récupéré 20.000.  C'est tout ce que j'ai pu...  J'ai pas autre chose. Mais ce
       que je peux faire pour t'aider aussi, c'est si tu dois prendre l'avion, je peux
       m'occuper de prendre ton billet d'avion si tu dois voyager en Sierra Leone.

       MT .   Mais les 20.000, comment ca va se faire ?

CONFIDENTIEL

FC :  Je les ai là, j'ai voyagé avec. Tu sais j'aime pas trop ça, mais j'ai voyagé avec. Tu sais, en deux jours, c'est tout ce que j'ai pu avoir, réussi à avoir pour te donner un peu d'oxygène quoi.

MT:  Ok.

FC:  Ok? Je t'ai dit que je faisais de mon mieux.

MT:  Ok.

FC:  Je t'ai dit que je faisais de mon mieux. Regarde si tu veux. Comment... explique-moi comment u vas faire avec ton projet quand tu t'en vas. C'est Mado qui va s'en occuper ?

MT:  Oui. Mais j'ai besoin d'envoyer encore de l'argent, parce que ça ne suffit pas.

FC:  Ca ne suffit pas ?

MT:  Oui. Tout le projet ca fait, tout le projet ca fait à peu près 700 comme ça.

FC:  700 mille ?

MT:  750, oui.

FC:  Où ça ? ici ?

MT:  Oui.

FC:  Mais comment tu es parti dans un projet de 700, si tu n'as pas les 700 ?

MT:  Je n'ai pas tous les 700, mais j'ai un peu dans le compte.

FC:  Oui.

MT:  Parce que pour le marché, je sais bien ça va s'ouvrir en avril. Fin avril. Parce que mai, on va ouvrir le marché. Donc c'est pour le restau que je suis coincée, j'aurai besoin...

FC:  Le marché c'est bon ?

MT:  Oui, ca va s'ouvrir en mai.

FC:  De quoi, le restaurant ?

MT:  Non, le...

FC:  Le marché ?

MT:  Oui.

FC:  mais ça, c'est bon ?

MT.  Oui. C'est bon.

FC:  Ca c'est bon. Et pour le restaurant ?

MT:  C'est pour le restaurant qui me cale un peu. J'aurai besoin de quelque chose