**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BSG RESOURCES LIMITED (in administration),<br><br>　　　　Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-11845 (SHL) |

**ORDER DENYING JOINT ADMINISTRATORS' MOTION PURSUANT TO 11 U.S.C. §§ 107(B) AND FED. R. BANKR. P. 9018 FOR AUTHORITY TO FILE AND MAINTAIN CONFIDENTIAL INFORMATION UNDER SEAL, AND SUPPLEMENT TO THE JOINT ADMINISTRATORS' MOTION PURSUANT TO 11 U.S.C. §§ 107(B) AND FED. R. BANKR. P. 9018 FOR AUTHORITY TO FILE AND MAINTAIN CONFIDENTIAL INFORMATION UNDER SEAL**

Upon the motion of William Callewaert and Malcom Cohen (together, the "Joint Administrators"), in their capacity as court-appointed joint administrators for BSG Resources Limited ("BSGR" or the "Debtor") in a proceeding under Part XXI of the Companies (Guernsey) Law, 2008 pending before the Royal Court of Guernsey ("Guernsey Administration") for authority to file and maintain confidential information under seal [ECF No. 10] (the "Initial Sealing Motion") filed on June 3, 2019, the *Supplement to the Joint Administrators' Motion Pursuant to 11 U.S.C. §§ 107(b) and Fed. R. Bankr. P. 9018 For Authority to File and Maintain Confidential Information Under Seal* [ECF No. 16] (together with the Initial Sealing Motion, the "Motion to Seal"), and the declaration of Matthew Newman filed in support of the Motion to Seal on June 7, 2019 [ECF No. 17] and upon Vale, S.A.'s ("Vale") *Opposition to Joint Administrators' Motion to Seal Pursuant to 11 U.S.C. §§ 107(b) and Fed. R. Bankr. P. 9018 for Authority to File and Maintain Confidential Information Under Seal* [ECF 20], filed on June 12,

2019 (the "Opposition") and the declaration of Jonathan Barclay filed in support of the

Opposition on June 12, 2019 [ECF No. 20]; and upon the record of the hearing held by the Court

on the Motions to Seal on June 13, 2019;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is **DENIED** without prejudice for the reasons set forth in the record.


Dated: June 25, 2019
      New York, New York

>  */s/ Sean H. Lane*
>  THE HONORABLE SEAN H. LANE
>  UNITED STATES BANKRUPTCY JUDGE