## **EXHIBIT F**

**Letter from Duane Morris to Cleary Gottlieb, dated Feb. 7, 2020**

# DuaneMorris®

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | FREDERICK D. (RICK) HYMAN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 208 4521 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* RHyman@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | | MYANMAR |
| HOUSTON | *www.duanemorris.com* | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

February 7, 2020

<u>*Via E-mail*</u>

Jeffrey A. Rosenthal, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

> ### Re:   *BSG Resources Limited (in administration); Case No.: 19-11845 (SHL)*

Dear Counsel:

We write on behalf of William Callewaert and Malcolm Cohen, in their capacity as Joint Administrators and Foreign Representatives (together, the "<u>Joint Administrators</u>") for the debtor BSG Resources Limited (in administration) ("<u>BSGR</u>"). This letter supplements the Joint Administrators' discovery status report dated December 3, 2019 (as supplemented, the "<u>December 3 Status Report</u>") and is intended to provide a brief update as to the additional documents produced this week in response to the document requests (the "<u>Vale Document Requests</u>") served by Vale S.A. ("<u>Vale</u>").

## I.    Completed Production – Week Ending February 7, 2020

The Joint Administrators completed the following production to Vale during the week ending February 7, 2020:

<u>February 7, 2020</u> – JA0135233 to JA0135300 (40 documents; 60 pages) which include responsive to Vale Document Request No. 25 and correspondences with third-parties.

To date, the Joint Administrators have produced a total of 18,164 documents in response to the Vale Document Requests. This includes 52 documents provided to the Joint Administrators by Beny Steinmetz.

DuaneMorris

February 7, 2020
Page 2

## II.    Supplemental Production Efforts

Foreign Language Documents. Translation of foreign language documents is underway. As discussed at the February 5, 2020 conference with the discovery neutral, the Joint Administrations have conducted machine translations of the foreign language documents identified to date (480 documents). Upon review, the Joint Administrations have determined that at least 303 of these documents are not responsive. Counsel for the Joint Administrators is in the process of reviewing the machine translations of the responsive foreign language documents for privilege and information required to be redacted in accordance with GDPR. The Joint Administrators anticipate this process will be completed by February 26, 2020.  The Joint Administrators have determined that approximately 35 documents require precise language translation before responsiveness, privilege and GDPR determinations can be made. These precise language translations are underway.

Production of additional documents. The parties discussed additional or modified search terms concerning Document Requests 25, 33, 42, 51, 52, 54, 55 and 63. The parties are negotiating the scope documents to be reviewed in connection with each of these requests. Review of additional documents will commence and estimated timetables will be provided once these issues are resolved.[1]

## III.    Third-Party Document Collection

On January 31, 2020, counsel for the Joint Administrators sent a further email to Marc Struik inquiring as to whether Mr. Struik has found any documents in his possession responsive to the Vale Document Requests. Mr. Struik advised by email on the same date that he has not found any responsive documents in his possession. A copy of Mr. Struik's response email is being processed for production.

On January 31, 2020, counsel for the Joint Administrators sent a further email to Sandra Merloni-Horemans inquiring as the status of her response to the Joint Administrators' request that she provide any documents in her possession that are responsive to the Vale Document Requests. To date, Ms. Merloni Horemans has not provided a response. On February 3, 2020, counsel to Ms. Merloni-Horemans sent a letter in response which advised that Ms. Merloni-Horemans has not identified any responsive documents to date. The letter further advised that Ms. Merloni-Horemans is engaged with other legal matters and, as a result, she will not be able to provide a further response before Spring 2020.  A copy of counsel's response letter is being processed for production.

---

[1] Review and production of the additional documents responsive to Document Request 25 (based on search parameters provided by Vale) was completed on February 7, 2020.

DuaneMorris

February 7, 2020
Page 3

## IV.    Privilege and Redaction Logs

The Joint Administrators remain in the process of preparing logs identifying documents withheld on privilege grounds and providing disclosures in connection with redactions made to attorney-client privilege information. The Joint Administrators have provided an Initial and First Supplemental log. The Joint Administrators anticipate that they will provide a Second Supplemental log by February 14, 2020.[2] The Joint Administrators also anticipate that they will provide a redaction log pertaining to documents produced through December 18, 2019 by February 14, 2020.[3]

## V.    Conclusion

The Joint Administrators' production is materially complete. As evidenced above, the Joint Administrators continue to supplement that production in good faith and consistent with their obligations under the applicable discovery rules.

Very truly yours,

*/s/ Frederick D. Hyman*
Frederick D. (Rick) Hyman

---

[2] The Initial, First Supplemental and Second Supplemental logs are expected to identify all documents which have been withheld on privilege grounds to date.

[3] The Joint Administrators will prepare a supplemental redaction log concerning documents produced after December 18, 2019 following delivery of the initial redaction log. The Joint Administrators do not currently have an estimate as to when this supplemental log will be complete.