**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BSG RESOURCES LIMITED (in administration), Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-11845 (SHL) |

**ORDER GRANTING APPLICATION FOR**
**ISSUANCE OF INTERNATIONAL LETTERS OF REQUEST (LETTERS ROGATORY)**

Upon the Application for the Issuance of International Letters of Request (Letters Rogatory) (the "<u>Application</u>") filed by Vale S.A. ("<u>Vale</u>"), requesting the issuance of international letters of request (the "<u>Letters of Request</u>") pursuant to Federal Rules of Bankruptcy Procedure 7028 and 7031, and upon the record of the above-captioned matter;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Application is **GRANTED**.

This Court shall sign the Letters of Request attached to the Application as Exhibits B and C and affix the seal of the United States Bankruptcy Court for the Southern District of New York over said signature in each of the Letters of Request.

The Clerk of the United States Bankruptcy Court for the Southern District of New York is directed to return the original, signed Letters of Request to counsel for Vale so that said Letters of Request may be issued to, respectively:

- the Administration of Courts, acting as the Competent Judicial Authority of Israel;

- the Ministry of Foreign Affairs of Italy, acting as the Judicial Authority for Italy.

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: February 27, 2020
      New York, New York

                                          */s/ Sean H. Lane*
                                          HONORABLE SEAN H. LANE
                                          UNITED STATES BANKRUPTCY JUDGE