CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jeffrey A. Rosenthal
Lisa M. Schweitzer
Lisa Vicens
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Vale S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BSG RESOURCES LIMITED (in administration),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 19-11845 (SHL) |

**DECLARATION OF JEFFREY A. ROSENTHAL IN SUPPORT OF VALE S.A.'S OPPOSITION TO THE MOTION OF THE JOINT ADMINISTRATORS FOR AN ORDER (I) AFFIRMING CONFIDENTIALITY DESIGNATIONS AND (II) MODIFYING THE COURT'S CONFIDENTIALITY STIPULATION**

I, Jeffrey A. Rosenthal, pursuant to 28 U.S.C. § 1746 hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of New York and a partner at Cleary Gottlieb Steen & Hamilton LLP, counsel for Vale S.A. ("Vale"), a creditor in the above-captioned action. I respectfully submit this Declaration and the attached Exhibits in support of *Vale S.A.'s Opposition to the Motion of the Joint Administrators for an Order (I) Affirming Confidentiality Designations and (II) Modifying the Court's Confidentiality Stipulation.*

2. Attached hereto as Exhibit A is a true and correct copy of the protective order from In re Oi Brasil Holdings Cooperatief U.A., Case No. 17-11888 (SHL), Case No. 16-11794

(SHL), Case No. 16-11-11791 (SHL) (Jointly Administered), ECF No. 38 ("Oi Protective Order"), dated August 11, 2017.

3. Attached hereto as Exhibit B are true and correct copies of JA0056284 and JA0056958, ███████████████████████████████████████████████████████████████████████████████████████████.

4. Attached hereto as Exhibit C is a true and correct copy of correspondence from Macfarlanes LLP to Cleary Gottlieb Steen & Hamilton, dated April 24, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of JA0010140, ███████████████████████████████████████████████████████.

6. Attached hereto as Exhibit E is a true and correct copy of JA0010142, ████████████████████████████.

7. Attached hereto as Exhibit F is a true and correct copy of JA0010211, ████████████████████████████.

8. Attached hereto as Exhibit G is a true and correct copy of JA0097155, ████████████████████████████████████████████████████.

9. Attached hereto as Exhibit H is a true and correct copy of JA00102731, ███████████████████████████████████████████████████████████████.

10. Attached hereto as Exhibit I is a true and correct copy of the Joint Administrators' Fourth Progress Report, dated March 5, 2020.

11. Attached hereto as Exhibit J is a true and correct copy of JA0010210, ██████████████████████████████████████.

12. Attached hereto as Exhibit K is a true and correct copy of the Redacted Affidavit of Peter Harold Driver in Support of Company's Application for An Administration Order, dated February 27, 2018.

13. Attached hereto as Exhibit L is a true and correct copy of JA0146815, ███ ███████████████████████████████████████████████████████████████.

14. Attached hereto as Exhibit M is a true and correct copy of correspondence from Cleary Gottlieb Steen & Hamilton LLP to Macfarlanes LLP, dated April 20, 2020.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed:   New York, New York
            May 26, 2020

/s/ *Jeffrey A. Rosenthal*

Jeffrey A. Rosenthal