# Exhibit A

19-11845-shl    Doc 118-1    Filed 09/02/20    Entered 09/02/20 15:20:16    Exhibit A
Pg 1 of 3

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

**Duane Morris®**

*FIRM and AFFILIATE OFFICES*

FREDERICK D. (RICK) HYMAN
DIRECT DIAL: +1 212 692 1063
PERSONAL FAX: +1 212 208 4521
*E-MAIL:* RHyman@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

May 1, 2020

<u>Via E-mail</u>

Jeffrey A. Rosenthal, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

      *Re:*    *BSG Resources Limited (in administration); Case No.: 19-11845 (SHL)*

Dear Counsel:

      We write on behalf of William Callewaert and Malcolm Cohen, in their capacity as Joint Administrators and Foreign Representatives (together, the "<u>Joint Administrators</u>") for the debtor BSG Resources Limited (in administration) ("<u>BSGR</u>"). This letter is intended to provide a brief update as to the additional documents produced this week in response to the document requests (the "<u>Vale Document Requests</u>") served by Vale S.A. ("<u>Vale</u>").

**I.    Completed Production – Week Ending May 1, 2020**

      The Joint Administrators made the following production to Vale during the week ending May 1, 2020:

      <u>April 29, 2020</u> – overlays replacing images previously withheld as privileged (156 documents; 3,543 pages);

      <u>April 30, 2020</u> – JA0145888 through JA0146813 (374 documents; 926 pages), including documents responsive to Document Request 33; and DC0000462 through DC0008411 (722 documents; 7,950 pages), including documents provided to the Joint Administrators by Dag Cramer.

DuaneMorris

May 1, 2020
Page 2

To date, the Joint Administrators have produced a total of 24,246 documents in response to the Vale Document Request. This includes 52 documents provided to the Joint Administrators by Beny Steinmetz, and 772 documents provided by Dag Cramer.

## II.     Additional Discovery Matters

The current status of all other discovery matters is outlined in the Joint Adminstrators' summary letter to the Discovery Neutral dated May 1, 2020, which is incorporated herein by reference.

Very truly yours,

*/s/ Frederick D. Hyman*
Frederick D. (Rick) Hyman