# Exhibit B

```
                                                              Page 1
 1

 2   UNITED STATES BANKRUPTCY COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   ---------------------------------------X
     In re:
 5
     BSG RESOURCES LIMITED (in
 6
     administration),
 7
           Debtor in a Foreign Proceeding.
 8
     Chapter 15
 9
     Case No.: 19-11845(SHL)
10   ---------------------------------------X

11

12                  ZOOM DEPOSITION

13                        of

14                   PETER DRIVER

15                     VOLUME 1

16

17                 June 18, 2020

18       8:00 a.m., Eastern Standard Time

19

20

21

22

23   Job No.: 308521

24   Pages: 1 - 189

25   Reported By: Melissa Gilmore
```

Page 114

DRIVER

for the whole group.

The strategy, ultimately, for BSGR, is getting returns into BSGR. How do you get returns into BSGR? You meet the threshold that was negotiated with Star West.

Is that okay? Is that understandable?

Q. Yes, I think it was understandable. And, again, I don't want to put words in your mouth.

But what I heard you to say is that it is helpful to have -- to have a director who is at the different levels of the group in order to be able to execute a strategy for the group; is that right?

A. It's good to have one or two directors common, but it's also very advantageous to have an independent director and non-executive director, per se, like it's advantageous for BSGR to have Dag Cramer as a non-executive director, okay? He is a non-executive director of BSGR. But, again, oversight and advisor to Octea. And, therefore, for Octea, we have other directors

Page 115

DRIVER

who are not directors of BSGR.

Q. And going with the example that you spoke about, you know, having -- you know, having -- basically, having someone who is at the group level also involved at the Octea level helps ensure, like you said, that Octea is thinking about what's helpful for the group when it makes -- when it undertakes a strategy so that it's thinking about -- I think the example that you used was how to ultimately get beyond the threshold and start being able to pay off its debt to BSGR; is that right?

A. It does assist in that.

Q. So I think that you had mentioned before that there were four employees for BSG Resources Limited -- and that they were all in Guernsey when you first began that role.

Today, how many employees does BSG Resources Limited have?

A. Just to go back, can you repeat that question? Because I believe I said one of the four was employed by Real Estate and two of the others, plus me, three, were BSG Resources.

Q. I could be wrong, but I thought

Page 116

DRIVER

that, and this is me going off my memory and not looking at the transcript, I thought it was David Clark, Malcolm Barnes, Gemma --

A. Sorry. And myself. I was forgetting David Clark. I apologize. I had forgotten about David Clark. Yes. Sarah Bryce is in Real Estate. David Clark, Malcolm Barnes, Gemma and myself were Resources.

Q. So that it was four, three in Resources and one at Real Estate.

A. Correct.

Q. Perfect. So today, how many employees --

A. Today, BSG Resources has got me.

THE COURT REPORTER: Mr. Driver, it would be better if you let her finish the question, please.

THE WITNESS: Sorry. Sorry.

Q. Thank you. And you were anticipating my question, Mr. Driver, but for Melissa, that is -- it's good to let me finish.

So my question as you anticipated was, today, how many employees does BSG Resources Limited have?

Page 117

DRIVER

A. One directly. BSG Resources has myself in Guernsey. Malcolm has moved to be employed directly by Octea.

Q. Okay. And when did that happen?

A. When Octea migrated to Guernsey, Malcolm moved across the 2nd of January 2019.

Q. Okay. And Malcolm -- I'm sorry. Is Malcolm still in Guernsey?

A. Yes, he is.

Q. Okay. So as a director of BSGR, can you tell me, where are the BSG Resources Limited board meetings held?

A. In Guernsey. The BSG Resources Limited meetings are held and hosted in Guernsey.

Q. And how many times a year does the board meet?

A. Before or after going into administration?

Q. Thank you, again, for that clarification.

I'm going to ask you for both. So before administration, how many times did they meet and then after administration, how many

```
                                                            Page 190
 1

 2   UNITED STATES BANKRUPTCY COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   ---------------------------------------X
     In re:
 5
     BSG RESOURCES LIMITED (in
 6
     administration),
 7
         Debtor in a Foreign Proceeding.
 8
     Chapter 15
 9
     Case No.: 19-11845(SHL)
10   ---------------------------------------X

11

12                 ZOOM DEPOSITION

13                       of

14                   PETER DRIVER

15                     VOLUME 2

16

17                 June 19, 2020

18      9:09 a.m., Eastern Standard Time

19

20

21

22

23   Job No.: 308523

24   Pages: 190 - 385

25   Reported By: Melissa Gilmore
```

```
                                    Page 267
 1                     DRIVER
 2        A.    I do not know what he means by
 3   "doesn't have access" nor do I know what he
 4   means by "accounts of interco debtors."
 5             What does he mean by "does not have
 6   access" and what does he mean "accounts of
 7   intercompany debtors"?
 8        Q.    Do you have any recollection of
 9   being asked to provide the accounts for
10   intercompany debtors?
11        A.    What do you mean by "intercompany
12   debtors"?
13        Q.    I presume intercompany is BSG
14   Resources.  If it was, would you have access to
15   those accounts?
16        A.    Do you mean, do I have access to BSG
17   Resources' financial statements?
18        Q.    Well, it says the intercompany
19   debtor accounts.
20             Assuming the company is BSG
21   Resources, would you have access to those
22   accounts?
23        A.    I have access to -- I have access to
24   the financial statements of BSG Resources.  By
25   accounts, you mean financial statements; is
```

```
                                    Page 268
 1                     DRIVER
 2   that correct?
 3        Q.    I'm looking at the e-mail.  The
 4   e-mail refers to accounts of intercompany
 5   debtors.
 6        A.    I'm not a party to this e-mail, but
 7   I'm trying to determine what he's asking.
 8             He's asking for -- I don't have
 9   access?  He's saying I do not have access.  I
10   don't know what basis he is saying that.  He is
11   saying I don't have access to the accounts of
12   interco debtors.
13             So he's saying -- are you saying
14   that he's saying I don't have access to the
15   financial statements of BSGR?  Is that what you
16   interpret here?
17        Q.    I'm asking you whether or not you
18   remember being asked to provide the accounts of
19   intercompany debtors and responding that you
20   don't have access.
21             Do you recall that, yes or no?
22        A.    No, I do not recall having a
23   conversation whereby the accounts of BSGR
24   where -- where I said I did not have the
25   accounts of BSGR.
```

```
                                    Page 269
 1                     DRIVER
 2        Q.    Generally speaking, who -- are you
 3   in contact with Mr. Steinmetz?
 4        A.    No.
 5        Q.    Have you met with him?
 6        A.    I have introduced myself to
 7   Mr. Steinmetz.  When they were in the office, I
 8   did meet with Mr. Steinmetz I think four or
 9   five times.
10        Q.    That's in your entire career with
11   the company, you have met him four or five
12   times?
13        A.    Yes.
14        Q.    Is it fair to say that Mr. Cramer
15   has more frequent contact with Mr. Steinmetz
16   than you do?
17        A.    You have to ask Mr. Cramer that
18   question.  I can't speak on behalf of
19   Mr. Cramer.
20        Q.    To your knowledge, in conversations,
21   interactions with Mr. Cramer, do you understand
22   him to have met Mr. Steinmetz or spoken to
23   Mr. Steinmetz -- met with Mr. Steinmetz more
24   than four or five times?
25        A.    From my conversations with
```

```
                                    Page 270
 1                     DRIVER
 2   Mr. Steinmetz -- per my conversation with
 3   Mr. Cramer, I believe Mr. Cramer has indicated
 4   to me he has more than five interactions with
 5   Mr. Steinmetz in his life.
 6        Q.    And would you -- does he -- based on
 7   your discussions with Mr. Cramer, does he
 8   regularly interact with Mr. Steinmetz?
 9        A.    I do not know that.
10        Q.    If you could open up envelope 77,
11   please.
12        A.    Sure.  These were in the box, Lisa.
13        Q.    They are yours to keep.  A free
14   gift.
15        A.    Thank you.
16             They are my notes again.  Exhibit
17   number?
18        Q.    47.
19        A.    JA?
20        Q.    JA0147075?
21        A.    7002.
22        Q.    I have JA0147075.
23             MR. LASTOWSKI:  Lisa, this is Mike.
24        I think you just referred to the last
25        three digits, and mine begins with 002.
```