# Exhibit C

This exhibit has been filed under seal.