Frederick D. Hyman (NY 2553832)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

-and-

Jarret P. Hitchings (admitted *pro hac vice*)
222 Delaware Avenue, Ste. 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4952
JPHitchings@duanemorris.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| BSG RESOURCES LIMITED (in administration), | Case No. 19-11845 (SHL) |
| Debtor in a Foreign Proceeding. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned attorneys appeared as counsel for William Callewaert and Malcolm Cohen in their former capacities as Joint Administrators and Foreign Representatives for the Debtor BSG Resources Limited (in administration), and hereby withdraw their respective appearances.

**PLEASE TAKE FURTHER NOTICE** that Duane Morris LLP thereby seek the removal of the undersigned from: (a) all service lists, and (b) the electronic noticing for the above-captioned bankruptcy case.

Dated: October 27, 2020
New York, New York

Duane Morris LLP

*/s/* Frederick D. Hyman
Frederick D. Hyman (NY 2553832)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
RHyman@duanemorris.com

-and-

Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Ste. 1600
Wilmington, Delaware 19801
Telephone: (302) 657-4952
JPHitchings@duanemorris.com

-and-

Michael R. Lastowski (NY 4214847)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
mlastowski@duanemorris.com