**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| BSG RESOURCES LIMITED (in administration), | ) ) | Case No. 19-11845 (SHL) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) ) | |

## ORDER DISMISSING THE CHAPTER 15 CASE

Upon the Court's own motion (the "Motion") for entry of an order dismissing without prejudice the above-captioned Chapter 15 case (the "Case") based on an extended period of inactivity (*see* Memorandum Endorsed Order, dated May 24, 2022 [ECF. No. 134]), including the lack of any request by the current foreign administrator for recognition of this case either as a foreign main or foreign nonmain proceeding; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334(b) and Rule 1017 of the Bankruptcy Rules; and it appearing that the Case is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (P); and after due deliberation and for the reasons set forth by the Court at the hearing on May 26, 2022, it is hereby:

ORDERED, that the Case is dismissed without prejudice with leave to refile should a Chapter 15 purpose exist in the future for this foreign debtor; and it is further

ORDERED, that the Clerk of this Court is directed to close the Chapter 15 Case, Case No. 19-11845 (SHL).

Dated: June 8, 2022
New York, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE